Plaintiffs' Complaint Exhibit List 1 for 4:22-cv-438
*Wilson, et al v. Austin III, et al*

1. March 28, 2022 Declaration of Colonel Tanya Rans (submitted as ECF 31-5 in *Bongiovanni v. Austin*, No. 3:22-cv-237-MMH-MCR (M.D. Fla.))
2. Nov. 15, 2021, Declaration of Dr. Peter McCullough (submitted as ECF 1-14 in *Crosby, et al. v. Austin et al.*, 8:21-cv-02730-TPB-CPT, (M.D. FL))
3. Apr. 23, 2022 Supplemental Decl. of Dr. McCullough
4. Declaration of Plaintiff SSG Steven Brown, U.S. Army
5. Declaration of Plaintiff MAJ Joshua Wilson, VA Air National Guard
6. Declaration of Plaintiff LCDR Michael Groothousen, USNR
7. Declaration of Plaintiff Capt. Ryan Madigan, USAFR
8. Declaration of Plaintiff Major Benjamin Walker, USAF
9. Declaration of Plaintiff SSG Brittany Puckett, USAF
10. Declaration of Plaintiff Col Karyn Christen, USAFR