**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DERRICK GIBSON<br>MSGT, U.S. ARMY,<br><br>and<br><br>STEVEN BROWN<br>SSG, U.S. ARMY, *et al*, for themselves<br>and all others similarly situated<br><br>    Plaintiffs<br>        v.<br>LLOYD AUSTIN<br>Secretary of Defense,<br>U.S. DEPARTMENT OF DEFENSE<br>Washington, D.C. 20301<br><br>and<br><br>JANET WOODCOCK,<br>Acting Commissioner,<br>U.S. FOOD AND DRUG<br>ADMINISTRATION<br><br>and<br><br>XAVIER BECERRA<br>Secretary of the U.S. Department of<br>Health and Human Services<br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br><br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. _____ |

**Declaration of Major Benjamin D. Walker, U.S. Air Force**

I, Benjamin D. Walker, Major, USAF, do hereby declare as follows:

1.      I am over the age of 18 years, have personal knowledge of the matters set forth in this

Declaration, and if called upon to testify to them, I would and could do so competently.

1

2.      I am a F-16 Fighter Pilot (Air Force Specialty Code, AFSC, 11F3H) and am currently

serving as a T-38C Instructor Pilot (AFSC T11K3D) in the United States Air Force. I am

stationed at Sheppard Air Force Base (AFB) in Wichita Falls, Texas. I am currently in my final

expected assignment in the USAF as I am nearing twenty years commissioned time in service. At

the time of this writing, I have served an approximate total military service of 21 years and 7

months.

3.      I graduated and was commissioned in the USAF in June 2004 from the United States Air

Force Academy (4-year military academy program with a Bachelor of Science degree in

Mechanical Engineering) and afterward served in the Awaiting Pilot Training program, and

achieved a FAA private pilot's certificate. What followed after was the "training pipeline" to

become a pilot. I entered Joint Specialized Undergraduate Pilot Training as a member of Class

06-11 at Vance AFB in Enid, Oklahoma in mid-June 2005. Fifty-three weeks later like

clockwork, I graduated in late June 2006 and became aeronautically rated as a pilot and tracked

to become trained in the F-16. I completed initial 9-G centrifuge training for the F-16 and was

from there sent to Moody AFB in Valdosta, Georgia for Introduction to Fighter Fundamentals—

the course where you learn the beginnings of what it means to be a fighter pilot. Then I attended

the F-16 Basic Course at Luke AFB in Phoenix, Arizona and completed it the following summer

(2007). Concurrent to the course, I accomplished water survival training and Survival-Evasion-

Resistance-Escape training. I was assigned to the 34th Fighter Squadron at Hill AFB in Ogden,

Utah. I arrived fully primarily trained and ready for mission qualification training.

4.      In late 2007, I arrived the 34th and became mission-qualified to go to war. I attended

several temporary duties (TDY) in preparation for deployment and then the following summer

(2008) deployed to Iraq for OPERATION IRAQI FREEDOM. There I flew 56 combat missions

2

in support of OIF and accomplished several commander's objectives. During the next year, I had several other TDYs to increase my proficiency and lethality as an F-16 Fighter Pilot. The following summer (2009), I was hand-picked by my command to deploy to Afghanistan for OPERATION ENDURING FREEDOM in preparation for the first USAF F-16 deployment to Afghanistan. At the 34th, my duties included assistant weapons officer and assistant scheduling officer. Following the deployment, I requested to career-broaden for my next assignment, and volunteered to be trained as an Airborne Air Liaison Officer. I had a change of station the following spring to the 18th Air Support Operations Group at Pope AFB (later it was realigned to become Pope Army Air Field, AAF) in support of Ft Bragg, the XVIII Airborne Corps, and the 82nd Airborne Division in Fayetteville, North Carolina.

