Plaintiffs' Complaint Exhibit List 2 for 4:22-cv-438
*Wilson, et al v. Austin III, et al*

11. Declaration of Plaintiff Capt. Michael Doughty, USAFR
12. Declaration of Plaintiff LtCol Summer Fields, USAFR
13. Declaration of Plaintiff MAJ Justin King, USMC
14. Declaration of Plaintiff LT Thomas Blankenship, USN
15. Declaration of Plaintiff Capt. Carley Gross, USAF
16. Declaration of Plaintiff MSG Derrick Gibson, USAR
17. August 23, 2021 FDA Pfizer-BioNTech EUA Re-Issuance Letter
18. August 23, 2021 FDA BioNTech BLA Approval Letter
19. FDA Purple Book database listing for COMIRNATY
20. Aug. 23, 2021 Pfizer Boyce Letter, Notice to Healthcare Professionals
21. Aug. 23, 2021 Pfizer-BioNTech Vaccine EUA Fact Sheet
22. Aug. 24, 2021 SECDEF Memo (The "Vaccine Mandate")
23. Sep. 13, 2021 NIH-Pfizer Announcement of Comirnaty Unavailability
24. Nov. 8, 2021 FDA Summary Basis of Regulatory Action – Comirnaty
25. Sep. 3, 2021 Dept. of the Navy, Bureau of Medicine and Surgery Memorandum, "Subject: Interchangeability of the FDA-Approved Pfizer-BioNTech Vaccine COMIRNATY and FDA-Authorized Pfizer-BioNTech Vaccine Under EUA"