Plaintiffs' Complaint Exhibit List 3 for 4:22-cv-438
*Wilson, et al v. Austin III, et al*

26. Sep. 10, 2021 Office of The Judge Advocate General, "SJA Update"
27. Sep. 14, 2021 Asst. Secretary of Defense Memorandum "Mandatory Vaccination of Service Members Using the Pfizer-BioNTech COVID-19 and COMIRNATY COVID-19 Vaccines"
28. Jan. 14, 2022 Declaration of Peter Marks (submitted as ECF 15-14 in *Crosby v. Austin*, No. 8:21-cv-2730-TPB-HTC (M.D. Fla.))
29. FDA Mar. 29, 2022 Pfizer/BioNTech EUA Re-Issuance letter
30. FDA Mar. 29, 2022 Moderna EUA Re-Issuance letter
31. Congressional Research Service, *FDA Approval of the Pfizer-BioNTech COVID-19 Vaccine: Frequently Asked Questions* (Updated Sept. 29, 2021)
32. Aug. 23, 2021 FDA Comirnaty SBRA
33. CDC FOIA Response Emails from Aug. 13, 2021 - Sept. 1, 2021
34. Dept. of the Air Force, Deputy Director of Staff for COVID-19, "COVID-19 Mandatory Vaccination Implementation Guidance for Service Members" (Sept. 3, 2021)
35. 2021-2022 Navy Mandatory COVID-19 Vaccination and Reporting Policy," NAVADMIN 190/21 (Sept. 1, 2021)
36. "Mandatory COVID-19 Vaccination of Marine Corps Active and Reserve Components," MARADMIN No. 462/21 (Sept. 1, 2021)
37. Dept. of the Army, Fragmentary Order 5 to Headquarters Dept. of the Army Executive Order 225-21 (Sept. 14, 2021)
38. Declaration of LTC Theresa Long, U.S. Army, MD, MPH, FS, to Sen. Homeland Sec. and Governmental Affairs Committee
39. Office of Legal Counsel, Vaccine Mandate Opinion