IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* <br>     Plaintiffs, <br><br> v. <br><br> LLOYD AUSTIN, III, *et al.*, <br>     Defendants. | § <br> § <br> § <br> §   Case No. 4:22-cv-438-ALM <br> § <br> § <br> § <br> § |

**JOINT MOTION ON BRIEFING SCHEDULE AND PAGE LIMIT INCREASE**

The Parties jointly, by and through their counsel, respectfully move the Court to set a briefing schedule for Plaintiffs' Motion for a Preliminary Injunction and to grant leave to exceed the page limits set forth in Local Rule CV-7(a)(2). The parties jointly propose that the Court set a briefing schedule and increased page limits as follows:

- Plaintiffs will file their Motion for a Preliminary Injunction of up to 40 pages and supporting materials today July 1, 2022.

- Defendants will file their Opposition of up to 40 pages and supporting materials on or before July 15, 2022.

- Plaintiffs will file a Reply Brief of up to 20 pages on or before July 22, 2022.

- Defendants will file any Sur-Reply Brief of up to 20 pages on or before July 29, 2022.

Local Rule CV-7(h) Certification. Counsel for the parties have conferred and jointly agree to file this motion. For the reasons set forth above, the Parties respectfully request that this Court set the briefing schedule and page limits as set forth above. In the event the Court denies or modifies the Motion and Plaintiffs soon-to-follow Preliminary Injunction

Motion is to be stricken in part (in excess of the allowed page limit), Plaintiffs request that it be stricken in its entirety, so that it may be restructured and refiled to meet the Court's page requirements.

Dated: July 1, 2022                                                         Respectfully submitted

**For the Plaintiffs:**

/s/ Jerri Lynn Ward
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

/s/ Dale Saran
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

/s/ Brandon Johnson
Brandon Johnson,
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org

**For the Defendants:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO

        Deputy Director

        /s/ *Zachary A. Avallone*
        ZACHARY A. AVALLONE (DC Bar No. 1023361)
        JODY D. LOWENSTEIN
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 514-2705
        E-mail: zachary.a.avallone@usdoj.gov

        BRIT FEATHERSTON
        United States Attorney

        JAMES GILLINGMAN
        Assistant U.S. Attorney
        Eastern District of Texas
        110 N. College Street, Suite 700
        Tyler, Texas 75702

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of July, 2022, the foregoing Plaintiffs' Motion was e-filed using the CM/ECF system.

        */s/ Brandon Johnson*
        Brandon Johnson