UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* <br>     **Plaintiffs,** <br><br> v. <br><br> LLOYD AUSTIN, III, *et al.*, <br>     **Defendants.** | § <br> § <br> § <br> §    **Case No. 4:22-cv-438-ALM** <br> § <br> § <br> § <br> § |

### [PROPOSED] ORDER ON BRIEFING SCHEDULE AND PAGE LIMITS

On July 1, 2022, the Parties filed a joint motion requesting the following briefing schedule and page limits for the Plaintiffs' motion for Preliminary injunction:

- Plaintiffs will file their Motion for a Preliminary Injunction of up to 40 pages and supporting materials today July 1, 2022.

- Defendants will file their Opposition of up to 40 pages and supporting materials on or before July 15, 2022.

- Plaintiffs will file a Reply Brief of up to 20 pages on or before July 22, 2022.

- Defendants will file any Sur-Reply Brief of up to 20 pages on or before July 29, 2022.

**It is hereby ordered that the Parties' Joint Motion is GRANTED.**