# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSHUA WILSON,** *et al* | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | Case No. 4:22-cv-438-ALM |
| | § | |
| **LLOYD AUSTIN, III,** *et al.*, | § | |
| | § | |
| **Defendants** | § | |

## SERVICE OF PROCESS

Attached please find the affidavits of service upon the various Defendant U.S. agencies for the Plaintiffs' Complaint, for appropriate filing by the Clerk of Court.

Dated: July 5, 2022

Respectfully submitted,

  /s/  Jerri Lynn Ward
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

  /s/ Dale Saran
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

  /s/ Brandon Johnson
Brandon Johnson, Esq.
DC Bar No. 491370
Defending the Republic

2911 Turtle Creek Blvd.,
Suite 300 Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

Attorneys for the Plaintiffs