## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Texas

Joshua Wilson, et al

    Plaintiff(s),

VS.

Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense, et al

    Defendant(s).

Attorney: Dale Saran, Esq.

Dale Saran, Esq.
19744 W. 116th Terrace
Olathe KS 66061


*279248*

**Case Number: 4:22-cv-00438**

Legal documents received by Same Day Process Service, Inc. on **05/31/2022** at **9:51 AM** to be served upon **Xavier Becerra, in his official capacity as Secretary of U.S. Department of Health and Human Services at 200 Independence Ave, SW, Washington, DC 20201**

I, **Cora Heishman**, swear and affirm that on **June 02, 2022** at **4:48 PM**, I did the following:

Served **Xavier Becerra, in his official capacity as Secretary of U.S. Department of Health and Human Services** by delivering a conformed copy of the **Summons in a Civil Action (issued on 05/27/2022); Complaint For Declaratory And Injunctive Relief; Demand For Jury Trial; Exhibits** by Certified Mailing to Xavier Becerra, in his official capacity as Secretary of U.S. Department of Health and Human Services at 200 Independence Ave, SW, Washington, DC 20201.

**Supplemental Data Appropriate to this Service:** On 06/02/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70210950000187116790 to the address of: 200 Independence Ave, SW, Washington, DC 20201. On 06/20/2022, the domestic return receipt was returned indicating that delivery was made on 06/06/2022.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

Cora Heishman
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:279248



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Texas

Joshua Wilson, et al

    Plaintiff(s),

VS.

Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense, et al

    Defendant(s).

Attorney: Dale Saran, Esq.

Dale Saran, Esq.
19744 W. 116th Terrace
Olathe KS 66061

*279251*

Case Number: 4:22-cv-00438

Legal documents received by Same Day Process Service, Inc. on **05/31/2022** at **10:01 AM** to be served upon **Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense at Department of Defense, 1235 South Clark St., #1540, Washington, DC 22202**

I, **Jamie Boisseau**, swear and affirm that on **June 01, 2022** at **2:51 PM**, I did the following:

Served **Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense** by delivering a conformed copy of the **Summons in a Civil Action (issued on 05/27/2022); Complaint For Declaratory And Injunctive Relief; Demand For Jury Trial; Exhibits** to Michael Brown as Authorized Agent of Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense at **Department of Defense,, Washington, DC 22202**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: Sitting Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Jamie Boisseau**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:279251



District of Columbia
Signed and sworn to (or affirmed) before me
on __6-3-22__ by __Jamie Boisseau__
  Date      Name(s) of individual(s) making Statement

_____
Signature of Notary Officer

_____
Title of Office

My commission expires: Brandon Snesko
Notary Public, District of Columbia
My Commission Expires 9/14/2026

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Texas

Joshua Wilson, et al

    Plaintiff(s),

VS.

Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense, et al

    Defendant(s).

Attorney: Dale Saran, Esq.

Dale Saran, Esq.
19744 W. 116th Terrace
Olathe KS 66061


*279250*

**Case Number: 4:22-cv-00438**

Legal documents received by Same Day Process Service, Inc. on **05/31/2022** at **9:55 AM** to be served upon **U.S. Attorney, E.D. TX, Maureen Smith**, at 600 East Taylor Street, Suite 2000, Sherman, TX, 75090

I, **Joseph Reeves PSC-11928**, swear and affirm that on **June 01, 2022** at **1:45 PM**, I did the following:

Served **U.S. Attorney, E.D. TX, Maureen Smith, a government agency** by delivering a conformed copy of this **Summons in a Civil Action (issued on 05/27/2022); Complaint For Declaratory And Injunctive Relief; Demand For Jury Trial; Exhibits** to **Paul Reyna** as Legal Assistant & Authorized Agent at **600 East Taylor Street, Suite 2000 , Sherman, TX 75090** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 45  Height: 5ft4in-5ft8in  Weight: 161-200 lbs  Skin Color: Hispanic  Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Joseph Reeves*

**Joseph Reeves PSC-11928**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

PSC-11928
EXPIRES 03/31/2023

Internal Job
ID:279250



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Texas

Joshua Wilson, et al

    Plaintiff(s),

VS.

Lloyd Austin, in his official capacity as Secretary of the U.S. Department of Defense, U.S. Department of Defense, et al

    Defendant(s).

Attorney: Dale Saran, Esq.

Dale Saran, Esq.
19744 W. 116th Terrace
Olathe KS 66061


*279252*

**Case Number: 4:22-cv-00438**

Legal documents received by Same Day Process Service, Inc. on **05/31/2022** at **10:05 AM** to be served upon **Janet Woodcock, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration at Food and Drug Administration, 10903 New Hampshire Ave, Silver Spring, MD 20993**

I, **Aaron Alberts**, swear and affirm that on **May 31, 2022** at **1:18 PM**, I did the following:

Served **Janet Woodcock, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration** by delivering a conformed copy of the **Summons in a Civil Action (issued on 05/27/2022); Complaint For Declaratory And Injunctive Relief; Demand For Jury Trial; Exhibits** to **Elmer Edwards** as Authorized Agent of **Janet Woodcock, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration** at **Food and Drug Administration, , Silver Spring, MD 20993**.

**Description of Person Accepting Service:**
Sex: Male  Age: 60  Height: 5ft9in-6ft0in  Weight: 161-200 lbs  Skin Color: Black  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Aaron Alberts**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:279252

