IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* | § |
| Plaintiffs, | § § § |
| v. | §  Case No. 4:22-cv-438-ALM |
| LLOYD AUSTIN, III, *et al.*, | § § |
| Defendants. | § § |

**PLAINTIFFS' SUPPLEMENT TO, AND CERTIFICATE OF SERVICE FOR, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

On July 1, 2022, the undersigned counsel for Plaintiffs Joshua Wilson, *et al* filed Plaintiffs' Motion for Preliminary Injunction using the CM/ECF system (the "July 1 Motion"). ECF 9. The July 1 Motion did not include the Certificate of Service or Exhibit 8 thereto referenced on page 29, footnote 44. Undersigned Plaintiffs' counsel hereby supplement the July 1 Motion by filing Exhibit 8 attached hereto and certify that the July 1 Motion was filed using the CM/ECF system on July 1, 2022, which provided a service copy to all counsel of record on July 1, 2022.

Dated: July 6, 2022          Respectfully submitted

                                      _/s/ Jerri Lynn Ward_
                                      Jerri Lynn Ward, Esq.
                                      Texas Bar #20844200
                                      Garlo Ward, P.C.
                                      1017 Rose Circle
                                      College Station, Texas 77840
                                      (512) 302-1103 ext. 115
                                      jward@garloward.com

                                      _/s/ Dale Saran_
                                      Dale Saran, Esq.
                                      MA Bar #654781

        19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

*/s/ Brandon Johnson*
Brandon Johnson,
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of July, 2022, the foregoing supplement to the July 1, 2022 Motion for Preliminary Injunction was e-filed using the CM/ECF system.

*/s/ Dale Saran*
Dale Saran