UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSHUA WILSON**, *et al* § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 4:22-cv-438-ALM |
| § | |
| **LLOYD AUSTIN, III**, *et al.*, § | |
| Defendants. § | |

## ORDER ON BRIEFING SCHEDULE AND PAGE LIMITS

On July 1, 2022, the Parties filed a Joint Motion on Briefing Schedule and Page Limit Increase (Dkt. #8) for the Plaintiffs' Motion for Preliminary Injunction:

- Plaintiffs will file their Motion for a Preliminary Injunction of up to 40 pages and supporting materials today July 1, 2022.

- Defendants will file their Opposition of up to 40 pages and supporting materials on or before July 15, 2022.

- Plaintiffs will file a Reply Brief of up to 20 pages on or before July 22, 2022.

- Defendants will file any Sur-Reply Brief of up to 20 pages on or before July 29, 2022.

The Court finds that the motion should be and hereby is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE