AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Wilson, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cv-438 |
| Austin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 07/25/2022

*Zachary A. Avallone*
*Attorney's signature*

Zachary A. Avallone (DC Bar No. 1023361)
*Printed name and bar number*

1100 L St. NW
Washington, DC 20005

*Address*

zachary.a.avallone@usdoj.gov
*E-mail address*

(202) 514-2075
*Telephone number*

(202) 616-8470
*FAX number*