### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOSHUA A. WILSON, *et al.,*<br><br>　　Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, *et al.,*<br><br>　　Defendants. | Case No. 4:22-cv-00438-ALM |

### PROPOSED ORDER

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint, the Court hereby GRANTS the motion. Defendants shall file an answer or otherwise respond to the complaint no later than 21 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction, ECF No. 9.