Pritish Vora
27758 Via Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
Amicus Curiae, Pro Se

**FILED**
JUL 2 8 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, et. al., <br>     Plaintiffs, <br> vs. <br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., <br>     Defendants. | Case No.: 4:22-cv-00438-ALM <br> **MOTION FOR LEAVE TO FILE AMICUS CURIAE** <br><br> **Hon. Judge Amos L. Mazzant** |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file an informational brief in the above referenced matter in support of the Plaintiffs to provide factual references that warrant judicial notice, to provide facts that may escape the Court's consideration, and to supplement the diligent efforts of counsel. Amicus states as follows:

    1. Amicus is an individual, concerned U.S. citizen from California and is familiar with the docket entries in this case regarding the implementation of the

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

"Covid-19 vaccine mandate." Amicus has a PACER account and thus also is aware of other similar cases.

2. Amicus is a Pro Se, is not an attorney, does not hold any law degree, but is aware of the Federal Rules of Civil Procedure. Amicus has filed cases as a Pro Se Plaintiff in the Central District of California in other matters. See, e.g., Vora v. Equifax Information Services, LLC et al., No. 8:19-cv-00302-AG-KES (C.D. Cal. 2019). (Case settled).

3. Notwithstanding "the absence of a specific provision" in the rules authorizing amicus briefs, *"District Courts have long been permitted to allow amicus appearances at their discretion."* See Vigil v. AT&T, 1969 WL 118, at *1 (D.Colo. Sept. 9, 1969).

4. *"The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the Court's attention to law or facts that may otherwise escape consideration."* See Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus., 694 F.2d 203, 204 (9th Cir. 1982).

5. The implementation of a vaccine mandate for the Armed Forces is highly contested throughout District Courts and is a matter of public interest. See, e.g., Clements, et. al. v. Austin, et. al., No. 2:22-cv-02069-DCN (Dist. SC 2022); See also US Navy SEALs 1-3 et.al., v. Lloyd J. Austin III et.al., No. 4:21-cv-01236-O (N.D. TX 2021).

6. The Defendants' motion in opposition to Plaintiffs' motion for preliminary injunction rests largely on the theory that it has "BLA compliant" and "FDA approved" licensed vaccines, and thus Plaintiffs' claims are not ripe.

7. Amicus intends to support the Plaintiffs' motion for preliminary relief. The attached brief contains 13 (thirteen) referenced links, most of which are the government's own sites. The brief is divided into four parts as follows:

    a. Defendants do NOT have any "BLA compliant" lots.

    b. Defendants do NOT have Moderna's Spikevax.

    c. Defendants' claim of Pfizer-BioNTech's "FDA approved" version of Comirnaty is subject to further judicial review.

    d. "DEATH" is a listed serious adverse event in the FDA-authorized fact sheet provided to <u>healthcare providers</u>, but it is NOT listed as a serious adverse event in the FDA-authorized fact sheet for **recipients**. (Emphasis added).

8. This information will be useful to support the Plaintiffs' factual contentions; This information is likely to have an influence on or affect the outcome of a claim or defense; This information deserves to be considered in the preparation, evaluation, or trial of a claim or defense; and this information that reasonable and competent counsel would consider reasonably necessary to prepare, evaluate, or try a claim or defense.

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

9. The Court has not made a final determination of the pending motion, and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

WHEREFORE, Amicus respectfully requests that the Court GRANT leave to file the Amicus Curiae brief, attached contemporaneously with this motion for leave.

Respectfully submitted on this day of ___July 27, 2022___

By: ___/s/ Pritish Vora___

Pritish Vora, Amicus Curiae, Pro Se

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I, Pritish Vora, Amicus Curiae, hereby certify that I sought concurrence with counsel for the respective parties via e-mail prior to filing this motion for leave. I received a response by the parties as follows: Plaintiffs' counsel: UNOPPOSED. Defendants' counsel: UNOPPOSED. A proposed ORDER is attached pursuant to CV-7(a).

Respectfully submitted by:

___/s/ Pritish Vora___

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the motion for leave to the Clerk of the Court via FedEx on July 27, 2022, and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Respectfully submitted by:

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

Attorneys for the Plaintiffs:

Brandon Johnson, Esq.
DC Bar No. 491370
Defending The Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX  75219
Tel: (214) 707-1775
bcj@defendingtherepublic.org

Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Tel: (480) 466-0369
dalesaran@gmail.com

Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
College Station, Texas 77840
Tel: (512) 302-1103 ext. 115
jward@garloward.com

Attorneys for the Defendants:

Jody D. Lowenstein
Zachary A. Avallone
Trial Attorneys
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-9280
jody.d.lowenstein@usdoj.gov
zachary.a.avallone@usdoj.gov