

ORIGIN ID:JORA   (949) 292-8359
PRITISH VORA

27758 SANTA MARG PKWAY #530

MISSION VIEJO, CA 92691
UNITED STATES US

SHIP DATE: 27JUL22
ACTWGT: 0.60 LB
CAD: 6992014/SSF02321

BILL CREDIT CARD

TO   **PAUL BROWN**
**US COURT HOUSE CLERK OF THE COURT**
**101 PEECAN STREET ROOM 216**

**SHERMAN TX 75090**

(903) 892-6801          REF:
INV:
PO:                              DEPT:

Part # 156297-435 RRDB2 EXP 05/23



**FedEx**
Express

**E**

THU — 28 JUL 4:30P

TRK# 2760 8177 8261     **STANDARD OVERNIGHT**
0201

**AD SWIA**                          **75090**
                          TX-US  **DFW**

RT 416
FZ
1
16:30   A
8261
07.28