IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOSHUA A. WILSON, *et al.,*

    Plaintiffs,

v.

LLOYD J. AUSTIN III, *et al.,*

    Defendants.

Case No. 4:22-cv-00438-ALM

### ORDER

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint (Dkt. #17), the Court hereby GRANTS the motion. Defendants shall file an answer or otherwise respond to the complaint no later than 21 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction (Dkt. #9).

**IT IS SO ORDERED.**
**SIGNED this 8th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE