# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| JOSHUA WILSON, ET AL. | § | |
| | § | |
| v. | § | Civil Action No.  4:22cv438 |
| | § | Judge Mazzant |
| LLOYD J. AUSTIN III, ET AL. | § | |
| | § | |

## ORDER

Before the Court is the Motion for Leave to File Amicus Curiae (Dkt. #18), filed by Pritish

Vora, *pro se.*  The Court finds the motion should be granted.

It is therefore ORDERED that the Motion for Leave to File Amicus Curiae (Dkt. #18) is

GRANTED, and the Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary

Injunction (Dkt. #19) is deemed filed.

**IT IS SO ORDERED.**

**SIGNED this 11th day of August, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE