IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* § § | |
| **Plaintiffs** § § | |
| § | Case No. 4:22-cv-438-ALM |
| v. § § | |
| LLOYD AUSTIN, III, *et al.*, § § | |
| **Defendants** § § | |

### ORDER

Before the Court is the Motion for Leave to File Additional Plaintiffs' Motion to Intervene (Dkt. #21). The Court finds the motion should be, and hereby is, GRANTED, and the Intervening Complaint of 739 Additional Plaintiff (Dkt. #20) is deemed filed.

IT IS SO ORDERED.

SIGNED this 25th day of August, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE