## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSHUA WILSON,** *et al* | § | |
| | § | |
| **Plaintiffs** | § | **Case No. 4:22-cv-438-ALM** |
| | § | |
| **v.** | § | |
| | § | **NOTICE OF WITHDRAWAL** |
| **LLOYD AUSTIN, III,** *et al.,* | § | **OF MOVANTS MTI (ECF 20)** |
| | § | |
| **Defendants** | § | |

William Timothy Adams,
Kevin Eamon Aflatooni,
Mayra Ivette Alexander,
Jared Allen,
Israel Alvarado,
Joshua Cale Anderson,
Coy Andrew,
Catherine Marie Arnett,
Alexandra Arrabito,
Jared Salvador Arteaga,
Frank Aucompaugh,
Kahmaal Hakeem Autman,
Scott E. Bailey Jr.,
Bryant Baker,
John Thomas Baker,
Alec Banse,
Canaan Scott Barger,
Zackery Ray Barkell,
Matthew Wayne Barlow,
Amos Joshua Bartlow,
Mark C. Bashaw,
Andrew Scott Bean,
Andrew M. Beardsley,
David Israel Beckerman,
Michael Peter Bernard,
Alec Logan Birchfield,
Kim Bitter,
Nathan G. Blevins,
Rocio Fuentes Boone,
Aaron A. Borszich,
John Alexander Bowes,

1

Zachary Braida,
John W. Branch,
Matthew Bridge,
Brandon Jarred Brown,
Jonah Brown,
Tyler Alex Brown,
Jock Bryant,
Todd A. Buchanan,
Paige Bump,
Eric Burgess,
Tessa Rae Callender,
Christopher Michael Campbell,
Ryan Lee Carey,
Eric John Carlo,
David Michael Carr,
Andrew Floyd Carson,
Alexander Josiah Carver-Robbins,
Michael Francis Casano,
Nicholas Mark Castle,
Austen Wayne Catlin,
Anthony Cecora,
Jonathan Cheek,
Brent William Chisholm,
Michael Chuzie,
Joshua Mark Cobin,
Catherine Loray Hamilton Cochran,
Zachary Franklin Cochran,
Nathan P. Collins,
Ralph Eugene Collins,
Rylan Robert Commins,
Brendon Michael Connor,
Ronnie August Cooper, Jr.,
Gregg Louis Costin,
Joseph Cotton,
Deborah Ann Countryman,
William Walter Cronkright,
Melissa Sue Cunningham,
Daniel Dahlby,
Patrick Joseph Daly,
Andrew James Daniele,
Michael Brison Davenport,
Nathan Clyde Davies,
Robert Rogers Dee,
Lucian Dekich,
Anthony James Delikat,

David Michael Densmore,
Christopher Anthony DePasquale,
Ethan Luke Desoto,
Cheyne Zachary Dewolfe,
James Taylor Dickens,
Justin Mikel Diercks,
Zebulon Joseph Dimmett,
Joshua David Donaldson,
James E. Douglas,
Justin W. Dumais,
Christopher Scott Duncan,
Kyle Dunlap,
Aaron Dunn,
Aaron Michael Dunson,
Aaron Elliott,
Abigail Elliott,
Katheryn Willingham Ellis,
Jacob R. Ellwood,
Elden Elias Engelhard,
Garrett Ericksen,
John M. Eschmann,
Caroline Essex,
Christopher F. Evatt,
Carlos Fabian,
Scott Curtiss Farrar,
Avery James Farson,
Ryan Jeffrey Faucheux,
Joshua Feagley,
John Michael Felbinger,
Leah Grace Fiedler,
Luke James Findley,
John Charles Frankman,
Rose Marie Fredericks,
Carl Avery Friend,
Johnathan Michael Fyffe,
Berlin Gabretti,
Baron Charles Gaines,
Ryan Games,
Benjamin Ryan Gepford,
Austin Baudean Gillis,
Sean Bradley Gilson,
Andrew James Glowa,
Jamie Lynn Goodman,
Joshua James Gorny,
Max Husfelt Goulas,

