IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSHUA WILSON**, *et al* § § **Plaintiffs** § § **v.** § § **LLOYD AUSTIN, III**, *et al.*, § § **Defendants** § | **Case No. 4:22-cv-438-ALM** |

**ORDER GRANTING ADDITIONAL PLAINTIFFS'**
**MOTION TO WITHDRAW THEIR MOTION TO INTERVENE**

The Additional 739 Plaintiffs' Motion to Withdraw their previously file Motion to Intervene (ECF 20) is hereby GRANTED.