

Dale Saran <dalesaran@gmail.com>

---

## Wilson v. Austin - Comirnaty Offer and Scheduling

---

**Avallone, Zachary A. (CIV)** <Zachary.A.Avallone@usdoj.gov>   Fri, Jun 17, 2022 at 11:33 AM
To: Brandon Johnson <bcj@defendingtherepublic.org>, "dalesaran@gmail.com" <dalesaran@gmail.com>
Cc: "Lowenstein, Jody D. (CIV)" <Jody.D.Lowenstein@usdoj.gov>, "jward@garloward.com" <jward@garloward.com>

That works.  We can use this line: 1-202-600-2533,,,96440918#

_____

**Zachary A. Avallone** | Trial Attorney

U.S. Department of Justice

Civil Division, Federal Programs Branch

1100 L Street NW, Washington, DC 20005

T: 202.514.2705 | M: 202.598.9082 | F: 202.616.8470

zachary.a.avallone@usdoj.gov

---

**From:** Brandon Johnson <bcj@defendingtherepublic.org>
**Sent:** Friday, June 17, 2022 12:27 PM
**To:** dalesaran@gmail.com; Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>
**Cc:** Lowenstein, Jody D. (CIV) <Jody.D.Lowenstein@usdoj.gov>; jward@garloward.com
**Subject:** Re: [EXTERNAL] Re: Wilson v. Austin - Comirnaty Offer and Scheduling

I can do that time so should we do a con call?

Sent from ProtonMail mobile

-------- Original Message --------
On Jun 17, 2022, 12:11 PM, Dale Saran < dalesaran@gmail.com> wrote:

> Absolutely! Do you have a number I can reach you at?
>
> My cell is 508-415-8411.
>
> Thanks,
>
> dale

On Fri, Jun 17, 2022 at 11:03 AM Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov> wrote:

> Dale,
>
> I'm actually going to be out of the office during the early part of next week, but I'd be happy to jump on a call to discuss today. Are you free over the next few hours? Would 1:00pm Eastern work for you?
>
> Thanks,
>
> Zach
>
> _____
>
> **Zachary A. Avallone** | Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> 1100 L Street NW, Washington, DC 20005
>
> T: 202.514.2705 | M: 202.598.9082 | F: 202.616.8470
>
> zachary.a.avallone@usdoj.gov
>
> ---
>
> **From:** Dale Saran <dalesaran@gmail.com>
> **Sent:** Friday, June 17, 2022 11:34 AM
> **To:** Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>
> **Cc:** Lowenstein, Jody D. (CIV) <Jody.D.Lowenstein@usdoj.gov>; Brandon Johnson <bcj@defendingtherepublic.org>; jward@garloward.com
> **Subject:** [EXTERNAL] Re: Wilson v. Austin - Comirnaty Offer and Scheduling
>
> Zach -
>
> I've notified the Plaintiffs and I'll let you know if I hear anything back.
>
> In the meantime, could we schedule a meet and confer as soon as you have time available?
>
> I'd like to discuss schedule options and that is contingent on DoD actions, so might be easier than trying to hash it out on email.
>
> I have time on Monday and Tuesday.
>
> Cheers,
>
> Dale

On Mon, Jun 13, 2022 at 12:58 PM Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov> wrote:

> Dale,
>
> As I previewed last week, I am sending this email with instructions for any Plaintiff in this matter who would like to receive a Comirnaty-labeled vaccine. I understand that you do not believe that any Plaintiff would be interested, but please ensure that the offer is conveyed to your clients.
>
> Defendants now have over 35,000 doses of Comirnaty-labeled vaccine. While it is the Defendants' position that all EUA-authorized Pfizer-BioNTech doses for adults are interchangeable for the purposes of the military's vaccination requirement, in order to address Plaintiffs' assertions they were unable to obtain a Comirnaty or BLA-manufactured dose, I wanted to confirm that any of the Plaintiffs who are still required to receive the COVID-19 vaccine to satisfy the military's requirement may receive a shot from a Comirnaty-labelled vial. If any of the Plaintiffs wish to do so, please prepare a memorandum addressed to the individual's commanding officer committing to taking a shot from a Comirnaty-labeled vial. Please provide the memorandum to me and I will ensure the request is appropriately transmitted. Should any Plaintiff confirm in writing that they will take a Comirnaty-labeled dose, Defendants can ensure that Plaintiff will be administered one of those doses. If no Plaintiff is interested, please let us know that as well. As I previously mentioned, this is not intended as an offer of compromise and we anticipate informing the Court of the offer and any response.
>
> In terms of scheduling, I agree that it would be most useful for us to work out a reasonable schedule for briefing with sufficient time for the Court to decide these important issues. Please let me know what you propose and we can discuss further.
>
> Thanks so much,
>
> Zach
>
> _____
>
> **Zachary A. Avallone** | Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> 1100 L Street NW, Washington, DC 20005
>
> T: 202.514.2705 | M: 202.598.9082 | F: 202.616.8470
>
> zachary.a.avallone@usdoj.gov