IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSHUA WILSON**, *et al* | § § § | |
| **Plaintiffs** | § § | |
| v. | § § | Case No. 4:22-cv-438-ALM |
| **LLOYD AUSTIN, III**, *et al.*, | § § | |
| **Defendants** | § § | |

**ORDER GRANTING ADDITIONAL PLAINTIFFS'
MOTION TO WITHDRAW THEIR MOTION TO INTERVENE**

Before the Court is the Additional 739 Plaintiffs' Motion to Withdraw their previously file Motion to Intervene (Dkt. #28). The Court finds the unopposed motion should be, and hereby is, GRANTED, and Dkt. #20 is hereby WITHDRAWN.

IT IS SO ORDERED.

SIGNED this 13th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE