IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSHUA WILSON**, *et al* § § **Plaintiffs** § § v. § § **LLOYD AUSTIN, III**, *et al.*, § § **Defendants** § | | Case No. 4:22-cv-438-ALM<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE (ECF 35); UNOPPOSED MOTION TO WITHDRAW PI MOTION (ECF 9)** |

**PLAINTIFFS' RESPONSE TO COURT'S SHOW CAUSE ORDER/
MOTION TO WITHDRAW PI MOTION**

In light of the Court's Order (ECF 35), including the significantly changed landscape noted therein since the filing of the Plaintiffs' Motion for Preliminary Injunction (ECF 9), Plaintiffs' counsel Move the Court to allow Plaintiffs to Withdraw the Motion. Defendants' counsel do not oppose the Motion.

By separate filing, Plaintiffs' and Defendants' counsel, having met and conferred, will submit to the Court a proposed briefing schedule for a Motion to Dismiss by Defendants and Response or Amendment under Rule 15 by Plaintiffs. This should clarify and narrow the issues that remain to be considered by the Court for disposition in light of the Mandate's Rescission.

Counsel has enclosed a proposed order for the Court.

Dated: Feb. 17, 2023

Respectfully submitted,

1

    */s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

    */s/ Brandon Johnson*
Brandon Johnson, Esq.
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd.,
Suite 300 Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

    */s/ Jerri Lynn Ward*
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

This 17th day of February, 2023, the foregoing Plaintiffs' Motion was e-filed using the CM/ECF system.

    */s/ Dale Saran*
Dale Saran

## CERTIFICATE OF CONFERENCE

2

Counsel complied with the meet and confer requirement in Local Rule CV-7(h) and discussed the withdrawal of the prior motion. Government counsel indicated no objection to the withdrawal of the Motion.

                                                             */s/ Dale Saran*
                                                           Dale Saran