IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSHUA WILSON,** *et al* § § **Plaintiffs** § § **v.** § § **LLOYD AUSTIN, III,** *et al.*, § § **Defendants** § | **Case No. 4:22-cv-438-ALM** |

### ORDER GRANTING MOTION TO WITHDRAW

1. The Court issued its Order (ECF 35) requiring the Plaintiffs to Show Cause why the Motion for Preliminary Injunction should not be denied as moot by Feb. 17, 2023.

2. Plaintiffs' counsel have moved the Court to Withdraw their Motion for Preliminary Injunction (ECF 9) after their requisite Meet and Confer with government counsel.

3. There being no opposition, the Plaintiffs' Motion to Withdraw their PI Motion is granted. The clerk shall make the appropriate docket entry. The Court will issue a separate Order regarding the parties request for a briefing schedule.

IT IS SO ORDERED.