IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA WILSON, *et al* § | | |
| § | | |
| **Plaintiffs** § | | |
| § | | |
| v. § | | Case No. 4:22-cv-438-ALM |
| § | | |
| LLOYD AUSTIN, III, *et al.*, § | | |
| § | | |
| **Defendants** § | | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Plaintiffs' Response to Court's Show Order Motion to Withdraw PI Motion (Dkt. #36). The Court issued its Order (Dkt. #35) requiring the Plaintiffs to Show Cause why the Motion for Preliminary Injunction should not be denied as moot by Feb. 17, 2023.

Plaintiffs' counsel have moved the Court to Withdraw their Motion for Preliminary Injunction (Dkt. #) after their requisite Meet and Confer with Government counsel.

There being no opposition, Plaintiffs' Motion to Withdraw their PI Motion (Dkt. #36) is hereby GRANTED, and Plaintiffs' Motion for Preliminary Injunction (Dkt. #9) is hereby WITHDRAWN. The Court will issue a separate Order regarding the parties' request for a briefing schedule.

IT IS SO ORDERED.

SIGNED this 22nd day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE