IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSHUA WILSON,** *et al* § § § **Plaintiffs** § § **v.** § § **LLOYD AUSTIN, III,** *et al.*, § § **Defendants** § | **Case No. 4:22-cv-438-ALM** |

## ORDER

Before the Court is the Joint Motion on Briefing Schedule (Dkt. #37) for Defendants' Motion to Dismiss and Plaintiffs' Response or Amendment. The Court finds the motion should be GRANTED, and enters the following briefing schedule:

Defendants shall file their Motion to Dismiss the Plaintiffs' Complaint by March 3, 2023. Plaintiffs will Respond or provide an Amended Complaint under Rule 15, and follow-on briefing will follow the normal schedule for Reply and Sur-Reply.

IT IS SO ORDERED.

SIGNED this 22nd day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE