# EXHIBIT 4



# THE ASSISTANT SECRETARY OF DEFENSE

**1200 DEFENSE PENTAGON**
**WASHINGTON, DC  20301-1200**

**HEALTH AFFAIRS**

MEMORANDUM FOR ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND
                  RESERVE AFFAIRS
                ASSISTANT SECRETARY OF THE NAVY (MANPOWER AND
                  RESERVE AFFAIRS
                ASSISTANT SECRETARY OF THE AIR FORCE (MANPOWER
                  AND RESERVE AFFAIRS
                DIRECTOR, DEFENSE HEALTH AGENCY

SUBJECT:  Mandatory Vaccination of Service Members Using the Moderna and Spikevax
              Coronavirus Disease 2019 Vaccines

      On January 31, 2022, the U.S. Food and Drug Administration (FDA) approved the
biologics license application (BLA) for the SPIKEVAX coronavirus disease 2019 (COVID-19)
mRNA vaccine, made by ModernaTX, Inc. as a two-dose series for prevention of COVID-19 in
persons aged 18 years or older.  On March 29, 2022, the FDA reissued the letter of Emergency
Use Authorization (EUA) for the Moderna COVID-19 vaccine, and stated that "the Moderna
COVID-19 Vaccine (supplied in multiple-dose vials with red caps and labels with light blue
borders) and Spikevax (COVID-19 Vaccine, mRNA) can be used interchangeably to provide the
primary series doses . . . without presenting any safety or effectiveness concerns."[1]   Per FDA
guidance, DoD health care providers may use the Moderna COVID-19 Vaccine supplied in
multi-dose vials with red caps and labels with a light blue border "distributed under EUA to
administer the vaccination series as if the doses were the licensed vaccine."[2]

      Consistent with FDA guidance, DoD health care providers will use both the Moderna
COVID-19 Vaccine supplied in multi-dose vials with red caps and labels with a light blue border
and the SPIKEVAX COVID-19 vaccine interchangeably for the purpose of vaccinating Service
members in accordance with the August 24, 2021, Secretary of Defense Memorandum,
"Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service
Members."

---

[1] Moderna COVID-19 BLA Letter of Authorization (March 29, 2022).
[2] FDA, "Q&A for Spikevax (COVID-19 Vaccine mRNA)," https://www.fda.gov/vaccines-blood-biologics/qa-spikevax-covid-19-vaccine-mrna, accessed [DATE OF SIGNATURE]

Addressees of this memorandum and their authorized representatives may direct any questions or comments to the following email address:  dha.ncr.ha-support.list.policy-hrpo-kmc-owners@mail.mil.

MULLEN.SEI  Digitally signed by
LEEN.MARIE  MULLEN.SEILEEN.M
.1519853007  ARIE.1519853007
            Date: 2022.05.03
            07:32:47 -04'00'

Seileen M. Mullen
Acting

cc:
Surgeon General of the Army
Surgeon General of the Navy
Surgeon General of the Air Force
Joint Staff Surgeon