5.      In the spring of 2010, I arrived the 18th and completed mission-qualification training to become an Air Liaison Officer (ALO). I completed several courses at Pope AAF to improve my command, field, and infantry skills and culminated with graduating the US Army's Airborne School at Fort Benning in Columbus, Georgia and following the Joint Terminal Attack Controller Qualification Course at Nellis AFB in Las Vegas, Nevada. In 2013, I deployed to Afghanistan for OPERATION ENDURING FREEDOM in Regional Command South as a Division ALO supporting the 3rd Infantry Division and 4th Infantry Division during my time there. While there, I was selected to assume duties of a NATO position as Chief, Regional Air Operations Command Center – South where I advised the employment of close air support in accomplishing many command objectives. While at Pope AAF, I held duties of Corps ALO, Fires Brigade ALO, chief training officer, flight commander, as well an instructor in various vehicles—two separate Mine-Resistant Ambush Protected (MRAP) vehicles and several different varieties of the High-Mobility Multipurpose Wheeled Vehicle (HMMWV, aka

Humvee). Additionally, I stood up the process and became an instructor for an adaptive course for Terminal Attack Controller Party (TACPs) for the vehicle-mounted weapons system Common Remotely Operated Weapon System (CROWS). Following the deployment, I traveled back to Luke AFB for a F-16 requalification course for my follow-on year-long unaccompanied assignment (my family was not able to be assigned with me) to the 35th Fighter Squadron at Kunsan Air Base in the Republic of Korea.

6.      In January 2014, I arrived the Republic of Korea and began mission-qualification training. While there, I flew as an F-16 pilot in several large scale exercises with the Republic of Korea Air Force and several flights into the Prohibited Area 518—the prohibited area buffer zone near the demilitarized zone between the two Koreas. I held duties of assistant scheduling officer and chief of training. Coming out of the Korea assignment, I was selected to move to my current duty station to become a T-38C Instructor Pilot at the 90th Flying Training Squadron at Sheppard AFB, part of the Euro-NATO Joint Jet Pilot Training (ENJJPT) program, in Wichita Falls, Texas. During my time as an F-16 pilot up to this point, I accumulated over 720 flight hours.

7.      In January 2015, I arrived Sheppard AFB and the 90th and completed Pilot Instructor Training (PIT) and mission-qualification training in July. Afterward, I began flying daily missions and was selected to season as an Instructor Pilot in flight-level operations as assistant flight commander of a flight of over a dozen student pilots. After graduating 2 classes as assistant flight commander, I was hand-picked to serve as chief of check section, responsible for standardization and evaluation of all students in the 90th. Simultaneously, I was selected to assume the role of a Supervisor of Flying (SOF), and later the squadron SOF liaison, for the 80th Operations Group—this duty is the Operations Group commander's representative in the air

traffic control tower on Sheppard AFB supervising for the purposes of safety/emergencies, solo student pilots, and for the safe and seamless execution of flying training at one of the busiest airfields in the USAF, upwards of 250 training flights per day. The following year, I was assigned to the highest-qualified instructor position in ENJJPT as a PIT instructor. In PIT, I was the scheduling officer handling up to 80 different officer's individual flying schedules including nearly 30 separate instructor trainees—this was in addition to regularly flying instructor missions, gave detailed courses of ground instruction to instructor trainees, and frequent SOF tours and upgrades. Nearing my time for my next assignment, I elected to put my young family first and volunteered for second assignment at Sheppard AFB. In early 2021, I picked up another qualification in support of the ENJJPT mission, Military Simulator Instructor, or order to continue serving the team and the mission. Since then, I have continued doing the same duties in my current position up until December 2021, when I was grounded as a result of an incident during a COVID-19 asymptomatic testing of those who were not yet inoculated against COVID-19. During my time at Sheppard AFB, I accumulated over 1,480 flight hours in the T-38C, bringing my career aviation total to over 2,200 hours.