Leslie Mitchell Graham,
Daniel Jedidiah Greer,
Ryan Christopher Grim,
David S. Gritsavage,
James Dominique Groves,
Desirae Elaine Grumbine,
Reed Dellinger Guthrie,
Kimberly Ye Jin Hall,
Daniel Nelson Hanna,
Jordan Tyler Harriott,
Joy Cristina Harris,
Kristan Renee Harrison,
Matthew David Hawke,
Jonathan Healey,
Murray Owen Hemstreet,
Crystal Faye Hensley,
Briar Joseph Herb,
Shane Jason Hesse,
Joseph William Heyser,
Peter Hickson,
Kristopher Clair Holstege,
Charles David Hood III,
Katherine E. Hoops,
Joshua P. Hoppe,
Henry James Hortenstine,
James Leonard Houchin,
Caleb Lee Howard,
Mark Thomas Hryhorchuk,
Donald Allen Huggins,
David James Humiston,
Michael Harlan Humiston,
Noah James Inglesby,
Michael Jerry Jaeger,
Jared David Jaquish,
Nathan Josiah Jaquish,
Justin Antonio Jensen,
Jose J. Jimenez,
David Michael Johnsen,
Melanie R. Johnson,
Thomas Christopher Jordan,
Robert Eugene Jovin,
Kaleb John Kaetterhenry,
Jordan G. Kahrs,
Melissa Anne Kalas,
Nicholas C. Kastilahn,

4

William Joseph Kazyak,
Brandi Barnard King,
Sarah Ann Klaeser-Fernandez,
David George Kopp,
Michael J. Koslow,
David Michael Kucharik,
Paul Eugene Kuhn,
Zarah Oshin Fiesta Lacsamana,
Zachary Joseph Lafreniere,
Jonathan Tyler Lanser,
Jordan Mitchell Lantzy,
Matthew Stephen Larkin,
Christopher Scott Laughrun,
James Anthony LaViola,
Ryan Joel Leavitt,
Royce Leighton Legg,
Matthew Earl Leiferman,
Matthew Tyler Lemoine,
Matthew Burish Lettieri,
Jonathan Y. Lightfoot,
Kyle Wayne Lindsay,
Neil David Lisowski,
Billy Ryan Lively,
Austin K. Locke,
Matthew Ryan Long,
Christopher Lott,
Michael Jack Lucky,
Andrew Michael Luiken,
Stephanie Nicole Lunstrum,
Joel Louis Mack,
Ivan Maldonado,
David Michael Manrrique,
Eric James Marple,
Tyler B. Marsh,
Martin, John Wesley
Martin, Neil
William Ryan McCary,
Austen McClain,
Randy McCoy,
Justin Lee McDowell,
David Luke McIlroy,
Derek L. McMann,
Joel Michael McNally,
Brad DeWayne Melichar,
James Michael Miller,

5

Leman Jeffrey Miller,
Jameson Kyle Millspaugh,
Dustin Moll,
Acarya D. Monge,
Anthony Michael Monteleone,
John Paul Montes,
Brian Robert Moody,
Joshua Allen Moore,
Nicholas Ryan Moore,
Colin M. Morella,
Eric Thomas Morris,
Kyle B. Morris,
Nicholas Austin Morrison,
Michael Jarrod Moseley,
Christopher L. Moss,
William Joseph Moxey,
Stephen A. Moy,
Marcus Dwight Moyer,
Neil Joseph Mulvihill,
Melanie K. Muma,
Bryan Jay Murdock,
Richard Barrington Murphy,
Chase Lane Myers,
Emily Nankivell,
Katherine E. Newcom,
Russell Douglas Newman,
Danielle Nottle,
Rovi Adonis Orion,
Sterling Orren,
David Ian Orwig,
Nicola Paille,
David Allen Partin,
Russell Charles Patten,
Frankie Flores Paulino II,
Christopher Aaron Perry,
Ryan Matthew Petersen,
James Robert Gerard Peterson,
Andrei Sergeivich Petrov,
Caleb Ryan Pickard,
Zachary Ivan Pierce,
Jennifer Maree Piggott,
Russell T. Piggott,
Robert R. Pike,
Michael Pizzari,
William John Plowman,