8.      Up until December 2021, I have had a distinguished, meritorious, and valorous military service without any dishonorable marks or actions against my records. I do not say this to honor myself or my actions, but simply to relay truth. I have held several supervisory positions including flight commander and chief of individual shops and contributed greatly to accomplishing the mission. I do not seek out awards or attention for my actions because I have felt my service and contributions to the effective execution of the mission are award-enough. As a long-time Christian believer with a strong faith, awards on earth and in this life do not match up with my beliefs. For Jesus Christ said:

> *[1]Watch out! Don't do your good deeds publicly, to be admired by others, for you will lose the reward from your Father in heaven. [2]When you give to someone in need, don't do as the hypocrites do—blowing trumpets in the synagogues and streets to call attention to their acts of charity! I tell you the truth, they have received all the reward they will ever get. Matthew 6:1-2 New Living Translation.*

And also:

> *[19]Don't store up treasures here on earth, where moths eat them and rust destroys them, and where thieves break in and steal. [20]Store you treasures in heaven, where moths and rust cannot destroy, and thieves do not break in and steal. [21]Wherever your treasure is, there the desires of your heart will also be. Matthew 6:19-21 NLT.*

9.     They break their oaths for public health. I have been completely abhorred by the actions, as well as inactions, of my chain of command, elected federal lawmakers, and judicial members concerning the COVID-19 response, and I have let my chain of command know it by exercising my right to express grievances. I witnessed, first-hand, violations of 1st Amendment to the US Constitution since the Summer of 2020 as it applies to the entire federal government: the seemingly strange establishment of a religion/ideology surrounding COVID-19 headed by Dr. Anthony Fauci; abridging the freedom of speech to bring truth to light about the COVID-19 pandemic—"misinformation"; denying the right of US citizens to peacefully assemble; undue and unnecessary influences in the matter of the press—one might classify it as indoctrination; and lastly the continued suppression and denial of US citizens to petition for a governmental redress of grievances. By my own testimony, I have been subject to unnecessary masking, segregation, and now vindictive persecution all because I have a matter of conscience issue with a violation of my 1st, 5th, 9th and 14th amendment rights of religious freedom without

6

subjugation, due process, freedom over my own body, the right to refuse unnecessary medical treatment, or to be a part of an experiment. This is unlawful and unconstitutional territory and Constitutional safeguards were set in place to protect this ominous slip into tyranny.

10.     Spiritual. I submitted a sincere Religious Accommodation Request to my Squadron Commander on September 17, 2021, after careful spiritual consideration and prayer on these COVID-19 vaccines. I did this after I was met during my prayer and reflection by repeated spiritual fortitude from the Holy Spirit to resist the mandate to become vaccinated against COVID-19. As is my right and privilege as a US citizen, I requested accommodation from the USAF. I thought it would be no issue at all, being in the smallest risk category possible—healthy weight, middle aged, excellent physical condition, no comorbidities, no irregular respiratory issues, and prior suspected COVID-19 infection at the end of 2019/beginning of 2020. My least restrictive means afforded to me would be my health, keeping my distance from others and hygiene, which are all normal ways I conduct myself.

11.     Moral. I had an additional overwhelming issue with the development of the COVID-19 vaccines—they were tainted in the most abhorrent way known to man. They were developed with the aid of genetic material derived from abortions. As I am first a Christian who associates with the Southern Baptist Convention, I find this to be a despicable act of betrayal by science and medicine. In fact, it is directly counter to the Hippocratic oath of "Do No Harm"—there is no harm greater than the calloused, desensitized murder of the innocent. As I am second a warfighter in the business of my country of being responsible for taking human lives, it is always a moral decision to take any human life and we are supposed to do so in the least destructive way. Anything else is violation of the law of war. Destroying an innocent life in the womb is the ultimate twist of a warfighter's responsibility to protect and serve the innocent. I am morally

sickened by these actions and wish and pray people would begin to see these yet born children as such instead of growths, parasites, or an inconvenience. I later came to find several of the vaccines I had been inoculated with were also subject to the same treatment, and again, I feel betrayed.