6

David L. Pointer,
Ryan Lee Potter,
Ryan P. Pritchard,
Frank Vincent Prokop,
Alvaro Provencio,
Joel Mark Rasanen,
Jordan Matthew Reeves,
Daniel Phillip Reuter,
Thomas Lawrence Richmond,
Samuel Patrick Rinaldi,
Anthony Roberto,
Susanna Talley Roberts,
Carlos Alberto Rodriguez,
Adele Margrethe Rosas,
Melanie Renee Roserie,
Stanley John Ruda,
Sean Donald Russell,
Thomas Michael Rutt,
Victoria Lynn Rutt,
Thomas Jordan Ryan,
Scott Patrick Saffran,
Matthew Ryan Sasser,
Samuel Shane Schielke,
Jerry V. Schmaljohann,
Daniel Thomas Schneider,
Kenneth Schneider,
Sebastian Caleb Schneider,
Justin J. Schreiner,
Kyle Ian Schriever,
Aaron Cody Seaman,
Haina Jason Searls,
Ethan Tyler Senn,
Zachary Benjamin Senn,
Jeremy Severson,
Andrew Francis Severt,
Hayley Sewell,
Nolan J. Sharp,
Matt Shaw,
Jaime Francis Sherwood,
Jonathan Shour,
Daniel A. Simoneaux,
John Kyle Simpson,
George Walter Skinner,
Christopher James Skoutas,
Marcus Dwight Smart,

Aaron Michael Smith,
Joshua Karl Smith,
Matthew Brian Smith,
Raquel Ann Smith,
Sander P. Smith,
Stephen Anthony Smith,
Joshua Donn Snodgrass,
Rita A. Sorensen,
Bryan Patrick Spence,
William Sponheimer,
May Rose SquibbAnderson,
Jonathan D. Stafford,
Gregory Thomas Stammen,
James Trimble Stanley,
Philip Stein,
Cody L. Jared Stewart,
Zachary Aaron Stolp,
Matthew William Strongin,
Ross Studwell,
William Edmund Sullivan,
Daniel William Syzdek,
Andrew Lee Teague,
Samantha Blythe Teague,
Dominic R. Teich,
Dean Upton Thibodeau,
Hunter Marshall Reagan Thibodeau,
Chelisha Joshay Thomas,
Daniel John Thomas,
Preston Gene Thompson,
Catherine Tighe,
Mary Elizabeth Tighe,
Hans William Toohey,
Adam Lee Treaster,
Thomas Arthur Trowbridge,
Alejandro Rafael Trujillo,
David Lee Trupe,
Cameron Pelham Turner,
Courtney Tutela,
Eevee Uzumaki,
Killian Miller Valencia,
Nathan Valle,
Micah Van Mersbergen,
Kimberly Jean Vasquez,
Aaron Brent Vidal,
Frederick W. Volcansek,

John Tyler Walsh,
Brandon Maser Ward,
Joseph James Weakley,
Russell Paul Weber,
Curtis Eugene Weddle,
Stephen Dean Weddle,
Gerald Loren Welker,
Christopher Ryan Wells,
Bryan Michael White,
Tyler Jonathon Whitney,
Joseph Anthony Wier,
Patrick Wier,
Philip Finnian Wier,
Jacob Elias Wilkins,
Stephen Lewis Williams,
Steven Michael Wisniewski,
Derek Charles Woellhof,
Juan Latino Woods,
Ross Alan Woods,
Jesse Lee Wooster,
Jonathan David Wright,
Mark Andrew Yackley,
Michael Andrew Yenchko III,
Taylor Scott Yontz,
David Yorck,
Rachel Leah Young,
Josiah R. Zimmerman,
Noah James Zuniga,
Annmarie Lynn Acevedo,
Charles Davitte Albertson,
James Paul Allen,
Brett Hans Andersen,
Marc Christopher Anderson,
Brian Anecito,
Charles William Arbuckle,
Derek James Archer,
James Michael Armstrong,
Wade Carroll Ashley,
Kevin Ronald Austin,
Anthony William Autry,
Lanii Baillie,
Charles Joseph Baumann,
Nathanial Gregory Bergan,
Anthony G. Bevers,
Jeffrey Christopher Blasiak,

9

Matthew Timothy Boedeker,
Cameron J. Bois,
Brandon J. Bond,
Panagiotis V. Boutsikaks,
Camille Shawna Braccio,
Jonathan Aaron Braunstein,
Anthony Wayne Brooks,
Benjamin Alan Buchta,
Christopher Landon Burge,
Dominick Anthony Burkhardt,
Claire Burns,
Israel Caban,
Donald Joseph Calkins,
Michael Mark Capelle,
David Christopher Carlo,
Matthew Castro,
Mario Ceccarelli,
Briana Xochitl Chavez,
Lorne Michael Christopher,
Tanya Christine Clark,
Tyler Ray Clawson,
Jason M. Clendenin,
Kristopher Cockburn,
Jacob Jeffrey Cole,
Michael P. Coloney,
Bryan Michael Colucci,
Daniel H. Cooke,
Ryan Samuel Cooke,
Lydia Ruth Cook (Rhyne)
John Richard Cooper,
Joseph B. Cristi,
Caroline Ashleigh Crumbacker,
Richard James Cunningham,
Michael Vincent Curley,
Michael Garland Darnell,
Kyle Arthur Davis,
Alexander James Decampi,
Darren Michael DeCarlo,
Daniel D. Decker,
Matthew Robert Deister,
George Michael Deliyanides,
Jason Delmar,
Philip Michael DeMola,
Hayden Alexis Deverill,
Adrian Dimas,