12.     Least Restrictive. I want to share the least restrictive means we at ENJJPT at Sheppard AFB have been conducting ourselves. I think it is being falsified that we would be unable to continue this way into the future. At this time, the majority of people at ENJJPT do nothing different. There is a request to isolate and stay away from others who we normally do not associate on a daily basis. There is an "order" to be masked at all times indoors, but it is rarely followed, even by the commanders. It is requested that we keep in-person interactions to a minimum or less than 15 minutes, but it normally does not happen. In mid-2020, we experimented with "Pods"—someone's brainchild—and that eventually degenerated back into the status quo. Individuals still get ill, show symptoms, and are told to go home. Before COVID, it was "stay away from the rest of us." Post COVID, it is "quarantine." What is somewhat odd is that now, COVID-19 vaccinated and boosted service members at ENJJPT are now the ones contracted symptomatic COVID-19 and quarantining.

13.     Military Medical Deceptions. After I submitted my RAR, at some time later, I became aware of my medical status for COVID-19 shown as "Admin (refusal)" on my Individual Medical Readiness account. This is a false statement. I have an accommodation request in the system. I have not refused the vaccine. What is oddly strange is I have never been tested by the USAF to see if I have COVID-19 antibodies or memory T-cells—which is the normal thing which would take place to see if a service member had been infected previously, and the tests are readily available. I have come to know that the vaccines give only 1 protein of the virus (the

8

spike protein) while prior infection imparts 27 proteins of the virus. Air Force Instruction 48-110 *Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases* 2-1 Standards, clause g. *Screening for immunity* reads: "For some vaccine-preventable diseases, serologic or other tests can be used to identify pre-existing immunity from prior infections or immunizations that may eliminate unnecessary immunizations." The argument could be made, *if COVID-19 is vaccine-preventable*, service members should be tested to eliminate unnecessary immunizations. Later in AFI 48-110, it explains the process in 2-6 Exemptions, clause a.1.b. *Medical Exemptions* "Evidence of immunity based on serologic tests, documented infection, or similar circumstances."

14.     A Military Physician Must Counsel the Applicant—this was not accomplished according to regulation. In AFI 48-110, it explains the process of the Religious Exemption. I was given this partial counseling as part of a mass briefing at the 82nd Medical Group to a room full of applicants in the Med Group's basement on the September 22, 2021. We had several questions from the group which were unaddressed *for the sake of time*. Of particular note which were not addressed was 2-6 Exemptions, clause b. *Administrative Exemptions*, section 3.a.2. "The physician should ensure that the Servicemember is making an informed decision and should address, at a minimum, specific information about the diseases concerned; specific vaccine information including product constituents, benefits, and risks; and potential risks of infection incurred by unimmunized individuals." The physician's counseling *DID NOT* include specific information about the diseases concerned nor the product constituents of the specific vaccine. At the time, COVID-19 was not fully understood or the vaccines—as they were still in their first year of distribution *and still Emergency Use Authorized*.

15.     Vaccines and Other Products Used Under Emergency Use Authorization. AFI 48-110 Chapter 8 governs the specifics according to US Law concerning EUA products—which all COVID-19 vaccines and tests remain to this day, excepting Comirnaty and Spikevax which are not available—specifically 10 USC 1107a and 21 USC 564 (or 360bbb-c). The entire chapter is headed with "Under 21 USC 564 (The Food, Drug, and Cosmetic Act), some drugs, vaccines, or devices that have not been approved or licensed by the FDA through the regular drug approval process (or not approved for an intended use) may be used as medical countermeasures to chemical, biological, radiological, and nuclear (CBRN) agents or threats, if the FDA grants an EUA." I did not understand the US was ever under a CBRN agent or threat, justifying the use of an EUA product or vaccine. I never came across any such language from any person that these conditions had been met. The criteria listed requires the SECDEF and the Sec DHHS to work in concert when faced with a military emergency or significant potential for a military emergency relating to a particular CBRN agent or threat. Again, I did not understand COVID-19 to ever be a CBRN agent or threat.

16.     Refusal Options. "The FDA may decide that potential recipients of a drug under an EUA should have the option to refuse it. The President may waive this option for military personnel." I do not recall ever seeing any documentation, orders, memorandums or executive orders from the President on any of these items occurring.