10

Crystal G. Donders,
Zackary Thomas Donohue,
Christopher Baker Doscher,
Jonah Vaughn Dreyfus,
Crystal Lynn Dubois,
Elijah Caleb Duffy,
Elizabeth S. Dumlao,
Durden, Kieran Joseph
Adam Ray Dyess,
Phillip Logan Edwards,
Daniel Ferris,
Alexander Gregory Fogassy,
Nicole Ashlynn Foy,
Jonathan Gavin Franzone,
Joshua Curtis Frazier,
Yulia Frazier,
William Adric Freincle,
Jeremy Frix,
George W. Fuller,
Alexander Kraig Galloway,
Christopher Lance Garcia,
Dannielle Erin Garcia,
Raquel Leonor Garcia,
Chayse Bentlee Garrett,
Eric Jay Gayoso,
Sarah E Georgiades,
Patrick E. Gibson,
Micah Scott Gillette,
Shay Camar Gilliam,
David Joshua Glenn,
James William Goeppinger,
John Jason Goff,
Caleb S. Gooch,
Gorczok, Erik C
Joseph Everett Goris,
Sydney E. Graham,
Katherine E. Guarino,
Thaddeus Guerrero,
John Justin Gurley,
Travis Scott Hagel,
Joel Eric Hakes,
Henry Thomas Hamilton,
Gabe Walker Harcrow,
Kenneth William Harris,
Jason David Hart,

Jon D. Hauger,
Andrew George Clinton Helman,
Katie M. Henschel,
Marcella Herster-Dudley,
Robert David Herster-Dudley,
Sean C. Hicks,
Kevin Michael Hill,
Paul Henry Hinen,
James R. Holden,
Nathan M. Hollander,
Nicole Hollander,
Alexander J. Hooks,
Nickolas Ian Hurst,
Paul Hyde,
John Ihrig,
Jensine Lanette Indorf,
Joseph Franklin Irwin,
Denis John Isenburg Jr.,
Curtis Ivins,
Jay W. Jacobsen,
Nathan Wayne Jenkins,
Wade A. Jensen,
James Joseph Job,
Jason Brent Jones,
Troy Michael Jones,
Christopher Kinsley Jordan,
Seth Thomas Kaiser,
Clinton Joseph Kelley,
Dwayne Kennedy,
John William Kieffer,
Cecil Haldane Kindle III,
Morgan R. Kissane,
Douglas Robert Kissell,
Justin Robert Koch,
John Michael Koza,
Max Joseph Lubitz,
Jamie Marie Luna,
Jeffrey Stephen MacNeill,
Kevin Thomas MacNeill,
Paula Susan Macomber,
Stephen Daniel Maksim,
Stephen Richard Maro,
Brady David Marsh,
Jon Glenn Martinez,
Michaeles W. Martinez,

Morgan J. Martinez,
Brittani Michele Mathis,
Leidy Patricia Matos,
Brett Christopher McAuliff,
Chris A. Mccauley,
Joshua Gregory McClure,
Rick E. McGettigan,
Jesse William McLean,
Kelly Ann McLean,
Cameron Alexander Medford,
David Rincon Mendoza,
Kyle Theodore Meyer,
Timothy Robert Meyer,
Stephanie Lorraine Miller,
Tamra Shere Mills,
Cristen Nicole Moore,
Kyle Forrest Moore,
Vincent D. Morgan Jr.,
Jamie Kay Morris,
Jordan L. Muntain,
Carra Nadeen Marra Murdock,
Nicholas Ryan Murdock,
Shannon James Murray,
Katherine Elizabeth Myers,
Derek Chester Neal,
Jason Gordon Nettrouer,
Giancarlo Johnathon Nilsson-Antonelli,
Dan Oberg,
Andrew L. Ogle,
Matthew Orozco,
Orr, Ryan Riley
Travis D. Palmer,
Trenton Roland Palmer,
Millicent Juliet Parker,
Maximino Perez Surita,
Casey Webb Peterson,
Casey Thomas Peterson,
Justin Shane Phillips,
Lloyd M. Pichelmayer,
Brandon Michael Pieper,
Megan Proano,
Zachary J. Proano,
Roman Gabriel Ramirez,
Larissa D. Randell,
John A. Rath,