17.     On December 3, 2021, I was notified by my squadron commander the asymptomatic COVID-19 screening of unvaccinated individuals would begin the following week. Up until this point, I had never been subjected by my command to submit to testing using an EUA product. I notified him that all tests and all vaccines for COVID-19 remained EUA and that there were specific requirements for EUA products. I was unvaccinated because I had an

10

active religious accommodation request. Again, the need for public health from an imaginary "emergency" was superseding my 1st and 9th Amendment rights. I concluded with, please have a written order available so I can review the language. This was due to my due process rights guaranteed by the 5th Amendment. Over the weekend, I made certain to read as much as I could concerning EUA products and approvals.

18.      On December 6, 2021, I reported to the 80th Flying Training Wing Operations Group Auditorium to see if my concerns had been met for the COVID-19 screening with EUA products. They had not. There order I received was a verbal order on Friday and a poorly written text message from my Squadron commander of when and where to report. I did not understand where the authority had come from to force EUA vaccines and EUA products onto service members, with which I was now being subjected.  I exercised rights afforded me by the US Constitution and of US law of protected free speech, due process and anti-discrimination laws. I called the process unlawful, unconstitutional, and compared the process to the beginning phases of the Holocaust where the Nazis began labeling the Jews as unclean. I, at this time, did not feel like I was any longer a valued member of the USAF, but an unclean individual being wholly discriminated against. The foul language used against me that day clearly demonstrated that. I announced to anyone else present that what is happening is illegal, breaking regulations and ultimately unconstitutional—subverting our very oaths by taking part. The officer in charge, a Lieutenant Colonel, and the Chief Master Sergeant present took great offense to all this. I ultimately decided I needed more information and left the premises. The following day, under the purview of flight medicine personnel, I elected to submit to the EUA testing under duress from reprisal by my chain of command.

19.     My first Letter of Reprimand in my USAF service because I asked for due process.

On December 9, 2021, my squadron commander issued me a LOR for my actions on

December 6, 2021 on the basis that my actions violated UCMJ Article 133 (Conduct

Unbecoming of an Officer and Gentleman) and Article 134 (Disloyal Statements). I was

informed I was grounded from flying duties; I was ordered to remain out of the operations

building; and that my security clearance would be suspended. I responded to the LOR with a

13-page rebuttal detailing my decision-making process. Of note, which I include here as a

pertinent and immediate reference, is a succinct opine on my stance:

> As a commissioned officer, I have solemnly sworn to protect and defend the
> Constitution of the United States against all enemies, foreign and domestic. I have
> done so, and am willing to do so, at great cost and peril to my own person. This
> mindset puts commissioned officers in a particular position where at all times we
> must measure lawful orders against the US Constitution as well as the laws of the
> United States. We must also be ready to request due process of lawful orders at times
> where there appears to be a discrepancy—especially when not in wartime and when
> conditions exist which appear to deny anyone life, liberty or property. We also must
> vehemently guard and defend against any form of discrimination, regardless of race,
> color, sex, national origin, religion or sexual orientation. We are to respect all
> peoples and all viewpoints and be willing to engage in healthy debate with anyone. I
> feel I do this without fail.

20.     Cowardice and Absurdity. There is a problem with commissioned United States officers

who do not speak up when they have a feeling that something is not right, who do not request

due process, and who do not exercise their God-given ability to discern. The problem is, their

allegiance is to something else other than their allegiance to the Constitution. This is an absurdity and eventually leads to tragedy. The quote below illustrates my point (this was included in my LOR rebuttal). Attributed to Voltaire, translated from his *Questions/Letters on Miracles*, 1765:

> *"Formerly there were those who said: You believe things that are incomprehensible, inconsistent, impossible because we have commanded you to believe them; go then and do what is injust because we command it. Such people show admirable reasoning. Truly, whoever can make you believe absurdities can make you commit atrocities. If the God-given understanding of your mind does not resist a demand to believe what is impossible, then you will not resist a demand to do wrong to the God-given sense of justice in your heart. As soon as one faculty of your soul has been dominated, other faculties will follow as well. And from this derives all those crimes of religion which have overrun the world."*