13

Kenneth James Reber,
Stephen George Redmon,
Joshua James Reeder,
Lucas John Revaul,
Ryan Christopher Rex,
Jeremy Thomas Rhyan,
Paul N. Rhyne II,
Blaine Tyler Roberts,
Chauncy Allen Rockwell,
Daniel Jonathan Rocoff,
Shannan A. Roddy,
Daniel James Romero,
Greg Alan Rosener,
Trenton Clay Ross,
Devon Rousseau,
William Anthony Ruehl,
Lydia Ruiz,
Eliot Samuel Rupe,
Roberto Cleofus Salinas-Jiminez,
Zachary Sasser,
Scannell, Patrick Henry
Garrett C. Scarborough,
Austin R. Schaeffer,
Brogan Mae Schaeffer,
Strom Shawn Schiereck,
Joshua Frank Schineller,
Joseph Schlueter,
Sara Elizabeth Schmidt,
Daniel Schultz,
Devin Shaloy,
Ryan Andrew Sharp,
Nathan Carroll Shaw,
Kathleen Marie Shields,
Richard Dean Shirley,
David P. Shrift,
Jeffrey A. Siegman,
Grant Edward Smith,
Robert Benjamin Smith,
Steven Anthony Smith,
Jimmy Ryan Smith,
Kelly Renea Soule,
Christian J. Springer,
David Wade Stebbins,
Jonathan Michael Steel,
David Francis Stein,

14

Ryan Allan Stepp,
Ashley T. Strong,
Jesse Garrett Summers,
Mark Alan Suthard,
Michael David Sward,
John Joseph Thackrah,
Trey Donald Thompson,
Allen David Toepfer,
Matthew Michael Trowbridge,
Naomi Marie Troy,
Valencia, Victor Manuel
Stephen D. Van Doren,
Roberto Jose Vazquez,
Andrew Dieter Villarreal,
Steven Gene Vladiff,
Zafer Vurgun,
Justin A. Wade,
Vincent H. Wagner,
Justin D. Wahlster,
Jordan K. Wall,
Jason James Ward,
Jason Allen Ward,
Seth Eric Way,
Tricha Lynn Weeks,
Ashley Anne Welch,
Stephen Welch,
Mark E. Westphal,
Amber Marie Wilk,
Austin M. Will,
Lauren Williams,
Kirsten Wolfford,
Austin Michael Wolfinger,
Brandon Miles Wood,
Patrick John Woolcock,
Eden Negranza Woznick,
Jericho-Miguel N. Woznick,
Jessika Lee Wray,
Cassidy Wright,
Tomasz Edward Zaremba,
Michael D. Zentgraf,
John Doe, unnamed Navy officer
John Doe, unnamed Army officer
John Doe, unnamed Navy officer
John Doe, unnamed Air Force officer
John Doe, unnamed Air Force officer

John Doe, unnamed Navy officer
John Doe, unnamed Air Force/Nat'l Guard officer
John Doe, unnamed Air Force officer
Jane Roe, unnamed Air Force Staff NCO
John Doe, unnamed Air Force officer
John Doe, unnamed Navy officer
John Doe, unnamed Air Force officer
John Doe, unnamed Army officer
John Doe, unnamed Air Force officer
John Doe, unnamed Navy officer
John Doe, unnamed Navy officer
Jane Roe, unnamed Army officer
John Doe, unnamed Marine Corps officer
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Marine Corps officer
Jane Roe, unnamed Air Force officer
Jane Roe, unnamed Army Staff NCO
John Doe, unnamed Army Staff NCO
John Doe, unnamed Air Force enlisted
John Doe, unnamed Marine Corps Staff NCO
John Doe, unnamed Air Force officer
John Doe, unnamed Marine Corps officer
John Doe, unnamed Army Staff NCO
John Doe, unnamed Air Force/Nat'l Guard officer
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Army Nat'l Guard officer
Jane Roe, unnamed Air Force officer
Jane Roe, unnamed Air Force enlisted
Jane Roe, unnamed Air Force enlisted
Jane Roe, unnamed Air Force enlisted
John Doe, unnamed Army officer
Jane Roe, unnamed Air Force Staff NCO
John Doe, unnamed Army Nat'l Guard officer
Jane Roe, unnamed Air Force Nat'l Guard officer
John Doe, unnamed Marine Corps Staff NCO
John Doe, unnamed Air Force Nat'l Guard officer
John Doe, unnamed Air Force officer
John Doe, unnamed Army officer
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Air Nat'l Guard enlisted
Jane Roe, unnamed Air Force Staff NCO
John Doe, unnamed Air Force officer
John Doe, unnamed Marine Corps officer
Jane Roe, unnamed Air Force enlisted
John Doe, unnamed Army officer