21.     I thought the LOR process ended there, but it did not. The last week of January 2022, I requested a status update and a cessation of the perceived deception and secrets from my chain of command, especially now that many COVID-19 vaccinated and boosted are becoming ill. As a result, I was ordered by the vice group commander (with 1st sergeant and chief of stan eval present) to submit to a command-directed drug-demand-reduction urinalysis AND a command-directed mental health evaluation both on January 31, 2022. As I do not take any illicit drugs, the urinalysis is not a concern. The psychologist said he recognized no mental health issues.

22.     Again, I thought the LOR process ended there. However, on the following day, on February 1, 2022, I was told by the vice group commander (with 1st sergeant and chief of stan eval present) that my Instructor Pilot certification was being revoked and that I would be "grounded for a while." The reasoning expressed to me was for "good order and discipline" and that the Wing commander had lost confidence in me as an instructor pilot. I also received veiled

threats from the vice group commander that there were additional punishments which could be done to me, all for the sake of "good order and discipline." I shared with him I thought the process was going too far and is now unjust. He did not want to discuss the reason this process all began in the first place and remained silent on any of the issues I had raised in my LOR rebuttal.

23.     On February 9, 2022, I received notice that the AETC Commander (3-star general) had denied my Religious Accommodation Request. In his memo, he lists several issues of concern "*I find that your request, while sincere, does not meet the threshold for an exemption.*" One has to be concerned with what that threshold is or if it even exists. The Religious Freedom of Restoration Act explicitly prohibits the government from substantially burdening a person's exercise of religion unless it is able to demonstrate an application of that application of the burden to the person for (1) furthers a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest. He further lists how it furthers the government's interest—which the COVID-19 vaccines are not accomplishing—by a statement on my proximity to others (it is not been a factor at all, and having now been infected and easily recovered from COVID-19)—"*Specifically, you are required to have close contact with students in order to accomplish your mission*;" "*Further, you serve in a leadership position and an exemption will undermine your authority and credibility, detracting from good order and discipline.*" I find these statements to be nebulous, falsely based, and falsely supported. Denying close contact has not ceased nor has it stopped the spread of COVID-19 in any appreciable manner. This last month of January 2022, ENJJPT went through the largest influx of COVID-19 infection than it has had in the entire pandemic. Additionally, how an exemption would undermine authority and credibility is a very subjective thing the general would not be able to

14

prove nor would he be able to measure. Principled officers standing for their 1st Amendment rights, requesting and receiving accommodation speaks volumes to the system of recognizing and support 1st Amendment rights of freedom from an establishment of religion and of the individual's authority and credibility, especially when faced with unsurmountable odds like this persecution and discrimination. Lastly the general makes a strange statement which has absolutely no basis and furthers his entire argument as fraudulent, "Finally, mask wear will interfere will [with] your equipment and ability to communicate while flying." The statement is so absurd as to its practical application—mask wear for the pseudo-"protection" from the spread of COVID-19 in the aircraft beneath the mask of the MBU-20/P oxygen mask has *NEVER* occurred nor has it been enforced. None of the compelling interests argued by the general bear any weight to their actual application, especially when the governing Air Force Instruction says serologic immunity tests can suffice as a less restrictive means to the spread of infectious disease.

24.     I have come to find that my entire immediate chain of command is resistant to any of my grievances, which I feel are based on sound interpretation of US Constitution, US law and regulation. This echoes from my immediate supervisor (Major), to squadron commander (Lt Col), to group commander (Col), to wing commander (Col). I feel it even extends further to the numbered Air Force commander (2-star general), to AETC Commander (3-star general), to CSAF (4-star general), to SECAF, to SECDEF, and finally to POTUS. I believe continued adverse reactions and punishments from them will continue until I am no longer able to as a commissioned officer in the US Air Force, support and defend the Constitution. They will eventually force me be discharged in one way or another, all for attempting to exercise my

Constitutionally-guaranteed rights and to which they have not been able to truthfully show how they even follow law and their own regulations, especially with respect to the RFRA.