16

John Doe, unnamed Air Force enlisted
Jane Roe, unnamed Army Nat'l Guard enlisted
John Doe, unnamed Navy enlisted
Jane Roe, unnamed Air Nat'l Guard enlisted
Jane Roe, unnamed Air Force officer
John Doe, unnamed Navy officer
John Doe, unnamed Army enlisted
John Doe, unnamed Army Nat'l Guard enlisted
John Doe, unnamed Marine Corps officer
John Doe, unnamed Army Nat'l Guard officer
John Doe, unnamed Air Force enlisted
John Doe, unnamed Air Nat'l Guard officer
John Doe, unnamed Army Nat'l Guard officer
John Doe, unnamed Air Force officer
John Doe, unnamed Air Force enlisted
John Doe, unnamed Marine Corps officer
John Doe, unnamed Air Force officer
Jane Roe, unnamed Air Force officer
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Marine Corps Staff NCO
John Doe, unnamed Army enlisted
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Air Force Staff NCO
John Doe, unnamed Army enlisted
Jane Roe, unnamed Air Force enlisted
John Doe, unnamed Army officer
John Doe, unnamed Air Force enlisted
John Doe, unnamed Army officer
John Doe, unnamed Army Staff NCO
John Doe, unnamed Air Force officer
John Doe, unnamed Air Force officer
John Doe, unnamed Marine Corps NCO
John Doe, unnamed Army Nat'l Guard officer

       Intervening Plaintiffs

v.

LLOYD AUSTIN III, Secretary of Defense,

JANET WOODCOCK, Acting Commissioner of
the Food and Drug Administration,

XAVIER BECERRA, Secretary of the
Dept. of Health & Human Services

Defendants

## NOTICE OF WITHDRAWAL OF ADDITIONAL PLAINTIFFS' MOTION TO INTERVENE

On July 28, 2022, the undersigned counsel moved to Intervene on behalf of 739 Additional Plaintiffs (ECF 20); the required Motion for Leave to File was filed on July 29, 2022 (ECF 21). The Court granted the Motion for Leave to File on Aug. 25, 2022 (ECF 26).

In the intervening month, another federal court entered a preliminary injunction against another branch of the Armed Services – the Marine Corps – finding ubiquitous religious discrimination in violation of the Religious Freedom Restoration Act, 42 U.S.C. §2000bb-1 et seq. ("RFRA"). *Colonel Financial Management Officer, et al., v. Austin, et al*, 8:22-cv-1275-SDM (M.D. Fl. Aug. 18, 2022)(ECF 229). This is in addition to the class certification grant and temporary preliminary injunction that issued in *Doster v. Kendall* on July 14, 2022, and then finalized on July 27, 2022, the day before the MTI was filed in this case. *See Doster v. Kendall*, 1:22-cv-84 MWM, (S.D. Oh. Jul. 27, 2022) (ECF 72, 77).

In light of these events and their impact on a number of Plaintiffs, Plaintiffs' counsel gives Notice of the Withdrawal of the Motion to Intervene, to be re-filed at a later date.


Dated: Sept. 2, 2022

Respectfully submitted,

  */s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781

18

19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

  */s/ Brandon Johnson*
Brandon Johnson, Esq.
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd.,
Suite 300 Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

  */s/  Jerri Lynn Ward*
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE & CONFERENCE

This 2nd day of September, 2022, the foregoing Plaintiffs' Motion was e-filed using the CM/ECF system.

Counsel complied with the meet and confer requirement in Local Rule CV-7(h) and discussed the withdrawal of the prior motion.

  */s/ Dale Saran*
Dale Saran

19