25.     I have 1 documented case of COVID-19 and 1 undocumented and unconfirmed case. The documented case is from January 6, 2022. The undocumented/unconfirmed case is from late December 2019/early January 2020—I had COVID-19-like symptoms, but testing or awareness of the disease had not publicly occurred, yet, and I never had my antibodies or T-cells tested until late 2021.

26.     I have repeatedly tried to explain to my commander the difference between the licensed product, Comirnaty, and the EUA-only Pfizer product and been told repeatedly that these differences do not matter and that I need to follow these "lawful orders." I have repeatedly explained and expressed to my commander my legal findings on the use of EUA vaccines and products. I am fully aware the licensing date for Comirnaty began and ended on August 23, 2021. The Spikevax from Moderna has followed suit.

27.     With my current situation post-LOR, I am facing a potential Disqualification from flying duty with a Q-3 rating—again, tied to the "good order and discipline" argument. This would remove my qualification entirely in the T-38C and require extensive training to reacquire. The next level threatened to me was to permanently disqualify me from aviation service, again, under the guise of "good order and discipline" argument. With an LOR already stuck to me—again, based on subjectivity when I have been explicit my concerns the entire time—what follows at some point is additional Non-judicial punishment as I await my RAR to be returned, and afterward my potential appeal. What follows after that is the receipt of a less than an Honorable discharge for my service, a loss of an accrued over 17 years of honorable service to the United States, a loss of my eligibility for Veteran's benefits, a loss of my post-9/11 GI Bill benefits, a

loss of aviation qualification which would impact my future employment potential, and a permanent loss of security clearance eligibility. Further, I already have a Unfavorable Information File and my local security clearance has been suspended. Even further, hypothetical refusal of the vaccine makes me ineligible for command, ineligible for Permanent Change of Station orders, ineligible for promotion boards, ineligible for Professional Military Education boards, ineligible for career level schools, ineligible for deployments, and ineligible for all other normal career progressions, including retirement.

28.     In addition, I believe this process at its completion will initiate the Board of Inquiry Process, where I will be required to go before an administrative hearing to determine whether I should be stripped of my commission and removed from the military for "misconduct." For me and all others unable to get the COVID-19 vaccine because of our religious beliefs, this allegation of "misconduct" will be "substantiated" absent injunctive relief, because they have given us a "lawful order," and denied our religious accommodation request. This is fraud upon fraud.

29.     Every COVID-19 refusal within my personal knowledge has been recommended for separation, even when it has been shown that FDA approved vaccines do not exist and it is impossible for the member to comply with the "order." At the time of separation, the BOI will determine at what grade I will be retired. Typically for "misconduct," the officer is retired at the grade last "honorably" served, meaning I face reduction to "Captain" for retirement purposes.

30.     An officer will not simply be removed from this process, absent the allegation of misconduct being formally found "unsubstantiated," and the BOI and ultimate separation process will not stop without injunctive relief. My career is almost over now, because of the stigma of this entire process; but it will certainly be over when I am placed on the path to a BOI.

31.     My vaccination status did not prevent me from continuing to execute the mission of the USAF and ENJJPT—flying and training pilots. The only time I was prevented from executing the mission was command-based. I received orders by commanders to socially distance—proven to be unnecessary; to reduce the flying schedule; to operate geographically separated, even briefing and debriefing via video teleconference; and for others excessive amounts of quarantining. During the pandemic, I flew regularly for several hundred flight hours without any interruption to service, except for a medical issue I had unrelated to COVID-19 in late 2020. Until January 2022, I was never down for having COVID-19.

32.     I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct to the best of my knowledge.

Executed this February 9, 2022.

Benjamin D. Walker, Maj, USAF