# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ) | |
| BENJAMIN COKER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-01211-AW-HTC |
| ) | |
| LLOYD AUSTIN, III, in his official ) | |
| capacity as Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>DECLARATION OF COLONEL TONYA RANS</u>

I, Colonel Tonya Rans, hereby state and declare as follows:

1.      I am currently employed by the U.S. Air Force as the Chief, Immunization Healthcare Division, Defense Health Agency – Public Health Directorate, located in Falls Church, Virginia. I have held the position since June 2017. I am a medical doctor and have been board certified in Allergy/Immunology since 2008 and was a board-certified Pediatrician from 2001-2015.

2.      In my current role, my responsibilities include directing a responsive, evidence-based, patient-centered organization promoting optimal immunization healthcare for all Department of Defense (DoD) beneficiaries and those authorized to receive immunizations from DoD. This includes assisting in policy development, providing implementation guidance and education, and engaging in clinical studies through clinical collaboration. The Defense Health Agency-Immunization Healthcare Division (DHA-IHD) routinely engages with the medical representatives from the military departments, U.S. Coast Guard, Joint Staff, Combatant

1

Commands, and others to develop standardized immunization implementation guidance in accordance with published policy for consistency across DoD where possible.

3.      This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

4.      On December 11, 2020, the U.S. Food and Drug Administration (FDA) issued an emergency use authorization (EUA) for Pfizer-BioNTech's COVID-19 vaccine for the prevention of COVID-19 disease caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.  On August 23, 2021, the FDA approved the biologics license application (BLA) for Pfizer-BioNTech's COVID-19 vaccine, marketed as Comirnaty, for active immunization to prevent COVID-19 in individuals 16 years of age and older.  The FDA states that "The FDA-approved Comirnaty (COVID-19 Vaccine, mRNA) and the FDA-emergency use authorized Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older, when prepared according to their respective instructions for use, can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns.  Therefore, providers can use doses distributed under EUA to administer the vaccination series as if the doses were the licensed vaccine.  For purposes of administration, doses distributed under the EUA are interchangeable with the licensed doses."[1]

5.      On September 14, 2021, the Assistant Secretary of Defense for Health Affairs issued guidance, consistent with this FDA guidance, stating the Pfizer-BioNTech EUA and Comirnaty vaccines have the same formulation and are "interchangeable," and that DoD healthcare providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine" for the purpose of vaccinating service members in accordance

---

[1] https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna, last accessed May 18, 2022.

with the Secretary of Defense's August 24, 2021 mandatory vaccination memorandum. Exhibit A.[2]

6.      In addition, the FDA determined that some lots of the vaccine produced at facilities and released in accordance with Pfizer-BioNTech's licensed Comirnaty were manufactured in compliance with the BLA.  Pfizer-BioNTech provided a memo in their shipping containers which referred to a link where lot numbers for these Pfizer-BioNTech BLA-compliant vials could be located.  The memo and lot information are publically accessible, though the link has been updated from Pfizer BioNTech's memo as additional COVID-19 vaccines have been added to their portfolio.[3]

7.      To date, DoD has received approximately 430,000 doses of Pfizer-BioNTech BLA-compliant, EUA-labeled COVID-19 vaccine doses and continues to use them.  Exhibit C.[4]

8.      As of May 20, 2022, DoD has 872 vials of BLA-compliant vaccine, equaling approximately 5,200 doses.  The latest vial expiration date is currently September 30, 2022. Exhibit D.

9.      In accordance with CDC's Advisory Committee on Immunization Practices General Best Practice Guidelines for Immunizations, the Department of Defense tracks the lot numbers of all vaccines[5].  The Department tracks the location of the lots from the time they are initially received through when they are administered to patients or discarded due to expiration

---

[2] On January 31, 2022, FDA approved the BLA for the SPIKEVAX COVID-19 mRNA vaccine, made by ModernaTX, Inc. Following subsequent FDA guidance, DoD issued a separate interchangeability memorandum for SPIKEVAX, consistent with the department's earlier interchangeability guidance for Comirnaty.  Exhibit B.

[3] https://www.cvdvaccine-us.com/16-up-yearsold/resources, last accessed May 18, 2022.

[4] The chart attached at Exhibit C is based on information in DoD records and is intended to reflect the shipment date, numbers, and lot numbers of BLA-manufactured doses.  Redistributed doses are included in a separate column.

[5] https://www.cdc.gov/vaccines/hcp/acip-recs/general-recs/index.html, last accessed May 18, 2022.

and lot numbers are documented in beneficiary immunization print outs. Exhibit E reflects the current location of the 872 vials in DoD's possession as of May 20, 2022. These vials can be redistributed to other locations.

10.    The interchangeability guidance described in paragraphs 4-5 is not limited to the BLA-compliant vials described in paragraphs 6-8; rather, in accordance with FDA guidance, DoD may also use Pfizer-BioNTech doses distributed under the EUA "as if the doses were the licensed vaccine."[6]

11.    As of May 20, 2022, Pfizer-BioNTech's Comirnaty-labeled vaccine is now available for DoD ordering.[7] Delivery to immunization sites typically occurs within 1-2 weeks once order is placed by the MTF. Given ample USG supply of Comirnaty-labeled product, DoD does not anticipate needing to initially restrict this product.

12.    Complying with lawful orders is the responsibility of the individual service member. Failure to comply with a lawful order may result in adverse administrative or judicial consequences. To ease the burden on service members complying with this lawful order, the Secretary of Defense's August 24, 2021 mandatory vaccination memorandum provides multiple ways to become compliant. Service members can meet the terms of this mandate by receiving a FDA-licensed or Emergency Use Authorization issued COVID-19 vaccine or a World Health Organization Emergency Use Listing vaccine. Likewise, service members are not required to be vaccinated by military providers, but may choose to get vaccinated in the civilian sector, so long as they provide proof of vaccination for documentation. Exhibit F.

***************************

---

[6] https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna, last accessed May 18, 2022.

[7] Prior to this, DoD was not in possession of Comirnaty-labeled vaccine.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 1, 2022, in Falls Church, Virginia

Tonya S. Rans
Colonel, Medical Corps, U.S. Air Force
Director, Immunization Healthcare Division
Public Health Directorate
Falls Church, Virginia



**ASSISTANT SECRETARY OF DEFENSE**

**1200 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1200**

**HEALTH AFFAIRS**

MEMORANDUM FOR ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND
     RESERVE AFFAIRS
     ASSISTANT SECRETARY OF THE NAVY (MANPOWER AND
     RESERVE AFFAIRS
     ASSISTANT SECRETARY OF THE AIR FORCE (MANPOWER
     AND RESERVE AFFAIRS
     DIRECTOR, DEFENSE HEALTH AGENCY

SUBJECT: Mandatory Vaccination of Service Members using the Pfizer-BioNTech COVID-19
   and Comirnaty COVID-19 Vaccines

   On August 23, 2021, the U.S. Food and Drug Administration (FDA) approved the
biologics license application for the Comirnaty vaccine, made by Pfizer-BioNTech, as a two-
dose series for prevention of coronavirus disease 2019 (COVID-19) in persons aged 16 years or
older.  Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization
(EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the
Comirnaty vaccine.  Per FDA guidance, these two vaccines are "interchangeable" and DoD
health care providers should "use doses distributed under the EUA to administer the vaccination
series as if the doses were the licensed vaccine."[1]

   Consistent with FDA guidance, DoD health care providers will use both the Pfizer-
BioNTech COVID-19 vaccine and the Comirnaty COVID-19 vaccine interchangeably for the
purpose of vaccinating Service members in accordance with Secretary of Defense Memorandum,
"Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service
Members," August 24, 2021.

   My point of contact for this guidance is Colonel Michael J. Berecz, who may be reached
at (703) 681-8463 or michael.j.berecz.mil@mail.mil.

          Terry Adirim, M.D., M.P.H., M.B.A.
          Acting

cc:
Surgeon General of the Army
Surgeon General of the Navy
Surgeon General of the Air Force
Joint Staff Surgeon

---

[1] FDA, "Q&A for Comirnaty (COVID-19 Vaccine mRNA)," https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna, accessed September 10, 2021.



**THE ASSISTANT SECRETARY OF DEFENSE**

1200 DEFENSE PENTAGON
WASHINGTON, DC 20301-1200

**HEALTH AFFAIRS**

MEMORANDUM FOR ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND
RESERVE AFFAIRS
ASSISTANT SECRETARY OF THE NAVY (MANPOWER AND
RESERVE AFFAIRS
ASSISTANT SECRETARY OF THE AIR FORCE (MANPOWER
AND RESERVE AFFAIRS
DIRECTOR, DEFENSE HEALTH AGENCY

SUBJECT: Mandatory Vaccination of Service Members Using the Moderna and Spikevax
Coronavirus Disease 2019 Vaccines

On January 31, 2022, the U.S. Food and Drug Administration (FDA) approved the
biologics license application (BLA) for the SPIKEVAX coronavirus disease 2019 (COVID-19)
mRNA vaccine, made by ModernaTX, Inc. as a two-dose series for prevention of COVID-19 in
persons aged 18 years or older. On March 29, 2022, the FDA reissued the letter of Emergency
Use Authorization (EUA) for the Moderna COVID-19 vaccine, and stated that "the Moderna
COVID-19 Vaccine (supplied in multiple-dose vials with red caps and labels with light blue
borders) and Spikevax (COVID-19 Vaccine, mRNA) can be used interchangeably to provide the
primary series doses . . . without presenting any safety or effectiveness concerns."[1] Per FDA
guidance, DoD health care providers may use the Moderna COVID-19 Vaccine supplied in
multi-dose vials with red caps and labels with a light blue border "distributed under EUA to
administer the vaccination series as if the doses were the licensed vaccine."[2]

Consistent with FDA guidance, DoD health care providers will use both the Moderna
COVID-19 Vaccine supplied in multi-dose vials with red caps and labels with a light blue border
and the SPIKEVAX COVID-19 vaccine interchangeably for the purpose of vaccinating Service
members in accordance with the August 24, 2021, Secretary of Defense Memorandum,
"Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service
Members."

---

[1] Moderna COVID-19 BLA Letter of Authorization (March 29, 2022).
[2] FDA, "Q&A for Spikevax (COVID-19 Vaccine mRNA)," https://www.fda.gov/vaccines-blood-biologics/qa-
spikevax-covid-19-vaccine-mrna, accessed [DATE OF SIGNATURE]

 

Addressees of this memorandum and their authorized representatives may direct any questions or comments to the following email address:  dha.ncr.ha-support.list.policy-hrpo-kmc-owners@mail.mil.

 

Seileen M. Mullen
Acting

cc:
Surgeon General of the Army
Surgeon General of the Navy
Surgeon General of the Air Force
Joint Staff Surgeon

| DateShipped | LocationLong | State | NumUnits | Redistribut | LotNum | Branch | |
|---|---|---|---|---|---|---|---|
| 8/18/2021 | Fort Wainwright | AK | 980 | | FF2587 | Army | |
| 8/24/2021 | Nellis AFB | NV | 2340 | | FE3592, 30130BA | Air Force | |
| 8/27/2021 | Fort Sam Houston | TX | 0 | 2340 | FE3592 | Army | |
| 8/30/2021 | Fort Bragg | NC | 8190 | | FF2587 | Army | |
| 8/30/2021 | Fort Knox | KY | 5850 | | FF2587 | Army | |
| 8/30/2021 | Fort Polk | LA | 4680 | | FF2587 | Army | |
| 8/30/2021 | Andrews AFB | MD | 4680 | | FF2587 | Air Force | |
| 8/30/2021 | Fort Meade | MD | 5850 | | FF2587 | Army | |
| 8/30/2021 | Keesler AFB | MS | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Beaufort Naval Hospital | SC | 5850 | | FF2587 | Marines | |
| 8/30/2021 | Cherry Point Naval Hospital | NC | 3510 | | FF2587 | Marines | |
| 8/30/2021 | Fort Riley | KS | 4680 | | FF2587 | Army | |
| 8/30/2021 | Minot AFB | ND | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Offutt AFB | NE | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Portsmouth Naval Medical Center | VA | 5850 | | FF2587 | Navy | |
| 8/30/2021 | Fort Drum | NY | 5850 | | FF2587 | Army | |
| 8/30/2021 | Fort Sill | OK | 5850 | | FF2587 | Army | |
| 8/30/2021 | Camp Lejeune | NC | 8190 | | FF2587 | Marines | |
| 8/30/2021 | MacDill AFB | FL | 4680 | | FF2587 | Air Force | |
| 8/30/2021 | Elmendorf AFB | AK | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Fort Wainwright | AK | 5850 | | FF2587 | Army | |
| 8/30/2021 | Camp Pendleton | CA | 10530 | | FF2587 | Marines | |
| 8/30/2021 | San Diego, Naval Medical Center | CA | 10530 | | FF2587, FF2587, FF2587 | Navy | |
| 8/30/2021 | Twentynine Palms NH | CA | 4680 | | FF2587 | Marines | |
| 8/30/2021 | Fort Campbell | KY | 5850 | | FF2587 | Army | |
| 8/30/2021 | Eglin AFB | FL | 8190 | | FF2587 | Air Force | |
| 8/30/2021 | McConnell AFB, 22nd MDG | KS | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Fort Benning | GA | 4680 | | FF2587 | Army | |
| 8/30/2021 | Fort Stewart | GA | 5850 | | FF2587 | Army | |
| 8/30/2021 | Hickam AFB, 15 MDG | HI | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Honolulu, Tripler Army Medical Center | HI | 9360 | | FF2587 | Army | |
| 8/30/2021 | Great Lakes, Captain James A. Lovell Federal | IL | 4680 | | FF2587 | Navy | |
| 8/30/2021 | Wright-Patterson AFB | OH | 5850 | | FF2587 | Air Force | |
| 8/30/2021 | Fort Carson | CO | 5850 | | FF2587 | Army | |
| 8/30/2021 | Boston, USCG HSWL Field Office | MA | 1170 | | FF2587 | Coast Guard | |
| 8/30/2021 | Jacksonville, Naval Hospital | FL | 4680 | | FF2587 | Navy | |
| 8/30/2021 | New London, USCG | CT | 1170 | | FF2587 | Coast Guard | |
| 8/30/2021 | North Charleston, USCG | SC | 1170 | | FF2587 | Coast Guard | |
| 8/30/2021 | Washington Navy Yard, NBHC | DC | 3510 | | FF2587 | Navy | |
| 8/30/2021 | Fort Lewis (Madigan AMC) | WA | 11700 | | FF2587, 301358A | Army | |
| 8/30/2021 | Fairchild AFB | WA | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Bremerton Naval Hospital | WA | 4680 | | FF2587 | Navy | |
| 8/30/2021 | Sheppard AFB | TX | 4680 | | FF2587 | Air Force | |
| 8/30/2021 | Lackland AFB | TX | 7020 | | FF2587 | Air Force | |
| 8/30/2021 | Fort Sam Houston | TX | 4680 | | FF2587 | Army | |
| 8/30/2021 | Fort Hood | TX | 7020 | | FF2587 | Army | |
| 8/30/2021 | Fort Bliss | TX | 8190 | | FF2587 | Army | |
| 8/30/2021 | New Cumberland, PA | PA | 16380 | | FF2587 | DLA | Camp Zama -WT5J0F 1 Tray (36504) Naples - N66096 1 trays Baharain - N4321A 2 trays Yokosuka - N68292 2 trays Iwakunit - N352751 tray Korea - WT4J8S  5 trays (36578) Sig 2 Tray |
| 8/30/2021 | Shaw AFB | SC | 3510 | | FF2587 | Air Force | |
| 8/30/2021 | Pensacola Naval Hospital | FL | 4680 | | FF2587 | Navy | |
| 8/30/2021 | Langley AFB | VA | 5850 | | FF2587 | Air Force | |
| 8/31/2021 | Fort Bliss | TX | 0 | 1170 | FE3592 | Army | |
| 8/31/2021 | Mobile, USCG HSWL FO District 8 | AL | 1170 | | FF2587 | Coast Guard | |
| 8/31/2021 | Portsmouth, USCG ISC | VA | 2340 | | FF2587 | Coast Guard | |
| 8/31/2021 | Miami Beach, USCG ISC Miami | FL | 1170 | | FF2587 | Coast Guard | |
| 8/31/2021 | Honolulu, MSST | HI | 1170 | | FF2587 | Coast Guard | |
| 8/31/2021 | Baltimore, USCG Yard Medical | MD | 2340 | | FF2587, FF2587 | Coast Guard | |
| 8/31/2021 | Petaluma, USCG Training Center | CA | 1170 | | FF2587 | Coast Guard | |
| 8/31/2021 | Fort Jackson, 120th AGBN | SC | 5850 | | FF2587 | Army | |
| 8/31/2021 | Alameda, USCG ISC | CA | 1170 | | FF2587 | Coast Guard | |
| 9/1/2021 | Meridian NBHC | MS | 0 | 324 | FF2587 | Navy | |
| 9/2/2021 | Parris Island, BHC Recruit Medical Readiness | SC | 0 | 1170 | FF2587 | Marines | |
| 9/2/2021 | Davis-Monthan AFB | AZ | 3510 | | FF2587 | Air Force | |

| Date | Location | State | Col1 | Col2 | Agency | Notes |
|---|---|---|---|---|---|---|
| | | | | | | USAMMC-K - 7020 DOSES |
| | | | | | | OKINAWA - 10,530 DOSES |
| | | | | | | USAMMC-E (M/F USAFE) 5850 DOSE |
| | | | | | | YOKOTA AB - 1170 |
| | | | | | | MISAWA - 1170 |
| 9/2/2021 | New Cumberland, PA | PA | 28080 | FF2587 | DLA | KADENA AB - 2340 |
| 9/2/2021 | Niagara Falls IAP-ARS | NY | 1170 | FF2587 | Air Force | |
| 9/2/2021 | Eielson AFB | AK | 2340 | FF2587 | Air Force | |
| 9/2/2021 | Lackland AFB | TX | 2340 | FF2587 | Air Force | |
| 9/9/2021 | Cheyenne, Army National Guard | WY | 0 | 204 FF2587 | National Guard | |
| 9/16/2021 | Fort Irwin | CA | 0 | 900 FF2587 | Army | |
| 9/22/2021 | Camp Lejeune | NC | 8190 | FF8841, FF8841 | Marines | |
| 9/23/2021 | Fort McCoy | WI | 3510 | FF8841 | Army | |
| 9/28/2021 | Lackland AFB | TX | 2340 | FF8841 | Air Force | |
| 9/28/2021 | Fort Hood | TX | 10530 | FE3590, FF8841 | Army | |
| 9/28/2021 | Fort Drum | NY | 1170 | FF8841 | Army | |
| 9/28/2021 | Bethesda Naval Medical Center | MD | 4680 | FF8841 | Navy | |
| 10/12/2021 | Frankfort, Army National Guard | KY | 1170 | FF2590 | National Guard | |
| 10/12/2021 | Boise, Army National Guard | ID | 1170 | FF2590 | National Guard | |
| 10/12/2021 | Springfield, Army National Guard | IL | 1170 | FF2590 | National Guard | |
| 10/12/2021 | Fort Sam Houston | TX | 2340 | FF2590 | Army | |
| 10/12/2021 | Honolulu, Tripler Army Medical Center | HI | 1170 | FF2593 | Army | |
| 10/12/2021 | Fort Leonard Wood | MO | 3510 | FF2593 | Army | |
| 10/12/2021 | Bethesda Naval Medical Center | MD | 2340 | FF2593 | Navy | |
| 10/12/2021 | Fort Detrick, USAMMA (DOC) | MD | 4680 | FF2593 | Army | |
| 10/12/2021 | Edinburgh, Camp Atterbury | IN | 1170 | FF2593 | Army | |
| 10/13/2021 | Shaw AFB | SC | 1170 | FF2590 | Air Force | |
| 10/13/2021 | Coraopolis, Pittsburgh IAP-ARS | PA | 1170 | FF2590 | Air Force | |
| 10/13/2021 | Annville, Army National Guard | PA | 0 | 798 FF2593, FE3590 | National Guard | |
| 10/13/2021 | Norfolk, Defense Logistics Agency DDNV | VA | 0 | 498 FF2593 | Navy | |
| 10/13/2021 | Fort Worth, Naval Branch Health Clinic | TX | 0 | 450 FF2593 | Navy | |
| 10/13/2021 | Andrews AFB | MD | 0 | 234 FF2593 | Air Force | |
| 10/13/2021 | Lenexa, Army National Guard | KS | 0 | 168 FF2593 | National Guard | |
| 10/13/2021 | McChord AFB | WA | 0 | 450 FF2593 | Air Force | |
| 10/13/2021 | East Greenwich, Army National Guard | RI | 0 | 702 FF2593 | National Guard | |
| 10/13/2021 | China Lake BMC | CA | 0 | 420 FF2593 | Marines | |
| 10/13/2021 | Mansfield, 179th FW/LGS | OH | 0 | 276 FF2593 | Air Force | |
| 10/13/2021 | Birmingham, Army National Guard | AL | 0 | 510 FF2593 | National Guard | |
| 10/15/2021 | New Castle, Army National Guard | DE | 0 | 198 FF2593 | National Guard | |
| 10/19/2021 | Robins AFB, 78th Medical | GA | 1170 | FF2593 | Air Force | |
| 10/19/2021 | Fort Lee | VA | 4680 | FF2593 | Army | |
| 10/19/2021 | Fort Detrick, USAMMA (DOC) | MD | 2340 | FF2593 | Army | |
| 10/19/2021 | Lincoln, Army National Guard | NE | 1170 | FF2593 | National Guard | |
| 10/19/2021 | Norfolk, Defense Logistics Agency DDNV | VA | 1170 | FF2593 | Navy | |
| 10/20/2021 | New Cumberland, PA | PA | 3510 | FH8028 | DLA | CENTCOM |
| 10/20/2021 | Swanton, 180th MDS | OH | 0 | 318 FF2593 | Air Force | |
| 10/20/2021 | Fort Rucker | AL | 0 | 120 FF2593 | Army | |
| 10/20/2021 | Puerto Rico, Fort Buchanan | PRI | 0 | 102 FF2593 | Army | |
| 10/20/2021 | Patuxent River Naval Health Clinic | MD | 0 | 300 FF2593 | Navy | |
| 10/20/2021 | Bluffdale, Army National Guard | UT | 0 | 774 FF2593 | National Guard | |
| 10/25/2021 | Langley AFB | VA | 1170 | FH8028 | Air Force | |
| 10/25/2021 | Bethesda Naval Medical Center | MD | 1170 | FH8028 | Navy | |
| 10/25/2021 | Columbus, 121st MDS | OH | 1170 | FH8028 | National Guard | |
| 10/26/2021 | Nellis AFB | NV | 1170 | FH8028 | Air Force | |
| 10/26/2021 | Honolulu, Tripler Army Medical Center | HI | 1170 | FH8028 | Army | |
| 10/26/2021 | Beaufort Naval Hospital | SC | 2340 | FH8028 | Marines | |
| 10/26/2021 | Honolulu, Tripler Army Medical Center | HI | 0 | 1170 FF2587 | Army | |
| 10/26/2021 | Mountain Home AFB | ID | 0 | 600 FF2593 | Air Force | |
| 10/26/2021 | Key West NBMC | FL | 0 | 120 FF2593 | Navy | |
| 10/27/2021 | New Cumberland, PA | PA | 1170 | FH8028 | DLA | JAPAN, Yokuska |
| 10/27/2021 | Fort Eustis | VA | 1170 | FH8028 | Army | |
| 10/27/2021 | Beaufort Naval Hospital | SC | 1170 | FH8028 | Marines | |
| 10/27/2021 | Detroit, Army National Guard | MI | 3510 | FH8028 | National Guard | |
| 11/1/2021 | Tulsa, 138th MDS | OK | 0 | 300 FF2587 | Air Force | |
| 11/2/2021 | Lemoore Naval Hospital | CA | 0 | 300 FF2587 | Navy | |
| 11/8/2021 | Frankfort, Army National Guard | KY | 1170 | FH8027 | National Guard | |
| 11/8/2021 | Aurora, Army National Guard | CO | 1170 | FH8027 | National Guard | |
| 11/8/2021 | Sheppard AFB | TX | 1170 | FH8027 | Air Force | |
| 11/8/2021 | Fort Bragg | NC | 1170 | FH8027 | Army | |
| 11/8/2021 | Hanscom AFB | MA | 1170 | FH8027 | National Guard | |
| 11/8/2021 | San Diego, Naval Medical Center | CA | 5850 | FH8027 | Navy | |
| 11/8/2021 | Bethesda Naval Medical Center | MD | 1200 | FH8028, FK5618 | Navy | |
| | | | | | | 1170 BAHRAIN (37776) |
| 11/9/2021 | New Cumberland, PA | PA | 8190 | FH8027 | DLA | 7020 USAMMC-K (37671) |
| 11/9/2021 | Cherry Point Naval Hospital | NC | 1170 | FH8027 | Marines | |

10

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2021 | East Greenwich, Army National Guard | RI | 0 | 348 FH8027 | National Guard |
| 11/17/2021 | Concord, Army National Guard | NH | 0 | 102 FH8027 | National Guard |
| 11/17/2021 | Robins AFB, 78th Medical | GA | 0 | 468 FH8027 | Air Force |
| 11/17/2021 | China Lake BMC | CA | 0 | 210 FH8027 | Marines |
| 12/17/2021 | Tyndall AFB | FL | 0 | 150 FF2587 | Air Force |
| 1/3/2022 | Oak Harbor Naval Hospital | WA | 0 | 84 FF2587 | Navy |
| 1/19/2022 | USAF Academy, CO | CO | 0 | 2340 FF2587 | Air Force |
| 1/19/2022 | Travis AFB | CA | 0 | 3510 FF2587 | Air Force |
| 2/7/2022 | Fort Campbell | KY | 0 | 2400 FF8841 | Army |
| 2/15/2022 | Fort Bliss | TX | 0 | 2340 FF8841 | Army |
| 2/16/2022 | Phoenix, Army National Guard | AZ | 0 | 198 FH8027 | National Guard |
| 2/24/2022 | Fort Benning | GA | 0 | 1170 FF8841 | Army |
| 2/28/2022 | Lackland AFB | TX | 0 | 1170 FH8027 | Air Force |
| 3/2/2022 | Portsmouth Naval Medical Center | VA | 0 | 1170 FF2593 | Navy |
| 3/22/2022 | Fort Benning | GA | 0 | 1170 FF8841 | Army |
| 4/13/2022 | Fort Drum | NY | 0 | 60 FH8028 | Army |
| 4/13/2022 | Puerto Rico, San Juan | PRI | 0 | 102 FH8028 (60), FL3198, FL32 Coast Guard |
| 4/14/2022 | Holloman AFB | NM | 0 | 24 FH8028 | Air Force |
| 4/18/2022 | Oklahoma City, Army National Guard | OK | 0 | 600 FH8027 | National Guard |
| 4/18/2022 | Fort Bragg | NC | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Irwin | CA | 0 | 42 FH8028 | Army |
| 4/19/2022 | Fort Bliss | TX | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Hood | TX | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Polk | LA | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Campbell | KY | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Riley | KS | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Stewart | GA | 0 | 60 FH8028 | Army |
| 4/19/2022 | Fort Carson | CO | 0 | 60 FH8028 | Army |

**FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS)**

**EMERGENCY USE AUTHORIZATION (EUA) OF
THE PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19)**

> **FOR 12 YEARS OF AGE AND OLDER
> DILUTE BEFORE USE**

**The U.S. Food and Drug Administration (FDA) has issued an Emergency Use Authorization (EUA) to permit the emergency use of the unapproved product, Pfizer-BioNTech COVID-19 Vaccine, for active immunization to prevent COVID-19 in individuals 5 years of age and older.**

**There are 2 formulations of Pfizer-BioNTech COVID-19 Vaccine authorized for use in individuals 12 years of age and older:**

> **The formulation supplied in a multiple dose vial with a purple cap MUST BE DILUTED PRIOR TO USE.**

> **The formulation supplied in a multiple dose vial with a gray cap and label with a gray border IS NOT DILUTED PRIOR TO USE.**

**This Fact Sheet pertains only to Pfizer-BioNTech COVID-19 Vaccine supplied in a multiple dose vial with a purple cap, which is authorized for use in individuals 12 years of age and older and MUST BE DILUTED PRIOR TO USE.**

**Pfizer-BioNTech COVID-19 Vaccine supplied in a multiple dose vial with a purple cap is authorized for use to provide:**
- **a 2-dose primary series to individuals 12 years of age and older;**
- **a third primary series dose to individuals 12 years of age and older with certain kinds of immunocompromise;[1]**
- **a first booster dose to individuals 12 years of age and older who have completed a primary series with Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY (COVID-19 Vaccine, mRNA);**
- **a first booster dose to individuals 18 years of age and older who have completed primary vaccination with another authorized or approved COVID-19 vaccine. The dosing interval for the heterologous booster dose is the same as that authorized for a booster dose of the vaccine used for primary vaccination;**
- **a second booster dose to individuals 50 years of age and older who have received a first booster dose of any authorized or approved COVID-19 vaccine; and**

---

[1] Certain kinds of immunocompromise refers to individuals who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

Revised: 17 May 2022

- **a second booster dose to individuals 12 years of age and older with certain kinds of immunocompromise and who have received a first booster dose of any authorized or approved COVID-19 vaccine.**

**COMIRNATY (COVID-19 Vaccine, mRNA) is an FDA-approved COVID-19 vaccine made by Pfizer for BioNTech that is indicated for active immunization to prevent COVID-19 in individuals 16 years of age and older. It is approved for use as a 2-dose primary series for the prevention of COVID-19 in individuals 16 years of age and older. It is also authorized for emergency use to provide:**

- **a 2-dose primary series to individuals 12 through 15 years of age;**
- **a third primary series dose to individuals 12 years of age and older with certain kinds of immunocompromise;**
- **a first booster dose to individuals 12 years of age and older who have completed a primary series with Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY (COVID-19 Vaccine, mRNA);**
- **a first booster dose to individuals 18 years of age and older who have completed primary vaccination with another authorized or approved COVID-19 vaccine. The dosing interval for the heterologous booster dose is the same as that authorized for a booster dose of the vaccine used for primary vaccination;**
- **a second booster dose to individuals 50 years of age and older who have received a first booster dose of any authorized or approved COVID-19 vaccine; and**
- **a second booster dose to individuals 12 years of age and older with certain kinds of immunocompromise and who have received a first booster dose of any authorized or approved COVID-19 vaccine.**

**The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older when prepared according to their respective instructions for use can be used interchangeably.[2]**

---

[2] When prepared according to their respective instructions for use, the FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older can be used interchangeably without presenting any safety or effectiveness concerns.

**COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine intended for individuals 12 years of age and older should not be used for individuals 5 through 11 years of age because of the potential for vaccine administration errors, including dosing errors.[3]**

**SUMMARY OF INSTRUCTIONS FOR COVID-19 VACCINATION PROVIDERS**

Vaccination providers enrolled in the federal COVID-19 Vaccination Program must report all vaccine administration errors, all serious adverse events, cases of Multisystem Inflammatory Syndrome (MIS) in adults and children, and cases of COVID-19 that result in hospitalization or death following administration of Pfizer-BioNTech COVID-19 Vaccine. See "MANDATORY REQUIREMENTS FOR PFIZER-BIONTECH COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION" for reporting requirements.

The Pfizer-BioNTech COVID-19 Vaccine is a suspension for intramuscular injection.

<u>Primary Series</u>

The Pfizer-BioNTech COVID-19 Vaccine is administered as a primary series of 2 doses (0.3 mL each) 3 weeks apart in individuals 12 years of age or older.

A third primary series dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) at least 28 days following the second dose is authorized for administration to individuals at least 12 years of age with certain kinds of immunocompromise.

<u>Booster Doses</u>

*First Booster Dose*

A first Pfizer-BioNTech COVID-19 Vaccine booster dose (0.3 mL) may be administered at least 5 months after completing a primary series of the Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY to individuals 12 years of age and older.

A first booster dose of the Pfizer-BioNTech COVID-19 Vaccine may be administered to individuals 18 years of age and older as a heterologous booster dose following completion of primary vaccination with another authorized or approved COVID-19 vaccine. The dosing interval for the heterologous booster

---

[3] Notwithstanding the age limitations for use of the different formulations and presentations described above, individuals who will turn from 11 years to 12 years of age between doses in the primary regimen may receive, for any dose in the primary regimen, either: (1) the Pfizer-BioNTech COVID-19 Vaccine authorized for use in individuals 5 through 11 years of age (each 0.2 mL dose containing 10 mcg modRNA) (supplied in multidose vials with orange caps); or (2) COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine authorized for use in individuals 12 years of age and older (each 0.3 mL dose containing 30 mcg modRNA) (supplied in multidose vials with gray caps and multidose vials with purple caps).

Revised: 17 May 2022

dose is the same as that authorized for a booster dose of the vaccine used for primary vaccination.

*Second Booster Dose*

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered to individuals 50 years of age and older at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine.

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine to individuals 12 years of age and older with certain kinds of immunocompromise.

See this Fact Sheet for instructions for preparation and administration. This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

For information on clinical trials that are testing the use of the Pfizer-BioNTech COVID-19 Vaccine for active immunization against COVID-19, please see www.clinicaltrials.gov.

**DESCRIPTION OF COVID-19**

Coronavirus disease 2019 (COVID-19) is an infectious disease caused by the novel coronavirus, SARS-CoV-2, that appeared in late 2019. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have reported a wide range of symptoms, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

**DOSAGE AND ADMINISTRATION**

The storage, preparation, and administration information in this Fact Sheet apply to the Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older, which is supplied in a multiple dose vial with a purple cap and **MUST BE DILUTED** before use.

**Pfizer-BioNTech COVID-19 Vaccine, Multiple Dose Vial with Purple Cap**

| Age Range | Dilution Information | Doses Per Vial After Dilution | Dose Volume |
|---|---|---|---|
| 12 years and older | Dilute with 1.8 mL sterile 0.9% Sodium Chloride Injection, USP prior to use | 6 | 0.3 mL |

**Storage and Handling**

During storage, minimize exposure to room light, and avoid exposure to direct sunlight and ultraviolet light.

Do not refreeze thawed vials.

Frozen Vials Prior to Use

Cartons of Pfizer-BioNTech COVID-19 Vaccine multiple dose vials with purple caps arrive in thermal containers with dry ice. Once received, remove the vial cartons immediately from the thermal container and preferably store in an ultra-low temperature freezer between -90ºC to -60ºC (-130ºF to -76ºF) until the expiry date printed on the label. This information in the package insert supersedes the storage conditions printed on the vial cartons.

Cartons and vials of Pfizer-BioNTech COVID-19 Vaccine supplied in multiple dose vials with purple caps with an expiry date of October 2021 through November 2022 printed on the label may remain in use beyond the printed date until the updated expiry date shown below; as long as approved storage conditions have been maintained.

| Printed Expiry Date | | Updated Expiry Date |
|---|---|---|
| 10/2021 | → | 30-Apr-2022 |
| 11/2021 | → | 31-May-2022 |
| 12/2021 | → | 30-Jun-2022 |
| 01/2022 | → | 31-Jul-2022 |
| 02/2022 | → | 31-Aug-2022 |
| 03/2022 | → | 30-Sep-2022 |
| 07/2022 | → | 31-Oct-2022 |
| 08/2022 | → | 30-Nov-2022 |
| 09/2022 | → | 31-Dec-2022 |
| 10/2022 | → | 31-Jan-2023 |
| 11/2022 | → | 28-Feb-2023 |

If not stored between -90ºC to -60ºC (-130ºF to -76ºF), vials may be stored at -25°C to -15°C (-13°F to 5°F) for up to 2 weeks. Vials must be kept frozen and protected from light until ready to use. Vials stored at -25°C to -15°C (-13°F to 5°F) for up to 2 weeks may be returned one time to the recommended storage condition of -90°C to -60ºC (-130ºF to -76ºF). Total cumulative time the vials are stored at -25°C to -15°C (-13°F to 5°F) should be tracked and should not exceed 2 weeks.

If an ultra-low temperature freezer is not available, the thermal container in which the Pfizer-BioNTech COVID-19 Vaccine arrives may be used as temporary storage when consistently re-filled to the top of the container with dry ice. Refer to the re-icing guidelines packed in the original thermal container for instructions regarding the use of the thermal container for temporary storage. The thermal container maintains a temperature range of -90ºC to -60ºC (-130ºF to -76ºF).

Revised: 17 May 2022

5

Storage of the vials between -96°C to -60°C (-141°F to -76°F) is not considered an excursion from the recommended storage condition.

Transportation of Frozen Vials

If local redistribution is needed and full cartons containing vials cannot be transported at -90°C to -60°C (-130°F to -76°F), vials may be transported at -25°C to -15°C (-13°F to 5°F). Any hours used for transport at -25°C to -15°C (-13°F to 5°F) count against the 2-week limit for storage at -25°C to -15°C (-13°F to 5°F). Frozen vials transported at -25°C to -15°C (-13°F to 5°F) may be returned one time to the recommended storage condition of -90ºC to -60ºC (-130ºF to -76ºF).

Thawed Vials Before Dilution

*Thawed Under Refrigeration*
Thaw and then store undiluted vials in the refrigerator [2°C to 8°C (35°F to 46ºF)] for up to 1 month. A carton of 25 vials or 195 vials may take up to 2 or 3 hours, respectively, to thaw in the refrigerator, whereas a fewer number of vials will thaw in less time.

*Thawed at Room Temperature*
For immediate use, thaw undiluted vials at room temperature [up to 25ºC (77ºF)] for 30 minutes. Thawed vials can be handled in room light conditions. Vials must reach room temperature before dilution.

Undiluted vials may be stored at room temperature for no more than 2 hours.

Transportation of Thawed Vials

Available data support transportation of one or more thawed vials at 2°C to 8°C (35°F to 46°F) for up to 12 hours.

Vials After Dilution

- After dilution, store vials between 2°C to 25°C (35°F to 77°F) and use within 6 hours from the time of dilution.
- During storage, minimize exposure to room light, and avoid exposure to direct sunlight and ultraviolet light.
- Any vaccine remaining in vials must be discarded after 6 hours.
- Do not refreeze.

**Dosing and Schedule**

<u>Primary Series</u>

The Pfizer-BioNTech COVID-19 Vaccine is administered intramuscularly as a primary series of 2 doses (0.3 mL each) 3 weeks apart to individuals 12 years of age and older.

A third primary series dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) at least 28 days following the second dose is authorized for administration to individuals at least 12 years of age with certain kinds of immunocompromise.

<u>Booster Doses</u>

*First Booster Dose*

A first Pfizer-BioNTech COVID-19 Vaccine booster dose (0.3 mL) may be administered at least 5 months after completing a primary series of the Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY to individuals 12 years of age and older.

A first booster dose of the Pfizer-BioNTech COVID-19 Vaccine may be administered to individuals 18 years of age and older as a heterologous booster dose following completion of primary vaccination with another authorized or approved COVID-19 vaccine. The dosing interval for the heterologous booster dose is the same as that authorized for a booster dose of the vaccine used for primary vaccination.

*Second Booster Dose*

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered to individuals 50 years of age and older at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine.

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine to individuals 12 years of age and older with certain kinds of immunocompromise.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine intended for individuals 12 years of age and older should not be used for individuals 5 through 11 years of age because of the potential for vaccine administration errors, including dosing errors.

<u>Dose Preparation</u>

Each vial **MUST BE DILUTED** before administering the vaccine.

*Prior to Dilution*
- The Pfizer-BioNTech COVID-19 Vaccine multiple dose vial with a purple cap contains a volume of 0.45 mL and is supplied as a frozen suspension that does not contain preservative.
- Each vial must be thawed before dilution.
    - Vials may be thawed in the refrigerator [2ºC to 8ºC (35ºF to 46ºF)] or at room temperature [up to 25ºC (77ºF)] *(see Storage and Handling)*.
    - Refer to thawing instructions in the panels below.

*Dilution*
Dilute the vial contents using 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP (not provided) to form the Pfizer-BioNTech COVID-19 Vaccine. ONLY use sterile 0.9% Sodium Chloride Injection, USP as the diluent. This diluent is not packaged with the vaccine and must be sourced separately. <u>Do not use bacteriostatic 0.9% Sodium Chloride Injection or any other diluent</u>. Do not add more than 1.8 mL of diluent.

After dilution, 1 vial contains 6 doses of 0.3 mL.

| **Dilution and Preparation Instructions** |
|---|
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap – VIAL VERIFICATION** |
|  <br> ✓ **Purple plastic cap and purple label border.** | Verify that the vial of Pfizer-BioNTech COVID-19 Vaccine has a purple plastic cap. Some vials also may have a purple label border. |

| **Dilution and Preparation Instructions** | |
|---|---|
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap – THAWING PRIOR TO DILUTION** | |
| <br>**No more than 2 hours at room temperature (up to 25°C/77°F).** | • Thaw vial(s) of Pfizer-BioNTech COVID-19 Vaccine before use either by:<br>   ○ Allowing vial(s) to thaw in the refrigerator [2ºC to 8ºC (35ºF to 46ºF)]. A carton of vials may take up to 3 hours to thaw, and thawed vials can be stored in the refrigerator for up to 1 month.<br>   ○ Allowing vial(s) to sit at room temperature [up to 25ºC (77ºF)] for 30 minutes.<br>• Using either thawing method, vials must reach room temperature before dilution and must be diluted within 2 hours. |
| <br>**Gently × 10** | • Before dilution invert vaccine vial gently 10 times.<br>• <u>Do not shake</u>.<br>• Inspect the liquid in the vial prior to dilution. The liquid is a white to off-white suspension and may contain white to off-white opaque amorphous particles.<br>• Do not use if liquid is discolored or if other particles are observed. |

| **Dilution and Preparation Instructions** | |
|---|---|
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap – DILUTION** | |
| <br><br>**Add 1.8 mL of sterile 0.9% sodium chloride injection, USP.** | • Obtain sterile 0.9% Sodium Chloride Injection, USP. Use only this as the diluent.<br>• Using aseptic technique, withdraw 1.8 mL of diluent into a transfer syringe (21-gauge or narrower needle).<br>• Cleanse the vaccine vial stopper with a single-use antiseptic swab.<br>• Add 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP into the vaccine vial. |
| <br><br>**Pull back plunger to 1.8 mL to remove air from vial.** | Equalize vial pressure before removing the needle from the vial by withdrawing 1.8 mL air into the empty diluent syringe. |

| Dilution and Preparation Instructions | |
|---|---|
| <br><br>**Gently × 10** | • Gently invert the vial containing the Pfizer-BioNTech COVID-19 Vaccine 10 times to mix.<br>• <u>Do not shake</u>.<br>• Inspect the vaccine in the vial.<br>• The vaccine will be an off-white suspension. Do not use if vaccine is discolored or contains particulate matter. |
| <br><br>**Record the date and time of dilution.**<br>**Use within 6 hours after dilution.** | • Record the date and time of dilution on the Pfizer-BioNTech COVID-19 Vaccine vial label.<br>• Store between 2°C to 25°C (35°F to 77°F).<br>• Discard any unused vaccine 6 hours after dilution. |

| **Dilution and Preparation Instructions** |
|---|
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap – WITHDRAWAL OF INDIVIDUAL 0.3 mL DOSES** |

<table>
<tr>
<td>


**Withdraw 0.3 mL dose of vaccine.**
</td>
<td>

- Using aseptic technique, cleanse the vial stopper with a single-use antiseptic swab, and withdraw <u>0.3 mL</u> of the Pfizer-BioNTech COVID-19 Vaccine preferentially using a low dead-volume syringe and/or needle.
- Each dose must contain 0.3 mL of vaccine.
- If the amount of vaccine remaining in the vial cannot provide a full dose of 0.3 mL, discard the vial and any excess volume.
- Administer immediately.
</td>
</tr>
</table>

### Administration

Visually inspect each dose in the dosing syringe prior to administration. The vaccine will be an off-white suspension. During the visual inspection,

- verify the final dosing volume of 0.3 mL.
- confirm there are no particulates and that no discoloration is observed.
- do not administer if vaccine is discolored or contains particulate matter.

Administer the Pfizer-BioNTech COVID-19 Vaccine intramuscularly.

After dilution, vials of Pfizer-BioNTech COVID-19 Vaccine with purple caps contain 6 doses of 0.3 mL of vaccine. Low dead-volume syringes and/or needles can be used to extract 6 doses from a single vial. If standard syringes and needles are used, there may not be sufficient volume to extract 6 doses from a single vial. Irrespective of the type of syringe and needle:

- Each dose must contain 0.3 mL of vaccine.
- If the amount of vaccine remaining in the vial cannot provide a full dose of 0.3 mL, discard the vial and content.
- Do not pool excess vaccine from multiple vials.

### Contraindications

Do not administer Pfizer-BioNTech COVID-19 Vaccine to individuals with known history of a severe allergic reaction (e.g., anaphylaxis) to any component of the Pfizer-BioNTech COVID-19 Vaccine *(see Full EUA Prescribing Information)*.

**Warnings**

<u>Management of Acute Allergic Reactions</u>

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of Pfizer-BioNTech COVID-19 Vaccine.

Monitor Pfizer-BioNTech COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention (CDC) guidelines ([https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html](https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html)).

<u>Myocarditis and Pericarditis</u>

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose. The observed risk is higher among males under 40 years of age than among females and older males. The observed risk is highest in males 12 through 17 years of age. Although some cases required intensive care support, available data from short-term follow-up suggest that most individuals have had resolution of symptoms with conservative management. Information is not yet available about potential long-term sequelae. The CDC has published considerations related to myocarditis and pericarditis after vaccination, including for vaccination of individuals with a history of myocarditis or pericarditis ([https://www.cdc.gov/vaccines/covid-19/clinical-considerations/myocarditis.html](https://www.cdc.gov/vaccines/covid-19/clinical-considerations/myocarditis.html)).

<u>Syncope</u>

Syncope (fainting) may occur in association with administration of injectable vaccines, in particular in adolescents. Procedures should be in place to avoid injury from fainting.

<u>Altered Immunocompetence</u>

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the Pfizer-BioNTech COVID-19 Vaccine.

<u>Limitation of Effectiveness</u>

Pfizer-BioNTech COVID-19 Vaccine may not protect all vaccine recipients.

**Adverse Reactions**

*Adverse Reactions in Clinical Trials*
Adverse reactions following administration of the Pfizer-BioNTech COVID-19 Vaccine that have been reported in clinical trials include injection site pain, fatigue, headache, muscle pain, chills, joint pain, fever, injection site swelling, injection site redness, nausea, malaise, lymphadenopathy, decreased appetite, rash, and pain in extremity *(see Full EUA Prescribing Information)*.

*Adverse Reactions in Post Authorization Experience*
Severe allergic reactions, including anaphylaxis, and other hypersensitivity reactions (e.g., rash, pruritus, urticaria, angioedema), diarrhea, vomiting, pain in extremity (arm), and syncope have been reported following administration of the Pfizer-BioNTech COVID-19 Vaccine.

Myocarditis and pericarditis have been reported following administration of the Pfizer-BioNTech COVID-19 Vaccine.

Additional adverse reactions, some of which may be serious, may become apparent with more widespread use of the Pfizer-BioNTech COVID-19 Vaccine.

**Use with Other Vaccines**

There is no information on the co-administration of the Pfizer-BioNTech COVID-19 Vaccine with other vaccines.

**INFORMATION TO PROVIDE TO VACCINE RECIPIENTS/CAREGIVERS**

As the vaccination provider, you must communicate to the recipient or their caregiver, information consistent with the "Vaccine Information Fact Sheet for Recipients and Caregivers" (and provide a copy or direct the individual to the website www.cvdvaccine.com to obtain the Vaccine Information Fact Sheet) prior to the individual receiving each dose of the Pfizer-BioNTech COVID-19 Vaccine, including:

- FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine, which is not an FDA-approved vaccine.
- The recipient or their caregiver has the option to accept or refuse Pfizer-BioNTech COVID-19 Vaccine.
- The significant known and potential risks and benefits of the Pfizer-BioNTech COVID-19 Vaccine, and the extent to which such risks and benefits are unknown.
- Information about available alternative vaccines and the risks and benefits of those alternatives.

For information on clinical trials that are testing the use of the Pfizer-BioNTech COVID-19 Vaccine to prevent COVID-19, please see www.clinicaltrials.gov.

Provide a vaccination card to the recipient or their caregiver with the date when the recipient needs to return for the second dose of Pfizer-BioNTech COVID-19 Vaccine.

Provide the v-safe information sheet to vaccine recipients/caregivers and encourage vaccine recipients to participate in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information, visit: www.cdc.gov/vsafe.

## MANDATORY REQUIREMENTS FOR PFIZER-BIONTECH COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION[4]

In order to mitigate the risks of using this unapproved product under EUA and to optimize the potential benefit of Pfizer-BioNTech COVID-19 Vaccine, the following items are required. Use of unapproved Pfizer-BioNTech COVID-19 Vaccine for active immunization to prevent COVID-19 under this EUA is limited to the following (all requirements **must** be met):

1. Pfizer-BioNTech COVID-19 Vaccine is authorized for use in individuals 5 years of age and older.

2. The vaccination provider must communicate to the individual receiving the Pfizer-BioNTech COVID-19 Vaccine or their caregiver, information consistent with the "Vaccine Information Fact Sheet for Recipients and Caregivers" prior to the individual receiving Pfizer-BioNTech COVID-19 Vaccine.

3. The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system.

4. The vaccination provider is responsible for mandatory reporting of the following to the Vaccine Adverse Event Reporting System (VAERS):
   - vaccine administration errors whether or not associated with an adverse event,
   - serious adverse events* (irrespective of attribution to vaccination),
   - cases of Multisystem Inflammatory Syndrome (MIS) in adults and children, and
   - cases of COVID-19 that result in hospitalization or death.

---

[4] Vaccination providers administering COMIRNATY (COVID-19 Vaccine, mRNA) must adhere to the same reporting requirements.

Complete and submit reports to VAERS online at
https://vaers.hhs.gov/reportevent.html. For further assistance with reporting
to VAERS call 1-800-822-7967. The reports should include the words
"Pfizer-BioNTech COVID-19 Vaccine EUA" in the description section of the
report.

5. The vaccination provider is responsible for responding to FDA requests for
information about vaccine administration errors, adverse events, cases of
MIS in adults and children, and cases of COVID-19 that result in
hospitalization or death following administration of Pfizer-BioNTech
COVID-19 Vaccine to recipients.

\* Serious adverse events are defined as:
- Death;
- A life-threatening adverse event;
- Inpatient hospitalization or prolongation of existing hospitalization;
- A persistent or significant incapacity or substantial disruption of the ability to
conduct normal life functions;
- A congenital anomaly/birth defect;
- An important medical event that based on appropriate medical judgement
may jeopardize the individual and may require medical or surgical
intervention to prevent 1 of the outcomes listed above.

**OTHER ADVERSE EVENT REPORTING TO VAERS AND PFIZER INC.**

Vaccination providers may report to VAERS other adverse events that are not
required to be reported using the contact information above.

To the extent feasible, report adverse events to Pfizer Inc. using the contact
information below or by providing a copy of the VAERS form to Pfizer Inc.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

**ADDITIONAL INFORMATION**

For general questions, visit the website or call the telephone number provided below.

To access the most recent Pfizer-BioNTech COVID-19 Vaccine Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com <br><br> | 1-877-829-2619 <br><br> (1-877-VAX-CO19) |

**AVAILABLE ALTERNATIVES**

COMIRNATY (COVID-19 Vaccine, mRNA) and SPIKEVAX (COVID-19 Vaccine, mRNA) are FDA-approved vaccines to prevent COVID-19 caused by SARS-CoV-2. There may be clinical trials or availability under EUA of other COVID-19 vaccines.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine intended for individuals 12 years of age and older should not be used for individuals 5 through 11 years of age because of the potential for vaccine administration errors, including dosing errors.

**FEDERAL COVID-19 VACCINATION PROGRAM**

This vaccine is being made available for emergency use exclusively through the CDC COVID-19 Vaccination Program (the Vaccination Program). Healthcare providers must enroll as providers in the Vaccination Program and comply with the provider requirements. Vaccination providers may not charge any fee for the vaccine and may not charge the vaccine recipient any out-of-pocket charge for administration. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients). For information regarding provider requirements and enrollment in the CDC COVID-19 Vaccination Program, see https://www.cdc.gov/vaccines/covid-19/provider-enrollment.html.

Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

## AUTHORITY FOR ISSUANCE OF THE EUA

The Secretary of Health and Human Services (HHS) has declared a public health emergency that justifies the emergency use of drugs and biological products during the COVID-19 pandemic. In response, FDA has issued an EUA for the unapproved product, Pfizer-BioNTech COVID-19 Vaccine, and for certain uses of FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) for active immunization against COVID-19.

FDA issued this EUA, based on Pfizer-BioNTech's request and submitted data.

For the authorized uses, although limited scientific information is available, based on the totality of the scientific evidence available to date, it is reasonable to believe that the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY (COVID-19 Vaccine, mRNA) may be effective for the prevention of COVID-19 in individuals as specified in the *Full EUA Prescribing Information*.

This EUA for the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY (COVID-19 Vaccine, mRNA) will end when the Secretary of HHS determines that the circumstances justifying the EUA no longer exist or when there is a change in the approval status of the product such that an EUA is no longer needed.

For additional information about Emergency Use Authorization visit FDA at: https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.

## The Countermeasures Injury Compensation Program

The Countermeasures Injury Compensation Program (CICP) is a federal program that has been created to help pay for related costs of medical care and other specific expenses to compensate people injured after use of certain medical countermeasures. Medical countermeasures are specific vaccines, medications, devices, or other items used to prevent, diagnose, or treat the public during a public health emergency or a security threat. For more information about CICP regarding the Pfizer-BioNTech COVID-19 Vaccine used to prevent COVID-19, visit www.hrsa.gov/cicp, email cicp@hrsa.gov, or call: 1-855-266-2427.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1450-23.1c

Revised: 17 May 2022

END SHORT VERSION FACT SHEET
Long Version (Full EUA Prescribing Information) Begins On Next Page

# FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION

## PFIZER-BIONTECH COVID-19 VACCINE

### FULL EMERGENCY USE AUTHORIZATION PRESCRIBING INFORMATION: CONTENTS*

**1   AUTHORIZED USE**
**2   DOSAGE AND ADMINISTRATION**
   2.1   Preparation for Administration
   2.2   Administration Information
   2.3   Vaccination Schedule
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1   Management of Acute Allergic Reactions
   5.2   Myocarditis and Pericarditis
   5.3   Syncope
   5.4   Altered Immunocompetence
   5.5   Limitation of Effectiveness
**6   OVERALL SAFETY SUMMARY**
   6.1   Clinical Trials Experience
   6.2   Post Authorization Experience
**8   REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS**
**10   DRUG INTERACTIONS**
**11   USE IN SPECIFIC POPULATIONS**
   11.1   Pregnancy
   11.2   Lactation
   11.3   Pediatric Use
   11.4   Geriatric Use
   11.5   Use in Immunocompromised
**13   DESCRIPTION**
**14   CLINICAL PHARMACOLOGY**
   14.1   Mechanism of Action
**18   CLINICAL TRIAL RESULTS AND SUPPORTING DATA FOR EUA**
   18.1   Efficacy of Primary Series in Participants 16 Years of Age and Older
   18.2   Efficacy of Primary Series in Adolescents 12 Through 15 Years of Age
   18.3   Immunogenicity of Primary Series in Adolescents 12 Through 15 Years of Age
   18.4   Immunogenicity of a Third Primary Series Dose in Individuals with Certain Kinds of Immunocompromise
   18.5   Immunogenicity of a First Booster Dose Following a Pfizer-BioNTech COVID-19 Vaccine Primary Series in Participants 18 Through 55 Years of Age
   18.6   Immunogenicity of a First Booster Dose Following Primary Vaccination with Another Authorized or Approved COVID-19 Vaccine
   18.7   Immunogenicity of a Second Booster Dose
**19   HOW SUPPLIED/STORAGE AND HANDLING**
**20   PATIENT COUNSELING INFORMATION**
**21   CONTACT INFORMATION**

* Sections or subsections omitted from the full emergency use authorization prescribing information are not listed.

**FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION**

**1    AUTHORIZED USE**

Pfizer-BioNTech COVID-19 Vaccine is authorized for use under an Emergency Use Authorization (EUA) for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 5 years of age and older.

This EUA Prescribing Information pertains only to Pfizer-BioNTech COVID-19 Vaccine supplied in a multiple dose vial with a purple cap, which is authorized for use in individuals 12 years of age and older.

**2    DOSAGE AND ADMINISTRATION**

For intramuscular injection only.

The storage, preparation, and administration information in this Prescribing Information apply to the Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older, which is supplied in a multiple dose vial with a <u>purple cap and **MUST BE DILUTED** before use</u>.

**Pfizer-BioNTech COVID-19 Vaccine, Multiple Dose Vial with Purple Cap**

| Age Range | Dilution Information | Doses Per Vial After Dilution | Dose Volume |
|---|---|---|---|
| 12 years and older | Dilute with 1.8 mL sterile 0.9% Sodium Chloride Injection, USP prior to use | 6 | 0.3 mL |

**2.1    Preparation for Administration**

<u>Dose Preparation</u>

Each vial **MUST BE DILUTED** before administering the vaccine.

<u>Prior to Dilution</u>

- The Pfizer-BioNTech COVID-19 Vaccine multiple dose vial with a purple cap contains a volume of 0.45 mL and is supplied as a frozen suspension that does not contain preservative.
- Each vial must be thawed before dilution.
- Vials may be thawed in the refrigerator [2ºC to 8ºC (35ºF to 46ºF)] or at room temperature [up to 25ºC (77ºF)] *[see How Supplied/Storage and Handling (19)]*.
- Refer to thawing instructions in the panels below.

Revised: 17 May 2022

Dilution

- Dilute the vial contents using 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP (not provided) to form the Pfizer-BioNTech COVID-19 Vaccine. Do not add more than 1.8 mL of diluent.
- ONLY use sterile 0.9% Sodium Chloride Injection, USP as the diluent. This diluent is not packaged with the vaccine and must be sourced separately. <u>Do not use bacteriostatic 0.9% Sodium Chloride Injection or any other diluent</u>.
- After dilution, 1 vial contains 6 doses of 0.3 mL.

| Dilution and Preparation Instructions | |
|---|---|
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap –**<br>**VIAL VERIFICATION** | |
| <br>✓ **Purple plastic cap and purple label border.** | Verify that the vial of Pfizer-BioNTech COVID-19 Vaccine has a purple plastic cap. Some vials also may have a purple label border on the label. |
| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap –**<br>**THAWING PRIOR TO DILUTION** | |
|  | • Thaw vial(s) of Pfizer-BioNTech COVID-19 Vaccine before use either by:<br>  ○ Allowing vial(s) to thaw in the refrigerator [2ºC to 8ºC (35ºF to 46ºF)]. A carton of vials may take up to 3 hours to thaw, and thawed vials can be stored in the refrigerator for up to 1 month.<br>  ○ Allowing vial(s) to sit at room temperature [up to 25ºC (77ºF)] for 30 minutes.<br>• Using either thawing method, vials must reach room temperature before dilution and must be diluted within 2 hours. |

**Dilution and Preparation Instructions**



**Gently × 10**

- Before dilution invert vaccine vial gently 10 times.
- <u>Do not shake</u>.
- Inspect the liquid in the vial prior to dilution. The liquid is a white to off-white suspension and may contain white to off-white opaque amorphous particles.
- Do not use if liquid is discolored or if other particles are observed.

Revised: 17 May 2022

23

| Dilution and Preparation Instructions |
| --- |

| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap – DILUTION** |
| --- |



**Add 1.8 mL of sterile 0.9% sodium chloride injection, USP.**

- Obtain sterile 0.9% Sodium Chloride Injection, USP. Use only this as the diluent.
- Using aseptic technique, withdraw 1.8 mL of diluent into a transfer syringe (21-gauge or narrower needle).
- Cleanse the vaccine vial stopper with a single-use antiseptic swab.
- Add 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP into the vaccine vial.



**Pull back plunger to 1.8 mL to remove air from vial.**

Equalize vial pressure before removing the needle from the vial by withdrawing 1.8 mL air into the empty diluent syringe.

Revised: 17 May 2022

| **Dilution and Preparation Instructions** | |
|---|---|
| <br>**Gently × 10** | • Gently invert the vial containing the Pfizer-BioNTech COVID-19 Vaccine 10 times to mix.<br>• <u>Do not shake</u>.<br>• Inspect the vaccine in the vial.<br>• The vaccine will be an off-white suspension. Do not use if vaccine is discolored or contains particulate matter. |
| <br>**Record the date and time of dilution.**<br>**Use within 6 hours after dilution.** | • Record the date and time of dilution on the Pfizer-BioNTech COVID-19 Vaccine vial label.<br>• Store between 2°C to 25°C (35°F to 77°F).<br>• Discard any unused vaccine 6 hours after dilution. |

| **Dilution and Preparation Instructions** |
|---|

| **Pfizer-BioNTech COVID-19 Vaccine Vial with Purple Cap –**<br>**WITHDRAWAL OF INDIVIDUAL 0.3 mL DOSES** |
|---|

<table>
<tr>
<td><br><br><b>Withdraw 0.3 mL dose of<br>vaccine.</b></td>
<td>
<ul>
<li>Using aseptic technique, cleanse the vial stopper with a single-use antiseptic swab, and withdraw <u>0.3 mL</u> of the Pfizer-BioNTech COVID-19 Vaccine preferentially using a low dead-volume syringe and/or needle.</li>
<li>Each dose must contain 0.3 mL of vaccine.</li>
<li>If the amount of vaccine remaining in the vial cannot provide a full dose of 0.3 mL, discard the vial and any excess volume.</li>
<li>Administer immediately.</li>
</ul>
</td>
</tr>
</table>

## 2.2 Administration Information

Visually inspect each dose in the dosing syringe prior to administration. The vaccine will be an off-white suspension. During the visual inspection,

- verify the final dosing volume of 0.3 mL.
- confirm there are no particulates and that no discoloration is observed.
- do not administer if vaccine is discolored or contains particulate matter.

Administer the Pfizer-BioNTech COVID-19 Vaccine intramuscularly.

After dilution, vials of Pfizer-BioNTech COVID-19 Vaccine with purple caps contain 6 doses of 0.3 mL of vaccine. Low dead-volume syringes and/or needles can be used to extract 6 doses from a single vial. If standard syringes and needles are used, there may not be sufficient volume to extract 6 doses from a single vial. Irrespective of the type of syringe and needle:

- Each dose must contain 0.3 mL of vaccine.
- If the amount of vaccine remaining in the vial cannot provide a full dose of 0.3 mL, discard the vial and any excess volume.
- Do not pool excess vaccine from multiple vials.

Revised: 17 May 2022

26

## 2.3  Vaccination Schedule

Primary Series[5]

The Pfizer-BioNTech COVID-19 Vaccine is administered intramuscularly as a primary series of 2 doses (0.3 mL each) 3 weeks apart in individuals 12 years of age and older.

A third primary series dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) at least 28 days following the second dose is authorized for administration to individuals at least 12 years of age with certain kinds of immunocompromise.[6]

Booster Doses[5]

*First Booster Dose*

A first Pfizer-BioNTech COVID-19 Vaccine booster dose (0.3 mL) may be administered at least 5 months after completing a primary series of the Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY to individuals 12 years of age and older.

A first booster dose of the Pfizer-BioNTech COVID-19 Vaccine may be administered to individuals 18 years of age and older as a heterologous booster dose following completion of primary vaccination with another authorized or approved COVID-19 vaccine. The dosing interval for the heterologous booster dose is the same as that authorized for a booster dose of the vaccine used for primary vaccination.

*Second Booster Dose*

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered to individuals 50 years of age and older at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine.

A second booster dose of the Pfizer-BioNTech COVID-19 Vaccine (0.3 mL) may be administered at least 4 months after receipt of a first booster dose of any authorized or approved COVID-19 vaccine to individuals 12 years of age and older with certain kinds of immunocompromise.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine intended for individuals 12 years of age and older should not be used for individuals 5 through 11 years of age because of the potential for vaccine administration errors, including dosing errors.

## 3  DOSAGE FORMS AND STRENGTHS

Pfizer-BioNTech COVID-19 Vaccine is a suspension for injection.

After preparation, each dose of the Pfizer-BioNTech COVID-19 Vaccine supplied in vials with purple caps is 0.3 mL for individuals 12 years of age and older *[see Dosage and Administration (2.1)]*.

---

[5] The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine for individuals 12 years of age and older when prepared according to their respective instructions for use, can be used interchangeably.
[6] Certain kinds of immunocompromise refers to individuals who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

# 4    CONTRAINDICATIONS

Do not administer Pfizer-BioNTech COVID-19 Vaccine to individuals with known history of a severe allergic reaction (e.g., anaphylaxis) to any component of the Pfizer-BioNTech COVID-19 Vaccine *[see Description (13)]*.

# 5    WARNINGS AND PRECAUTIONS

## 5.1    Management of Acute Allergic Reactions

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of Pfizer-BioNTech COVID-19 Vaccine.

Monitor Pfizer-BioNTech COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention (CDC) guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

## 5.2    Myocarditis and Pericarditis

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose. The observed risk is higher among males under 40 years of age than among females and older males. The observed risk is highest in males 12 through 17 years of age. Although some cases required intensive care support, available data from short-term follow-up suggest that most individuals have had resolution of symptoms with conservative management. Information is not yet available about potential long-term sequelae. The CDC has published considerations related to myocarditis and pericarditis after vaccination, including for vaccination of individuals with a history of myocarditis or pericarditis (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/myocarditis.html).

## 5.3    Syncope

Syncope (fainting) may occur in association with administration of injectable vaccines, in particular in adolescents. Procedures should be in place to avoid injury from fainting.

## 5.4    Altered Immunocompetence

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the Pfizer-BioNTech COVID-19 Vaccine.

## 5.5    Limitation of Effectiveness

The Pfizer-BioNTech COVID-19 Vaccine may not protect all vaccine recipients.

# 6    OVERALL SAFETY SUMMARY

**It is MANDATORY for vaccination providers to report to the Vaccine Adverse Event Reporting System (VAERS) all vaccine administration errors, all serious adverse events, cases of Multisystem Inflammatory Syndrome (MIS) in adults and children, and hospitalized or fatal cases of COVID-19**

**following vaccination with the Pfizer-BioNTech COVID-19 Vaccine.[7] To the extent feasible, provide a copy of the VAERS form to Pfizer Inc. Please see the REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS section for details on reporting to VAERS and Pfizer Inc.**

<u>Primary Series</u>

In clinical studies of participants 16 years of age and older who received Pfizer-BioNTech COVID-19 Vaccine containing 30 mcg of a nucleoside-modified messenger RNA encoding the viral spike (S) glycoprotein of SARS-CoV-2 (30 mcg modRNA), adverse reactions following administration of the primary series included pain at the injection site (84.1%), fatigue (62.9%), headache (55.1%), muscle pain (38.3%), chills (31.9%), joint pain (23.6%), fever (14.2%), injection site swelling (10.5%), injection site redness (9.5%), nausea (1.1%), malaise (0.5%), and lymphadenopathy (0.3%).

In a clinical study in adolescents 12 through 15 years of age who received Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA), adverse reactions following administration of the primary series included pain at the injection site (90.5%), fatigue (77.5%), headache (75.5%), chills (49.2%), muscle pain (42.2%), fever (24.3%), joint pain (20.2%), injection site swelling (9.2%), injection site redness (8.6%), lymphadenopathy (0.8%), and nausea (0.4%).

<u>Booster Dose</u>

In a clinical study of participants 18 through 55 years of age, adverse reactions following administration of a first booster dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), joint pain (25.3%), lymphadenopathy (5.2%), nausea (0.7%), decreased appetite (0.3%), rash (0.3%), and pain in extremity (0.3%).

<u>Post Authorization Experience</u>

Severe allergic reactions, including anaphylaxis, have been reported following administration of the Pfizer-BioNTech COVID-19 Vaccine.

Myocarditis and pericarditis have been reported following administration of the Pfizer-BioNTech COVID-19 Vaccine.

## 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

<u>Primary Series</u>

The safety of the primary series Pfizer-BioNTech COVID-19 Vaccine was evaluated in participants 12 years of age and older in two clinical studies conducted in the United States, Europe, Turkey, South Africa, and South America.

---

[7] Vaccination providers administering COMIRNATY (COVID-19 Vaccine, mRNA) must adhere to the same reporting requirements.

Revised: 17 May 2022

Study BNT162-01 (Study 1) was a Phase 1/2, 2-part, dose-escalation trial that enrolled 60 participants, 18 through 55 years of age. Study C4591001 (Study 2) is a Phase 1/2/3, multicenter, multinational, randomized, saline placebo-controlled, observer-blind, dose-finding, vaccine candidate-selection (Phase 1) and efficacy (Phase 2/3) study that has enrolled approximately 46,000 participants, 12 years of age or older. Of these, approximately 43,448 participants [21,720 Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2; 21,728 placebo] in Phase 2/3 are 16 years of age or older (including 138 and 145 adolescents 16 and 17 years of age in the vaccine and placebo groups, respectively) and 2,260 adolescents are 12 through 15 years of age (1,131 and 1,129 in the vaccine and placebo groups, respectively).

In Study 2, all participants 12 through 15 years of age, and 16 years of age and older in the reactogenicity subset, were monitored for solicited local and systemic reactions and use of antipyretic medication after each vaccination in an electronic diary. Participants are being monitored for unsolicited adverse events, including serious adverse events, throughout the study [from Dose 1 through 1 month (all unsolicited adverse events) or 6 months (serious adverse events) after the last vaccination]. Tables 1 through 6 present the frequency and severity of solicited local and systemic reactions, respectively, within 7 days following each dose of Pfizer-BioNTech COVID 19 Vaccine and placebo.

### *Participants 16 Years of Age and Older*

At the time of the analysis of Study 2 for the EUA, 37,586 [18,801 Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA) and 18,785 placebo] participants 16 years of age or older had been followed for a median of 2 months after the second dose.

The safety evaluation in Study 2 is ongoing. The safety population includes participants 16 years of age and older enrolled by October 9, 2020, and includes safety data accrued through November 14, 2020.

Demographic characteristics in Study 2 were generally similar with regard to age, gender, race, and ethnicity among participants who received Pfizer-BioNTech COVID-19 Vaccine and those who received placebo. Overall, among the total participants who received either the Pfizer-BioNTech COVID-19 Vaccine or placebo, 50.6% were male and 49.4% were female, 83.1% were White, 9.1% were Black or African American, 28.0% were Hispanic/Latino, 4.3% were Asian, and 0.5% were American Indian/Alaska Native.

### *Solicited Local and Systemic Adverse Reactions*

Across both age groups, 18 through 55 years of age and 56 years of age and older, the mean duration of pain at the injection site after Dose 2 was 2.5 days (range 1 to 36 days), for redness 2.6 days (range 1 to 34 days), and for swelling 2.3 days (range 1 to 34 days) for participants in the Pfizer-BioNTech COVID-19 Vaccine group.

Solicited reactogenicity data in 16 and 17 year-old participants are limited.

Revised: 17 May 2022

**Table 1:** **Study 2 – Frequency and Percentages of Participants with Solicited Local Reactions, by Maximum Severity, Within 7 Days After Each Dose – Participants 18 Through 55 Years of Age[‡] – Reactogenicity Subset of the Safety Population***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 $N^a$=2291 $n^b$ (%) | Placebo Dose 1 $N^a$=2298 $n^b$ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 $N^a$=2098 $n^b$ (%) | Placebo Dose 2 $N^a$=2103 $n^b$ (%) |
|---|---|---|---|---|
| Redness[c] | | | | |
| Any (>2 cm) | 104 (4.5) | 26 (1.1) | 123 (5.9) | 14 (0.7) |
| Mild | 70 (3.1) | 16 (0.7) | 73 (3.5) | 8 (0.4) |
| Moderate | 28 (1.2) | 6 (0.3) | 40 (1.9) | 6 (0.3) |
| Severe | 6 (0.3) | 4 (0.2) | 10 (0.5) | 0 (0.0) |
| Swelling[c] | | | | |
| Any (>2 cm) | 132 (5.8) | 11 (0.5) | 132 (6.3) | 5 (0.2) |
| Mild | 88 (3.8) | 3 (0.1) | 80 (3.8) | 3 (0.1) |
| Moderate | 39 (1.7) | 5 (0.2) | 45 (2.1) | 2 (0.1) |
| Severe | 5 (0.2) | 3 (0.1) | 7 (0.3) | 0 (0.0) |
| Pain at the injection site[d] | | | | |
| Any | 1904 (83.1) | 322 (14.0) | 1632 (77.8) | 245 (11.7) |
| Mild | 1170 (51.1) | 308 (13.4) | 1039 (49.5) | 225 (10.7) |
| Moderate | 710 (31.0) | 12 (0.5) | 568 (27.1) | 20 (1.0) |
| Severe | 24 (1.0) | 2 (0.1) | 25 (1.2) | 0 (0.0) |

Note: Reactions were collected in the electronic diary (e-diary) from Day 1 to Day 7 after vaccination.

a. N = Number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: >2.0 to ≤5.0 cm; Moderate: >5.0 to ≤10.0 cm; Severe: >10.0 cm.

d. Mild: does not interfere with activity; Moderate: interferes with activity; Severe: prevents daily activity.

‡ Eight participants were between 16 and 17 years of age.

* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

**Table 2:** **Study 2 – Frequency and Percentages of Participants with Solicited Systemic Reactions, by Maximum Severity, Within 7 Days After Each Dose – Participants 18 Through 55 Years of Age[‡] – Reactogenicity Subset of the Safety Population***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 $N^a$=2291 $n^b$ (%) | Placebo Dose 1 $N^a$=2298 $n^b$ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 $N^a$=2098 $n^b$ (%) | Placebo Dose 2 $N^a$=2103 $n^b$ (%) |
|---|---|---|---|---|
| Fever | | | | |
| ≥38.0°C | 85 (3.7) | 20 (0.9) | 331 (15.8) | 10 (0.5) |
| ≥38.0°C to 38.4°C | 64 (2.8) | 10 (0.4) | 194 (9.2) | 5 (0.2) |
| >38.4°C to 38.9°C | 15 (0.7) | 5 (0.2) | 110 (5.2) | 3 (0.1) |
| >38.9°C to 40.0°C | 6 (0.3) | 3 (0.1) | 26 (1.2) | 2 (0.1) |
| >40.0°C | 0 (0.0) | 2 (0.1) | 1 (0.0) | 0 (0.0) |
| Fatigue[c] | | | | |
| Any | 1085 (47.4) | 767 (33.4) | 1247 (59.4) | 479 (22.8) |
| Mild | 597 (26.1) | 467 (20.3) | 442 (21.1) | 248 (11.8) |
| Moderate | 455 (19.9) | 289 (12.6) | 708 (33.7) | 217 (10.3) |

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 N[a]=2291 n[b] (%) | Placebo Dose 1 N[a]=2298 n[b] (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 N[a]=2098 n[b] (%) | Placebo Dose 2 N[a]=2103 n[b] (%) |
|---|---|---|---|---|
| Severe | 33 (1.4) | 11 (0.5) | 97 (4.6) | 14 (0.7) |
| Headache[c] | | | | |
| Any | 959 (41.9) | 775 (33.7) | 1085 (51.7) | 506 (24.1) |
| Mild | 628 (27.4) | 505 (22.0) | 538 (25.6) | 321 (15.3) |
| Moderate | 308 (13.4) | 251 (10.9) | 480 (22.9) | 170 (8.1) |
| Severe | 23 (1.0) | 19 (0.8) | 67 (3.2) | 15 (0.7) |
| Chills[c] | | | | |
| Any | 321 (14.0) | 146 (6.4) | 737 (35.1) | 79 (3.8) |
| Mild | 230 (10.0) | 111 (4.8) | 359 (17.1) | 65 (3.1) |
| Moderate | 82 (3.6) | 33 (1.4) | 333 (15.9) | 14 (0.7) |
| Severe | 9 (0.4) | 2 (0.1) | 45 (2.1) | 0 (0.0) |
| Vomiting[d] | | | | |
| Any | 28 (1.2) | 28 (1.2) | 40 (1.9) | 25 (1.2) |
| Mild | 24 (1.0) | 22 (1.0) | 28 (1.3) | 16 (0.8) |
| Moderate | 4 (0.2) | 5 (0.2) | 8 (0.4) | 9 (0.4) |
| Severe | 0 (0.0) | 1 (0.0) | 4 (0.2) | 0 (0.0) |
| Diarrhea[e] | | | | |
| Any | 255 (11.1) | 270 (11.7) | 219 (10.4) | 177 (8.4) |
| Mild | 206 (9.0) | 217 (9.4) | 179 (8.5) | 144 (6.8) |
| Moderate | 46 (2.0) | 52 (2.3) | 36 (1.7) | 32 (1.5) |
| Severe | 3 (0.1) | 1 (0.0) | 4 (0.2) | 1 (0.0) |
| New or worsened muscle pain[c] | | | | |
| Any | 487 (21.3) | 249 (10.8) | 783 (37.3) | 173 (8.2) |
| Mild | 256 (11.2) | 175 (7.6) | 326 (15.5) | 111 (5.3) |
| Moderate | 218 (9.5) | 72 (3.1) | 410 (19.5) | 59 (2.8) |
| Severe | 13 (0.6) | 2 (0.1) | 47 (2.2) | 3 (0.1) |
| New or worsened joint pain[c] | | | | |
| Any | 251 (11.0) | 138 (6.0) | 459 (21.9) | 109 (5.2) |
| Mild | 147 (6.4) | 95 (4.1) | 205 (9.8) | 54 (2.6) |
| Moderate | 99 (4.3) | 43 (1.9) | 234 (11.2) | 51 (2.4) |
| Severe | 5 (0.2) | 0 (0.0) | 20 (1.0) | 4 (0.2) |
| Use of antipyretic or pain medication[f] | 638 (27.8) | 332 (14.4) | 945 (45.0) | 266 (12.6) |

Note: Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary) from Day 1 to Day 7 after each dose.

a. N = Number of participants reporting at least 1 yes or no response for the specified event after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: does not interfere with activity; Moderate: some interference with activity; Severe: prevents daily activity.

d. Mild: 1 to 2 times in 24 hours; Moderate: >2 times in 24 hours; Severe: requires intravenous hydration.

e. Mild: 2 to 3 loose stools in 24 hours; Moderate: 4 to 5 loose stools in 24 hours; Severe: 6 or more loose stools in 24 hours.

f. Severity was not collected for use of antipyretic or pain medication.

‡ Eight participants were between 16 and 17 years of age.

* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

**Table 3:** **Study 2 – Frequency and Percentages of Participants with Solicited Local Reactions, by Maximum Severity, Within 7 Days After Each Dose – Participants 56 Years of Age and Older – Reactogenicity Subset of the Safety Population\***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 Nᵃ=1802 nᵇ (%) | Placebo Dose 1 Nᵃ=1792 nᵇ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 Nᵃ=1660 nᵇ (%) | Placebo Dose 2 Nᵃ=1646 nᵇ (%) |
|---|---|---|---|---|
| Redness[c] | | | | |
| Any (>2 cm) | 85 (4.7) | 19 (1.1) | 120 (7.2) | 12 (0.7) |
| Mild | 55 (3.1) | 12 (0.7) | 59 (3.6) | 8 (0.5) |
| Moderate | 27 (1.5) | 5 (0.3) | 53 (3.2) | 3 (0.2) |
| Severe | 3 (0.2) | 2 (0.1) | 8 (0.5) | 1 (0.1) |
| Swelling[c] | | | | |
| Any (>2 cm) | 118 (6.5) | 21 (1.2) | 124 (7.5) | 11 (0.7) |
| Mild | 71 (3.9) | 10 (0.6) | 68 (4.1) | 5 (0.3) |
| Moderate | 45 (2.5) | 11 (0.6) | 53 (3.2) | 5 (0.3) |
| Severe | 2 (0.1) | 0 (0.0) | 3 (0.2) | 1 (0.1) |
| Pain at the injection site[d] | | | | |
| Any (>2 cm) | 1282 (71.1) | 166 (9.3) | 1098 (66.1) | 127 (7.7) |
| Mild | 1008 (55.9) | 160 (8.9) | 792 (47.7) | 125 (7.6) |
| Moderate | 270 (15.0) | 6 (0.3) | 298 (18.0) | 2 (0.1) |
| Severe | 4 (0.2) | 0 (0.0) | 8 (0.5) | 0 (0.0) |

Note: Reactions were collected in the electronic diary (e-diary) from Day 1 to Day 7 after vaccination.

a. N = Number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: >2.0 to ≤5.0 cm; Moderate: >5.0 to ≤10.0 cm; Severe: >10.0 cm.

d. Mild: does not interfere with activity; Moderate: interferes with activity; Severe: prevents daily activity.

\* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

**Table 4:** **Study 2 – Frequency and Percentages of Participants with Solicited Systemic Reactions, by Maximum Severity, Within 7 Days After Each Dose – Participants 56 Years of Age and Older – Reactogenicity Subset of the Safety Population\***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 Nᵃ=1802 nᵇ (%) | Placebo Dose 1 Nᵃ=1792 nᵇ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 Nᵃ=1660 nᵇ (%) | Placebo Dose 2 Nᵃ=1646 nᵇ (%) |
|---|---|---|---|---|
| Fever | | | | |
| ≥38.0°C | 26 (1.4) | 7 (0.4) | 181 (10.9) | 4 (0.2) |
| ≥38.0°C to 38.4°C | 23 (1.3) | 2 (0.1) | 131 (7.9) | 2 (0.1) |
| >38.4°C to 38.9°C | 1 (0.1) | 3 (0.2) | 45 (2.7) | 1 (0.1) |
| >38.9°C to 40.0°C | 1 (0.1) | 2 (0.1) | 5 (0.3) | 1 (0.1) |
| >40.0°C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Fatigue[c] | | | | |
| Any | 615 (34.1) | 405 (22.6) | 839 (50.5) | 277 (16.8) |
| Mild | 373 (20.7) | 252 (14.1) | 351 (21.1) | 161 (9.8) |
| Moderate | 240 (13.3) | 150 (8.4) | 442 (26.6) | 114 (6.9) |
| Severe | 2 (0.1) | 3 (0.2) | 46 (2.8) | 2 (0.1) |

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 N[a]=1802 n[b] (%) | Placebo Dose 1 N[a]=1792 n[b] (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 N[a]=1660 n[b] (%) | Placebo Dose 2 N[a]=1646 n[b] (%) |
|---|---|---|---|---|
| Headache[c] | | | | |
| Any | 454 (25.2) | 325 (18.1) | 647 (39.0) | 229 (13.9) |
| Mild | 348 (19.3) | 242 (13.5) | 422 (25.4) | 165 (10.0) |
| Moderate | 104 (5.8) | 80 (4.5) | 216 (13.0) | 60 (3.6) |
| Severe | 2 (0.1) | 3 (0.2) | 9 (0.5) | 4 (0.2) |
| Chills[c] | | | | |
| Any | 113 (6.3) | 57 (3.2) | 377 (22.7) | 46 (2.8) |
| Mild | 87 (4.8) | 40 (2.2) | 199 (12.0) | 35 (2.1) |
| Moderate | 26 (1.4) | 16 (0.9) | 161 (9.7) | 11 (0.7) |
| Severe | 0 (0.0) | 1 (0.1) | 17 (1.0) | 0 (0.0) |
| Vomiting[d] | | | | |
| Any | 9 (0.5) | 9 (0.5) | 11 (0.7) | 5 (0.3) |
| Mild | 8 (0.4) | 9 (0.5) | 9 (0.5) | 5 (0.3) |
| Moderate | 1 (0.1) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Severe | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Diarrhea[e] | | | | |
| Any | 147 (8.2) | 118 (6.6) | 137 (8.3) | 99 (6.0) |
| Mild | 118 (6.5) | 100 (5.6) | 114 (6.9) | 73 (4.4) |
| Moderate | 26 (1.4) | 17 (0.9) | 21 (1.3) | 22 (1.3) |
| Severe | 3 (0.2) | 1 (0.1) | 2 (0.1) | 4 (0.2) |
| New or worsened muscle pain[c] | | | | |
| Any | 251 (13.9) | 149 (8.3) | 477 (28.7) | 87 (5.3) |
| Mild | 168 (9.3) | 100 (5.6) | 202 (12.2) | 57 (3.5) |
| Moderate | 82 (4.6) | 46 (2.6) | 259 (15.6) | 29 (1.8) |
| Severe | 1 (0.1) | 3 (0.2) | 16 (1.0) | 1 (0.1) |
| New or worsened joint pain[c] | | | | |
| Any | 155 (8.6) | 109 (6.1) | 313 (18.9) | 61 (3.7) |
| Mild | 101 (5.6) | 68 (3.8) | 161 (9.7) | 35 (2.1) |
| Moderate | 52 (2.9) | 40 (2.2) | 145 (8.7) | 25 (1.5) |
| Severe | 2 (0.1) | 1 (0.1) | 7 (0.4) | 1 (0.1) |
| Use of antipyretic or pain medication | 358 (19.9) | 213 (11.9) | 625 (37.7) | 161 (9.8) |

Note: Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary) from Day 1 to Day 7 after each dose.

a. N = Number of participants reporting at least 1 yes or no response for the specified event after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: does not interfere with activity; Moderate: some interference with activity; Severe: prevents daily activity.

d. Mild: 1 to 2 times in 24 hours; Moderate: >2 times in 24 hours; Severe: requires intravenous hydration.

e. Mild: 2 to 3 loose stools in 24 hours; Moderate: 4 to 5 loose stools in 24 hours; Severe: 6 or more loose stools in 24 hours.

\* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

From an independent report *(Kamar N, Abravanel F, Marion O, et al. Three doses of an mRNA Covid-19 vaccine in solid-organ transplant recipients. N Engl J Med)*, in 99 individuals who had undergone various solid organ transplant procedures (heart, kidney, liver, lung, pancreas) 97±8 months previously who received a third

vaccine dose, the adverse event profile was similar to that after the second dose and no grade 3 or grade 4 events were reported in recipients who were followed for 1 month following post Dose 3.

*Unsolicited Adverse Events*

*Serious Adverse Events*

In Study 2, among participants 16 through 55 years of age who had received at least 1 dose of vaccine or placebo (Pfizer-BioNTech COVID-19 Vaccine = 10,841; placebo = 10,851), serious adverse events from Dose 1 through up to 30 days after Dose 2 in ongoing follow-up were reported by 0.4% of Pfizer-BioNTech COVID-19 Vaccine recipients and by 0.3% of placebo recipients. In a similar analysis, in participants 56 years of age and older (Pfizer-BioNTech COVID-19 Vaccine = 7,960, placebo = 7,934), serious adverse events were reported by 0.8% of Pfizer-BioNTech COVID-19 Vaccine recipients and by 0.6% of placebo recipients who received at least 1 dose of Pfizer-BioNTech COVID-19 Vaccine or placebo, respectively. In these analyses, 91.6% of study participants had at least 30 days of follow-up after Dose 2.

Appendicitis was reported as a serious adverse event for 12 participants, and numerically higher in the vaccine group, 8 vaccine participants and 4 placebo participants. Currently available information is insufficient to determine a causal relationship with the vaccine. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of serious adverse events (including neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to Pfizer-BioNTech COVID-19 Vaccine.

*Non-Serious Adverse Events*

In Study 2 in which 10,841 participants 16 through 55 years of age received Pfizer-BioNTech COVID-19 Vaccine and 10,851 participants received placebo, non-serious adverse events from Dose 1 through up to 30 days after Dose 2 in ongoing follow-up were reported in 29.3% of participants who received Pfizer-BioNTech COVID-19 Vaccine and 13.2% of participants in the placebo group, for participants who received at least 1 dose. Overall in a similar analysis in which 7960 participants 56 years of age and older received Pfizer-BioNTech COVID-19 Vaccine, non-serious adverse events within 30 days were reported in 23.8% of participants who received Pfizer-BioNTech COVID-19 Vaccine and 11.7% of participants in the placebo group, for participants who received at least 1 dose. In these analyses, 91.6% of study participants had at least 30 days of follow-up after Dose 2.

The higher frequency of reported unsolicited non-serious adverse events among Pfizer-BioNTech COVID-19 Vaccine recipients compared to placebo recipients was primarily attributed to local and systemic adverse events reported during the first 7 days following vaccination that are consistent with adverse reactions solicited among participants in the reactogenicity subset and presented in Tables 3 and 4. From Dose 1 through 30 days after Dose 2, reports of lymphadenopathy were imbalanced with notably more cases in the Pfizer-BioNTech COVID-19 Vaccine group (64) vs. the placebo group (6), which is plausibly related to vaccination. Throughout the safety follow-up period to date, Bell's palsy (facial paralysis) was reported by 4 participants in the Pfizer-BioNTech COVID-19 Vaccine group. Onset of facial paralysis was Day 37 after Dose 1 (participant did not receive Dose 2) and Days 3, 9, and 48 after Dose 2. No cases of Bell's palsy were reported in the placebo group. Currently available information is insufficient to determine a causal relationship with the vaccine. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of non-serious adverse events (including other neurologic or neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to Pfizer-BioNTech COVID-19 Vaccine.

*Adolescents 12 Through 15 Years of Age*

In an analysis of Study 2, based on data up to the cutoff date of March 13, 2021, 2,260 adolescents (1,131 Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA); 1,129 placebo) were 12 through 15 years of age. Of these, 1,308 (660 Pfizer-BioNTech COVID-19 Vaccine and 648 placebo) adolescents have been followed for at least 2 months after the second dose. The safety evaluation in Study 2 is ongoing.

Demographic characteristics in Study 2 were generally similar with regard to age, gender, race, and ethnicity among adolescents who received Pfizer-BioNTech COVID-19 Vaccine and those who received placebo. Overall, among the adolescents who received the Pfizer-BioNTech COVID-19 Vaccine, 50.1% were male and 49.9% were female, 85.9% were White, 4.6% were Black or African American, 11.7% were Hispanic/Latino, 6.4% were Asian, and 0.4% were American Indian/Alaska Native.

*Solicited Local and Systemic Adverse Reactions*

The mean duration of pain at the injection site after Dose 1 was 2.4 days (range 1 to 10 days), for redness 2.4 days (range 1 to 16 days), and for swelling 1.9 days (range 1 to 5 days) for adolescents in the Pfizer-BioNTech COVID-19 Vaccine group.

**Table 5: Study 2 – Frequency and Percentages of Adolescents With Solicited Local Reactions, by Maximum Severity, Within 7 Days After Each Dose – Adolescents 12 Through 15 Years of Age – Safety Population\***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 $N^a$=1127 $n^b$ (%) | Placebo Dose 1 $N^a$=1127 $n^b$ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 $N^a$=1097 $n^b$ (%) | Placebo Dose 2 $N^a$=1078 $n^b$ (%) |
|---|---|---|---|---|
| Redness[c] | | | | |
| Any (>2 cm) | 65 (5.8) | 12 (1.1) | 55 (5.0) | 10 (0.9) |
| Mild | 44 (3.9) | 11 (1.0) | 29 (2.6) | 8 (0.7) |
| Moderate | 20 (1.8) | 1 (0.1) | 26 (2.4) | 2 (0.2) |
| Severe | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Swelling[c] | | | | |
| Any (>2 cm) | 78 (6.9) | 11 (1.0) | 54 (4.9) | 6 (0.6) |
| Mild | 55 (4.9) | 9 (0.8) | 36 (3.3) | 4 (0.4) |
| Moderate | 23 (2.0) | 2 (0.2) | 18 (1.6) | 2 (0.2) |
| Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Pain at the injection site[d] | | | | |
| Any | 971 (86.2) | 263 (23.3) | 866 (78.9) | 193 (17.9) |
| Mild | 467 (41.4) | 227 (20.1) | 466 (42.5) | 164 (15.2) |
| Moderate | 493 (43.7) | 36 (3.2) | 393 (35.8) | 29 (2.7) |
| Severe | 11 (1.0) | 7 (0.6) | 7 (0.6) | 0 (0.0) |

Note: Reactions were collected in the electronic diary (e-diary) from Day 1 to Day 7 after vaccination.

a. N = Number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: >2.0 to ≤5.0 cm; Moderate: >5.0 to ≤10.0 cm; Severe: >10.0 cm.

d. Mild: does not interfere with activity; Moderate: interferes with activity; Severe: prevents daily activity.

\* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

**Table 6:** **Study 2 – Frequency and Percentages of Adolescents with Solicited Systemic Reactions, by Maximum Severity, Within 7 Days After Each Dose – Adolescents 12 Through 15 Years of Age – Safety Population\***

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 N[a]=1127 n[b] (%) | Placebo Dose 1 N[a]=1127 n[b] (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 N[a]=1097 n[b] (%) | Placebo Dose 2 N[a]=1078 n[b] (%) |
|---|---|---|---|---|
| Fever | | | | |
| ≥38.0°C | 114 (10.1) | 12 (1.1) | 215 (19.6) | 7 (0.6) |
| ≥38.0°C to 38.4°C | 74 (6.6) | 8 (0.7) | 107 (9.8) | 5 (0.5) |
| >38.4°C to 38.9°C | 29 (2.6) | 2 (0.2) | 83 (7.6) | 1 (0.1) |
| >38.9°C to 40.0°C | 10 (0.9) | 2 (0.2) | 25 (2.3) | 1 (0.1) |
| >40.0°C | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Fatigue[c] | | | | |
| Any | 677 (60.1) | 457 (40.6) | 726 (66.2) | 264 (24.5) |
| Mild | 278 (24.7) | 250 (22.2) | 232 (21.1) | 133 (12.3) |
| Moderate | 384 (34.1) | 199 (17.7) | 468 (42.7) | 127 (11.8) |
| Severe | 15 (1.3) | 8 (0.7) | 26 (2.4) | 4 (0.4) |
| Headache[c] | | | | |
| Any | 623 (55.3) | 396 (35.1) | 708 (64.5) | 263 (24.4) |
| Mild | 361 (32.0) | 256 (22.7) | 302 (27.5) | 169 (15.7) |
| Moderate | 251 (22.3) | 131 (11.6) | 384 (35.0) | 93 (8.6) |
| Severe | 11 (1.0) | 9 (0.8) | 22 (2.0) | 1 (0.1) |
| Chills[c] | | | | |
| Any | 311 (27.6) | 109 (9.7) | 455 (41.5) | 73 (6.8) |
| Mild | 195 (17.3) | 82 (7.3) | 221 (20.1) | 52 (4.8) |
| Moderate | 111 (9.8) | 25 (2.2) | 214 (19.5) | 21 (1.9) |
| Severe | 5 (0.4) | 2 (0.2) | 20 (1.8) | 0 (0.0) |
| Vomiting[d] | | | | |
| Any | 31 (2.8) | 10 (0.9) | 29 (2.6) | 12 (1.1) |
| Mild | 30 (2.7) | 8 (0.7) | 25 (2.3) | 11 (1.0) |
| Moderate | 0 (0.0) | 2 (0.2) | 4 (0.4) | 1 (0.1) |
| Severe | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Diarrhea[c] | | | | |
| Any | 90 (8.0) | 82 (7.3) | 65 (5.9) | 43 (4.0) |
| Mild | 77 (6.8) | 72 (6.4) | 59 (5.4) | 38 (3.5) |
| Moderate | 13 (1.2) | 10 (0.9) | 6 (0.5) | 5 (0.5) |
| Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| New or worsened muscle pain[c] | | | | |
| Any | 272 (24.1) | 148 (13.1) | 355 (32.4) | 90 (8.3) |
| Mild | 125 (11.1) | 88 (7.8) | 152 (13.9) | 51 (4.7) |
| Moderate | 145 (12.9) | 60 (5.3) | 197 (18.0) | 37 (3.4) |
| Severe | 2 (0.2) | 0 (0.0) | 6 (0.5) | 2 (0.2) |

| | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 1 $N^a$=1127 $n^b$ (%) | Placebo Dose 1 $N^a$=1127 $n^b$ (%) | Pfizer-BioNTech COVID-19 Vaccine[†] Dose 2 $N^a$=1097 $n^b$ (%) | Placebo Dose 2 $N^a$=1078 $n^b$ (%) |
|---|---|---|---|---|
| New or worsened joint pain[c] | | | | |
| Any | 109 (9.7) | 77 (6.8) | 173 (15.8) | 51 (4.7) |
| Mild | 66 (5.9) | 50 (4.4) | 91 (8.3) | 30 (2.8) |
| Moderate | 42 (3.7) | 27 (2.4) | 78 (7.1) | 21 (1.9) |
| Severe | 1 (0.1) | 0 (0.0) | 4 (0.4) | 0 (0.0) |
| Use of antipyretic or pain medication[f] | 413 (36.6) | 111 (9.8) | 557 (50.8) | 95 (8.8) |

Note: Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary) from Day 1 to Day 7 after each dose.

a. N = Number of participants reporting at least 1 yes or no response for the specified event after the specified dose.
b. n = Number of participants with the specified reaction.
c. Mild: does not interfere with activity; Moderate: some interference with activity; Severe: prevents daily activity.
d. Mild: 1 to 2 times in 24 hours; Moderate: >2 times in 24 hours; Severe: requires intravenous hydration.
e. Mild: 2 to 3 loose stools in 24 hours; Moderate: 4 to 5 loose stools in 24 hours; Severe: 6 or more loose stools in 24 hours.
f. Severity was not collected for use of antipyretic or pain medication.
* Randomized participants in the safety analysis population who received at least 1 dose of the study intervention.
† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

*Unsolicited Adverse Events*

In the following analyses of Study 2 in adolescents 12 through 15 years of age (1,131 of whom received Pfizer-BioNTech COVID-19 Vaccine and 1,129 of whom received placebo), 98.3% of study participants had at least 30 days of follow-up after Dose 2.

*Serious Adverse Events*
Serious adverse events from Dose 1 through up to 30 days after Dose 2 in ongoing follow-up were reported by 0.4% of Pfizer-BioNTech COVID-19 Vaccine recipients and by 0.1% of placebo recipients. There were no notable patterns or numerical imbalances between treatment groups for specific categories of serious adverse events that would suggest a causal relationship to Pfizer-BioNTech COVID-19 Vaccine.

*Non-Serious Adverse Events*
Non-serious adverse events from Dose 1 through up to 30 days after Dose 2 in ongoing follow-up were reported by 5.8% of Pfizer-BioNTech COVID-19 Vaccine recipients and by 5.8% of placebo recipients. From Dose 1 through 30 days after Dose 2, reports of lymphadenopathy plausibly related to the study intervention were imbalanced, with notably more cases in the Pfizer-BioNTech COVID-19 Vaccine group (7) vs. the placebo group (1). There were no other notable patterns or numerical imbalances between treatment groups for specific categories of non-serious adverse events that would suggest a causal relationship to Pfizer-BioNTech COVID-19 Vaccine.

<ins>First Booster Dose Following a Primary Series of Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY (COVID-19 Vaccine, mRNA)</ins>

A subset of Study 2 Phase 2/3 participants of 306 adults 18 through 55 years of age received a booster dose of Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA) approximately 6 months (range of 4.8 to 8.0 months) after completing the primary series. Additionally, a total of 23 Study 2 Phase 1 participants (11 participants 18 through 55 years of age and 12 participants 65 through 85 years of age) received a booster dose of

Revised: 17 May 2022

Pfizer-BioNTech COVID-19 Vaccine approximately 8 months (range 7.9 to 8.8 months) after completing the primary series. Safety monitoring after the booster dose was the same as that in the reactogenicity subset who received the primary series.

Among the 306 Phase 2/3 participants, the median age was 42 years (range 19 through 55 years of age), 45.8% were male and 54.2% were female, 81.4% were White, 27.8% were Hispanic/Latino, 9.2% were Black or African American, 5.2% were Asian, and 0.7% were American Indian/Alaska Native. Among the 12 Phase 1 participants 65 through 85 years of age, the median age was 69 years (range 65 through 75 years of age), 6 were male and all were White and Not Hispanic/Latino. Following the booster dose, the median follow-up time was 2.6 months (range 2.1 to 2.9 months) for Phase 1 participants and 2.6 months (range 1.1 to 2.8 months) for Phase 2/3 participants.

*Solicited Local and Systemic Adverse Reactions*

Table 7 and Table 8 present the frequency and severity of reported solicited local and systemic reactions, respectively, within 7 days of a booster dose of Pfizer-BioNTech COVID-19 Vaccine for Phase 2/3 participants 18 through 55 years of age.

In participants who received a booster dose, the mean duration of pain at the injection site after the booster dose was 2.6 days (range 1 to 8 days), for redness 2.2 days (range 1 to 15 days), and for swelling 2.2 days (range 1 to 8 days).

**Table 7:** **Study 2 – Frequency and Percentages of Participants With Solicited Local Reactions, By Maximum Severity, Within 7 Days After the Booster Dose of Pfizer-BioNTech COVID-19 Vaccine – Participants 18 through 55 Years of Age**[*]

| Solicited Local Reaction | Pfizer-BioNTech COVID-19 Vaccine[†] Booster Dose $N^a = 289$ $n^b$ (%) |
|---|---|
| Redness[c] | |
| Any (>2 cm) | 17 (5.9) |
| Mild | 10 (3.5) |
| Moderate | 7 (2.4) |
| Severe | 0 |
| Swelling[c] | |
| Any (>2 cm) | 23 (8.0) |
| Mild | 13 (4.5) |
| Moderate | 9 (3.1) |
| Severe | 1 (0.3) |
| Pain at the injection site[d] | |
| Any | 240 (83.0) |
| Mild | 174 (60.2) |
| Moderate | 65 (22.5) |
| Severe | 1 (0.3) |

Note: Reactions were collected in the electronic diary (e-diary) from Day 1 to Day 7 after the booster dose.
Note: No Grade 4 solicited local reactions were reported.
[*] A subset of Phase 2/3 participants 18 through 55 years of age who received a booster dose of COMIRNATY (COVID-19 Vaccine, mRNA) approximately 6 months after completing the primary series.
[†] Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).
a. N = Number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.
b. n = Number of participants with the specified reaction.

c. Mild: >2.0 to 5.0 cm; Moderate: >5.0 to 10.0 cm; Severe: >10.0 cm.
d. Mild: does not interfere with activity; Moderate: interferes with activity; Severe: prevents daily activity.

**Table 8:** **Study 2 – Frequency and Percentages of Participants With Solicited Systemic Reactions, by Maximum Severity, Within 7 Days After the Booster Dose of Pfizer-BioNTech COVID-19 Vaccine – Participants 18 through 55 Years of Age**[*]

| Solicited Systemic Reaction | Pfizer-BioNTech COVID-19 Vaccine[†] Booster Dose N[a] = 289 n[b] (%) |
|---|---|
| Fever | |
| ≥38.0°C | 25 (8.7) |
| ≥38.0°C to 38.4°C | 12 (4.2) |
| >38.4°C to 38.9°C | 12 (4.2) |
| >38.9°C to 40.0°C | 1 (0.3) |
| >40.0°C | 0 |
| Fatigue[c] | |
| Any | 184 (63.7) |
| Mild | 68 (23.5) |
| Moderate | 103 (35.6) |
| Severe | 13 (4.5) |
| Headache[c] | |
| Any | 140 (48.4) |
| Mild | 83 (28.7) |
| Moderate | 54 (18.7) |
| Severe | 3 (1.0) |
| Chills[c] | |
| Any | 84 (29.1) |
| Mild | 37 (12.8) |
| Moderate | 44 (15.2) |
| Severe | 3 (1.0) |
| Vomiting[d] | |
| Any | 5 (1.7) |
| Mild | 5 (1.7) |
| Moderate | 0 |
| Severe | 0 |
| Diarrhea[c] | |
| Any | 25 (8.7) |
| Mild | 21 (7.3) |
| Moderate | 4 (1.4) |
| Severe | 0 |

Revised: 17 May 2022

40

| Solicited Systemic Reaction | Pfizer-BioNTech COVID-19 Vaccine[†] Booster Dose N[a] = 289 n[b] (%) |
|---|---|
| New or worsened muscle pain[c] | |
| Any | 113 (39.1) |
| Mild | 52 (18.0) |
| Moderate | 57 (19.7) |
| Severe | 4 (1.4) |
| New or worsened joint pain[c] | |
| Any | 73 (25.3) |
| Mild | 36 (12.5) |
| Moderate | 36 (12.5) |
| Severe | 1 (0.3) |
| Use of antipyretic or pain medication[f] | 135 (46.7) |

Note: Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary) from Day 1 to Day 7 after the booster dose.

Note: No Grade 4 solicited systemic reactions were reported.

* A subset of Phase 2/3 participants 18 through 55 years of age who received a booster dose of COMIRNATY (COVID-19 Vaccine, mRNA) approximately 6 months after completing the primary series.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

a. N = Number of participants reporting at least 1 yes or no response for the specified event after the specified dose.

b. n = Number of participants with the specified reaction.

c. Mild: does not interfere with activity; Moderate: some interference with activity; Severe: prevents daily activity.

d. Mild: 1 to 2 times in 24 hours; Moderate: >2 times in 24 hours; Severe: requires intravenous hydration.

e. Mild: 2 to 3 loose stools in 24 hours; Moderate: 4 to 5 loose stools in 24 hours; Severe: 6 or more loose stools in 24 hours.

f. Severity was not collected for use of antipyretic or pain medication.

In Phase 1 participants ≥65 years of age (n = 12), local reaction pain at the injection site (n = 8, 66.7%) and systemic reactions fatigue (n = 5, 41.7%), headache (n = 5, 41.7%), chills (n = 2, 16.7%), muscle pain (n = 4, 33.3%), and joint pain (n = 2, 16.7%) were reported after the booster dose. No participant in this age group reported a severe systemic event or fever after the booster dose.

*Unsolicited Adverse Events*

Overall, the 306 participants who received a booster dose, had a median follow-up time of 2.6 months after the booster dose to the cut-off date (June 17, 2021).

In an analysis of all unsolicited adverse events reported following the booster dose, through 1 month after the booster dose, in participants 18 through 55 years of age (N = 306), those assessed as adverse reactions not already captured by solicited local and systemic reactions were lymphadenopathy (n = 16, 5.2%), nausea (n = 2, 0.7%), decreased appetite (n = 1, 0.3%), rash (n = 1, 0.3%), and pain in extremity (n = 1, 0.3%).

*Serious Adverse Events*

Of the 306 participants who received a booster dose of Pfizer-BioNTech COVID-19 Vaccine, there were no serious adverse events reported from the booster dose through 30 days after the booster dose. One participant reported a serious adverse event 61 days after the booster dose that was assessed as unrelated to vaccination.

Safety of Five Month Booster Dose Interval

Real world evidence obtained from the Ministry of Health of Israel on the administration of over 4.1 million third doses of the Pfizer-BioNTech COVID-19 Vaccine given at least 5 months after the primary series revealed no new safety concerns in adults.

Booster Dose Following Primary Vaccination with Another Authorized or Approved COVID-19 Vaccine

The safety of a Pfizer-BioNTech COVID-19 Vaccine booster dose (30 mcg modRNA) in individuals who completed primary vaccination with another authorized or approved COVID-19 Vaccine (heterologous booster dose) is inferred from the safety of a Pfizer-BioNTech COVID-19 Vaccine booster dose administered following completion of Pfizer-BioNTech COVID-19 Vaccine primary series (homologous booster dose) and from data from an independent National Institutes of Health (NIH) study Phase 1/2 open-label clinical trial (NCT04889209) conducted in the United States that evaluated a heterologous booster dose of the Pfizer-BioNTech COVID-19 Vaccine. In this study, adults who had completed primary vaccination with a Moderna COVID-19 Vaccine 2-dose series (N=151), a Janssen COVID-19 Vaccine single dose (N=156), or a Pfizer-BioNTech COVID-19 Vaccine 2-dose series (N=151) at least 12 weeks prior to enrollment and who reported no history of SARS-CoV-2 infection were randomized 1:1:1 to receive a booster dose of one of three vaccines: Moderna COVID-19 Vaccine, Janssen COVID-19 Vaccine, or Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA). Adverse events were assessed through 28 days after the booster dose. An overall review of adverse reactions reported in the study following the Pfizer-BioNTech COVID-19 Vaccine heterologous booster dose did not identify any new safety concerns, as compared with adverse reactions reported following a Pfizer-BioNTech COVID-19 Vaccine primary series doses or homologous booster dose.

Second Booster Dose Following Primary Series and First Booster Vaccination

Safety surveillance data from the Ministry of Health of Israel on the administration of approximately 700,000 fourth doses of the Pfizer-BioNTech COVID-19 Vaccine given at least 4 months after the third dose in adults 18 years of age and older (approximately 600,000 of whom were 60 years of age and older) revealed no new safety concerns.

## 6.2    Post Authorization Experience

The following adverse reactions have been identified during post authorization use of Pfizer-BioNTech COVID-19 Vaccine. Because these reactions are reported voluntarily, it is not always possible to reliably estimate their frequency or establish a causal relationship to vaccine exposure.

Cardiac Disorders: myocarditis, pericarditis
Gastrointestinal Disorders: diarrhea, vomiting
Immune System Disorders: severe allergic reactions, including anaphylaxis, and other hypersensitivity reactions (e.g., rash, pruritus, urticaria, angioedema)
Musculoskeletal and Connective Tissue Disorders: pain in extremity (arm)
Nervous System Disorders: syncope

Revised: 17 May 2022                                                                                                              42

## 8 REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS[8]

See Overall Safety Summary (Section 6) for additional information.

The vaccination provider enrolled in the federal COVID-19 Vaccination Program is responsible for MANDATORY reporting of the listed events following Pfizer-BioNTech COVID-19 Vaccine to the Vaccine Adverse Event Reporting System (VAERS):

- Vaccine administration errors whether or not associated with an adverse event
- Serious adverse events* (irrespective of attribution to vaccination)
- Cases of Multisystem Inflammatory Syndrome (MIS) in children and adults
- Cases of COVID-19 that result in hospitalization or death

*Serious adverse events are defined as:

- Death
- A life-threatening adverse event
- Inpatient hospitalization or prolongation of existing hospitalization
- A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- A congenital anomaly/birth defect
- An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent 1 of the outcomes listed above

<u>Instructions for Reporting to VAERS</u>

The vaccination provider enrolled in the federal COVID-19 Vaccination Program should complete and submit a VAERS form to FDA using 1 of the following methods:

- Complete and submit the report online: https://vaers.hhs.gov/reportevent.html, or
- If you are unable to submit this form electronically, you may fax it to VAERS at 1-877-721-0366. If you need additional help submitting a report you may call the VAERS toll-free information line at 1-800-822-7967 or send an email to info@vaers.org.

**IMPORTANT: When reporting adverse events or vaccine administration errors to VAERS, please complete the entire form with detailed information. It is important that the information reported to FDA be as detailed and complete as possible. Information to include:**

- Patient demographics (e.g., patient name, date of birth)
- Pertinent medical history
- Pertinent details regarding admission and course of illness
- Concomitant medications
- Timing of adverse event(s) in relationship to administration of the Pfizer-BioNTech COVID-19 Vaccine
- Pertinent laboratory and virology information
- Outcome of the event and any additional follow-up information if it is available at the time of the VAERS report. Subsequent reporting of follow-up information should be completed if additional details become available.

---

[8] Vaccination providers administering COMIRNATY (COVID-19 Vaccine, mRNA) must adhere to the same reporting requirements.

The following steps are highlighted to provide the necessary information for safety tracking:

1. In Box 17, provide information on Pfizer-BioNTech COVID-19 Vaccine and any other vaccines administered on the same day; and in Box 22, provide information on any other vaccines received within 1 month prior.

2. In Box 18, description of the event:
   a. Write "Pfizer-BioNTech COVID-19 Vaccine EUA" as the first line.
   b. Provide a detailed report of vaccine administration error and/or adverse event. It is important to provide detailed information regarding the patient and adverse event/medication error for ongoing safety evaluation of this unapproved vaccine. Please see information to include listed above.

3. Contact information:
   a. In Box 13, provide the name and contact information of the prescribing healthcare provider or institutional designee who is responsible for the report.
   b. In Box 14, provide the name and contact information of the best doctor/healthcare professional to contact about the adverse event.
   c. In Box 15, provide the address of the facility where vaccine was given (NOT the healthcare provider's office address).

Other Reporting Instructions

Vaccination providers may report to VAERS other adverse events that are not required to be reported using the contact information above.

To the extent feasible, report adverse events to Pfizer Inc. using the contact information below or by providing a copy of the VAERS form to Pfizer Inc.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

## 10    DRUG INTERACTIONS

There are no data to assess the concomitant administration of the Pfizer-BioNTech COVID-19 Vaccine with other vaccines.

## 11    USE IN SPECIFIC POPULATIONS

### 11.1    Pregnancy

Risk Summary

All pregnancies have a risk of birth defect, loss, or other adverse outcomes. In the US general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively. Available data on Pfizer-BioNTech COVID-19 Vaccine administered to pregnant women are insufficient to inform vaccine-associated risks in pregnancy.

In a reproductive and developmental toxicity study, 0.06 mL of a vaccine formulation containing the same quantity of nucleoside-modified messenger ribonucleic acid (modRNA) (30 mcg) and other ingredients included in a single human dose of Pfizer-BioNTech COVID-19 Vaccine was administered to female rats by the

intramuscular route on 4 occasions: 21 and 14 days prior to mating, and on gestation days 9 and 20. No vaccine-related adverse effects on female fertility, fetal development, or postnatal development were reported in the study.

## 11.2 Lactation

<u>Risk Summary</u>

Data are not available to assess the effects of Pfizer-BioNTech COVID-19 Vaccine on the breastfed infant or on milk production/excretion.

## 11.3 Pediatric Use

Emergency Use Authorization of this formulation of Pfizer-BioNTech COVID-19 Vaccine, supplied in multiple dose vials with purple caps, in adolescents 12 through 17 years of age is based on safety and effectiveness data in this age group and in adults. A different formulation and presentation of the Pfizer-BioNTech COVID-19 Vaccine is also authorized for adolescents 12 through 17 years of age.

Real world evidence obtained from the Ministry of Health of Israel on the administration of third doses of the Pfizer-BioNTech COVID-19 Vaccine given at least 5 months after the primary series revealed no new safety concerns in adolescents 12 through 17 years of age.

For individuals 5 through 11 years of age, a different presentation and formulation of the Pfizer-BioNTech COVID-19 Vaccine is authorized.

Emergency Use Authorization of Pfizer-BioNTech COVID-19 Vaccine does not include use in individuals younger than 5 years of age.

## 11.4 Geriatric Use

Clinical studies of Pfizer-BioNTech COVID-19 Vaccine include participants 65 years of age and older who received the primary series and their data contributes to the overall assessment of safety and efficacy *[see Overall Safety Summary (6.1) and Clinical Trial Results and Supporting Data for EUA (18.1)]*. Of the total number of Pfizer-BioNTech COVID-19 Vaccine recipients in Study 2 (N=20,033), 21.4% (n=4,294) were 65 years of age and older and 4.3% (n=860) were 75 years of age and older.

The safety of a first booster dose of Pfizer-BioNTech COVID-19 Vaccine in individuals 65 years of age and older is based on safety data in 12 booster dose recipients 65 through 85 years of age and 306 booster dose recipients 18 through 55 years of age in Study 2. The effectiveness of a booster dose of Pfizer-BioNTech COVID-19 Vaccine in individuals 65 years of age and older is based on effectiveness data in 306 booster dose recipients 18 through 55 years of age in Study 2.

The safety and effectiveness of a second booster dose of Pfizer-BioNTech COVID-19 Vaccine in individuals 65 years of age and older is based on safety and effectiveness data in individuals 60 years of age and older.

## 11.5 Use in Immunocompromised

From an independent report *(Kamar N, Abravanel F, Marion O, et al. Three doses of an mRNA Covid-19 vaccine in solid-organ transplant recipients. N Engl J Med)*, safety and effectiveness of a third dose of the Pfizer-BioNTech COVID-19 vaccine have been evaluated in persons that received solid organ transplants. The

administration of a third dose of vaccine appears to be only moderately effective in increasing potentially protective antibody titers. Patients should still be counselled to maintain physical precautions to help prevent COVID-19. In addition, close contacts of immunocompromised persons should be vaccinated as appropriate for their health status.

# 13 DESCRIPTION

The Pfizer-BioNTech COVID-19 Vaccine is supplied as a frozen suspension in multiple dose vials with purple caps; each vial must be diluted with 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP prior to use to form the vaccine. Each 0.3 mL dose of the Pfizer-BioNTech COVID-19 Vaccine supplied in multiple dose vials with purple caps contains 30 mcg of a nucleoside-modified messenger RNA (modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2.

Each 0.3 mL dose of the Pfizer-BioNTech COVID-19 Vaccine supplied in multiple dose vials with purple caps also includes the following ingredients: lipids (0.43 mg (4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 0.05 mg 2[(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 0.09 mg 1,2-distearoyl-sn-glycero-3-phosphocholine, and 0.2 mg cholesterol), 0.01 mg potassium chloride, 0.01 mg monobasic potassium phosphate, 0.36 mg sodium chloride, 0.07 mg dibasic sodium phosphate dihydrate, and 6 mg sucrose. The diluent (sterile 0.9% Sodium Chloride Injection, USP) contributes an additional 2.16 mg sodium chloride per dose.

The Pfizer-BioNTech COVID-19 Vaccine does not contain preservative. The vial stoppers are not made with natural rubber latex.

# 14 CLINICAL PHARMACOLOGY

## 14.1 Mechanism of Action

The modRNA in the Pfizer-BioNTech COVID-19 Vaccine is formulated in lipid particles, which enable delivery of the RNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19.

# 18 CLINICAL TRIAL RESULTS AND SUPPORTING DATA FOR EUA

## 18.1 Efficacy of Primary Series in Participants 16 Years of Age and Older

Study 2 is a multicenter, multinational, Phase 1/2/3, randomized, placebo-controlled, observer-blind, dose-finding, vaccine candidate-selection, and efficacy study in participants 12 years of age and older. Randomization was stratified by age: 12 through 15 years of age, 16 through 55 years of age, or 56 years of age and older, with a minimum of 40% of participants in the ≥56-year stratum. The study excluded participants who were immunocompromised and those who had previous clinical or microbiological diagnosis of COVID-19. Participants with preexisting stable disease, defined as disease not requiring significant change in therapy or hospitalization for worsening disease during the 6 weeks before enrollment, were included as were participants with known stable infection with human immunodeficiency virus (HIV), hepatitis C virus (HCV), or hepatitis B virus (HBV).

In the Phase 2/3 portion of Study 2, based on data accrued through November 14, 2020, approximately 44,000 participants 12 years of age and older were randomized equally and received 2 doses of Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA) or placebo separated by 21 days. Participants are planned to be followed for up to 24 months, for assessments of safety and efficacy against COVID-19.

The population for the analysis of the primary efficacy endpoint included, 36,621 participants 12 years of age and older (18,242 in the Pfizer-BioNTech COVID-19 Vaccine group and 18,379 in the placebo group) who did not have evidence of prior infection with SARS-CoV-2 through 7 days after the second dose. Table 9 presents the specific demographic characteristics in the studied population.

**Table 9:   Demographics (population for the primary efficacy endpoint)[a]**

| | Pfizer-BioNTech COVID-19 Vaccine* (N=18,242) n (%) | Placebo (N=18,379) n (%) |
|---|---|---|
| Sex | | |
| Male | 9318 (51.1) | 9225 (50.2) |
| Female | 8924 (48.9) | 9154 (49.8) |
| Age (years) | | |
| Mean (SD) | 50.6 (15.70) | 50.4 (15.81) |
| Median | 52.0 | 52.0 |
| Min, max | (12, 89) | (12, 91) |
| Age group | | |
| ≥12 through 15 years[b] | 46 (0.3) | 42 (0.2) |
| ≥16 through 17 years | 66 (0.4) | 68 (0.4) |
| ≥16 through 64 years | 14,216 (77.9) | 14,299 (77.8) |
| ≥65 through 74 years | 3176 (17.4) | 3226 (17.6) |
| ≥75 years | 804 (4.4) | 812 (4.4) |
| Race | | |
| White | 15,110 (82.8) | 15,301 (83.3) |
| Black or African American | 1617 (8.9) | 1617 (8.8) |
| American Indian or Alaska Native | 118 (0.6) | 106 (0.6) |
| Asian | 815 (4.5) | 810 (4.4) |
| Native Hawaiian or other Pacific Islander | 48 (0.3) | 29 (0.2) |
| Other[c] | 534 (2.9) | 516 (2.8) |
| Ethnicity | | |
| Hispanic or Latino | 4886 (26.8) | 4857 (26.4) |
| Not Hispanic or Latino | 13,253 (72.7) | 13,412 (73.0) |
| Not reported | 103 (0.6) | 110 (0.6) |
| Comorbidities[d] | | |
| Yes | 8432 (46.2) | 8450 (46.0) |
| No | 9810 (53.8) | 9929 (54.0) |

\*   Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

a.   All eligible randomized participants who receive all vaccination(s) as randomized within the predefined window, have no other important protocol deviations as determined by the clinician, and have no evidence of SARS-CoV-2 infection prior to 7 days after Dose 2.

b.   100 participants 12 through 15 years of age with limited follow-up in the randomized population received at least 1 dose (49 in the vaccine group and 51 in the placebo group). Some of these participants were included in the efficacy evaluation depending on the population analyzed. They contributed to exposure information but with no confirmed COVID-19 cases, and did not affect efficacy conclusions.

c.   Includes multiracial and not reported.

d.   Number of participants who have 1 or more comorbidities that increase the risk of severe COVID-19 disease
   - Chronic lung disease (e.g., emphysema and chronic bronchitis, idiopathic pulmonary fibrosis, and cystic fibrosis) or moderate to severe asthma

- Significant cardiac disease (e.g., heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension)
- Obesity (body mass index $\geq$30 kg/m$^2$)
- Diabetes (Type 1, Type 2 or gestational)
- Liver disease
- Human Immunodeficiency Virus (HIV) infection (not included in the efficacy evaluation)

The population in the primary efficacy analysis included all participants 12 years of age and older who had been enrolled from July 27, 2020, and followed for the development of COVID-19 through November 14, 2020. Participants 18 through 55 years of age and 56 years of age and older began enrollment from July 27, 2020, 16 through 17 years of age began enrollment from September 16, 2020, and 12 through 15 years of age began enrollment from October 15, 2020.

The vaccine efficacy information is presented in Table 10.

**Table 10: Vaccine Efficacy – First COVID-19 Occurrence From 7 Days After Dose 2, by Age Subgroup – Participants Without Evidence of Infection and Participants With or Without Evidence of Infection Prior to 7 Days After Dose 2 – Evaluable Efficacy (7 Days) Population**

| | First COVID-19 occurrence from 7 days after Dose 2 in participants without evidence of prior SARS-CoV-2 infection* | | |
|---|---|---|---|
| Subgroup | Pfizer-BioNTech COVID-19 Vaccine[†] N[a]=18,198 Cases n1[b] Surveillance Time[c] (n2[d]) | Placebo N[a]=18,325 Cases n1[b] Surveillance Time[c] (n2[d]) | Vaccine Efficacy % (95% CI) |
| All subjects[e] | 8 2.214 (17,411) | 162 2.222 (17,511) | 95.0 (90.3, 97.6)[f] |
| 16 through 64 years | 7 1.706 (13,549) | 143 1.710 (13,618) | 95.1 (89.6, 98.1)[g] |
| 65 years and older | 1 0.508 (3848) | 19 0.511 (3880) | 94.7 (66.7, 99.9)[g] |
| | First COVID-19 occurrence from 7 days after Dose 2 in participants with or without evidence of prior SARS-CoV-2 infection | | |
| Subgroup | Pfizer-BioNTech COVID-19 Vaccine[†] N[a]=19,965 Cases n1[b] Surveillance Time[c] (n2[d]) | Placebo N[a]=20,172 Cases n1[b] Surveillance Time[c] (n2[d]) | Vaccine Efficacy % (95% CI) |
| All subjects[e] | 9 2.332 (18,559) | 169 2.345 (18,708) | 94.6 (89.9, 97.3)[f] |
| 16 through 64 years | 8 1.802 (14,501) | 150 1.814 (14,627) | 94.6 (89.1, 97.7)[g] |
| 65 years and older | 1 0.530 (4044) | 19 0.532 (4067) | 94.7 (66.8, 99.9)[g] |

Note: Confirmed cases were determined by Reverse Transcription-Polymerase Chain Reaction (RT-PCR) and at least 1 symptom consistent with COVID-19 (symptoms included: fever; new or increased cough; new or increased shortness of breath; chills; new or increased muscle pain; new loss of taste or smell; sore throat; diarrhea; vomiting).

* Participants who had no evidence of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative at Visit 1 and SARS-CoV-2 not detected by NAAT [nasal swab] at Visits 1 and 2), and had negative NAAT (nasal swab) at any unscheduled visit prior to 7 days after Dose 2 were included in the analysis.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

a. N = Number of participants in the specified group.

b. n1 = Number of participants meeting the endpoint definition.

c. Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.

d. n2 = Number of participants at risk for the endpoint.

e. No confirmed cases were identified in adolescents 12 through 15 years of age.

f. Credible interval for vaccine efficacy (VE) was calculated using a beta-binomial model with a beta (0.700102, 1) prior for $\theta = r(1-VE)/(1+r(1-VE))$, where r is the ratio of surveillance time in the active vaccine group over that in the placebo group.

g. Confidence interval (CI) for vaccine efficacy is derived based on the Clopper and Pearson method adjusted to the surveillance time.

## 18.2 Efficacy of Primary Series in Adolescents 12 Through 15 Years of Age

A descriptive efficacy analysis of Study 2 has been performed in approximately 2,200 adolescents 12 through 15 years of age evaluating confirmed COVID-19 cases accrued up to a data cutoff date of March 13, 2021.

The efficacy information in adolescents 12 through 15 years of age is presented in Table 11.

**Table 11: Vaccine Efficacy – First COVID-19 Occurrence From 7 Days After Dose 2: Without Evidence of Infection and With or Without Evidence of Infection Prior to 7 Days After Dose 2 – Blinded Placebo-Controlled Follow-up Period, Adolescents 12 Through 15 Years of Age Evaluable Efficacy (7 Days) Population**

| First COVID-19 occurrence from 7 days after Dose 2 in adolescents 12 through 15 years of age without evidence of prior SARS-CoV-2 infection* | | |
|---|---|---|
| | Pfizer-BioNTech COVID-19 Vaccine[†] $N^a$=1005 Cases $n1^b$ Surveillance Time[c] ($n2^d$) | Placebo $N^a$=978 Cases $n1^b$ Surveillance Time[c] ($n2^d$) | Vaccine Efficacy % (95% CI[e]) |
| Adolescents 12 through 15 years of age | 0 0.154 (1001) | 16 0.147 (972) | 100.0 (75.3, 100.0) |
| First COVID-19 occurrence from 7 days after Dose 2 in adolescents 12 through 15 years of age with or without evidence of prior SARS-CoV-2 infection | | |
| | Pfizer-BioNTech COVID-19 Vaccine[†] $N^a$=1119 Cases $n1^b$ Surveillance Time[c] ($n2^d$) | Placebo $N^a$=1110 Cases $n1^b$ Surveillance Time[c] ($n2^d$) | Vaccine Efficacy % (95% CI[e]) |
| Adolescents 12 through 15 years of age | 0 0.170 (1109) | 18 0.163 (1094) | 100.0 (78.1, 100.0) |

Note: Confirmed cases were determined by Reverse Transcription-Polymerase Chain Reaction (RT-PCR) and at least 1 symptom consistent with COVID-19 (symptoms included: fever; new or increased cough; new or increased shortness of breath; chills; new or increased muscle pain; new loss of taste or smell; sore throat; diarrhea; vomiting).

* Participants who had no evidence of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative at Visit 1 and SARS-CoV-2 not detected by NAAT [nasal swab] at Visits 1 and 2), and had negative NAAT (nasal swab) at any unscheduled visit prior to 7 days after Dose 2 were included in the analysis.

† Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

a. N = Number of participants in the specified group.
b. n1 = Number of participants meeting the endpoint definition.
c. Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.
d. n2 = Number of participants at risk for the endpoint.
e. Confidence interval (CI) for vaccine efficacy is derived based on the Clopper and Pearson method adjusted for surveillance time.

## 18.3   Immunogenicity of Primary Series in Adolescents 12 Through 15 Years of Age

In Study 2, an analysis of SARS-CoV-2 50% neutralizing titers (NT50) 1 month after Dose 2 in a randomly selected subset of participants demonstrated non-inferior immune responses (within 1.5-fold) comparing adolescents 12 through 15 years of age to participants 16 through 25 years of age who had no serological or virological evidence of past SARS-CoV-2 infection up to 1 month after Dose 2 (Table 12).

**Table 12:  Summary of Geometric Mean Ratio for 50% Neutralizing Titer – Comparison of Adolescents 12 Through 15 Years of Age to Participants 16 Through 25 Years of Age (Immunogenicity Subset) –Participants Without Evidence of Infection up to 1 Month After Dose 2 – Dose 2 Evaluable Immunogenicity Population**

| | | Pfizer-BioNTech COVID-19 Vaccine* | | 12 Through 15 Years/ 16 Through 25 Years | |
| | | 12 Through 15 Years n[a]=190 | 16 Through 25 Years n[a]=170 | | |
| Assay | Time Point[b] | GMT[c] (95% CI[c]) | GMT[c] (95% CI[c]) | GMR[d] (95% CI[d]) | Met Noninferiority Objective[e] (Y/N) |
| --- | --- | --- | --- | --- | --- |
| SARS-CoV-2 neutralization assay - NT50 (titer)[f] | 1 month after Dose 2 | 1239.5 (1095.5, 1402.5) | 705.1 (621.4, 800.2) | 1.76 (1.47, 2.10) | Y |

Abbreviations: CI = confidence interval; GMR = geometric mean ratio; GMT = geometric mean titer; LLOQ = lower limit of quantitation; NAAT = nucleic-acid amplification test; NT50 = 50% neutralizing titer; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2.
Note: Participants who had no serological or virological evidence (up to 1 month after receipt of the last dose) of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative at Visit 1 and SARS-CoV-2 not detected by NAAT [nasal swab] at Visits 1 and 2), and had negative NAAT (nasal swab) at any unscheduled visit up to 1 month after Dose 2 were included in the analysis.
*   Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).
a.  n = Number of participants with valid and determinate assay results for the specified assay at the given dose/sampling time point.
b.  Protocol-specified timing for blood sample collection.
c.  GMTs and 2-sided 95% CIs were calculated by exponentiating the mean logarithm of the titers and the corresponding CIs (based on the Student t distribution). Assay results below the LLOQ were set to 0.5 × LLOQ.
d.  GMRs and 2-sided 95% CIs were calculated by exponentiating the mean difference of the logarithms of the titers (Group 1 [12 through 15 years of age] – Group 2 [16 through 25 years of age]) and the corresponding CI (based on the Student t distribution).
e.  Noninferiority is declared if the lower bound of the 2-sided 95% CI for the GMR is greater than 0.67.
f.  SARS-CoV-2 NT50 were determined using the SARS-CoV-2 mNeonGreen Virus Microneutralization Assay. The assay uses a fluorescent reporter virus derived from the USA_WA1/2020 strain and virus neutralization is read on Vero cell monolayers. The sample NT50 is defined as the reciprocal serum dilution at which 50% of the virus is neutralized.

## 18.4   Immunogenicity of a Third Primary Series Dose in Individuals with Certain Kinds of Immunocompromise

From an independent report *(Kamar N, Abravanel F, Marion O, et al. Three doses of an mRNA Covid-19 vaccine in solid-organ transplant recipients. N Engl J Med)*, a single arm study has been conducted in

Revised: 17 May 2022

101 individuals who had undergone various solid organ transplant procedures (heart, kidney, liver, lung, pancreas) 97±8 months previously. A third dose of the Pfizer-BioNTech COVID-19 vaccine was administered to 99 of these individuals approximately 2 months after they had received a second dose. Among the 59 patients who had been seronegative before the third dose, 26 (44%) were seropositive at 4 weeks after the third dose. All 40 patients who had been seropositive before the third dose were still seropositive 4 weeks later. The prevalence of anti-SARS-CoV-2 antibodies was 68% (67 of 99 patients) 4 weeks after the third dose.

## 18.5  Immunogenicity of a First Booster Dose Following a Pfizer-BioNTech COVID-19 Vaccine Primary Series in Participants 18 Through 55 Years of Age

Effectiveness of a booster dose of Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA) was based on an assessment of 50% neutralizing antibody titers (NT50) against SARS-CoV-2 (USA_WA1/2020). In Study 2, analyses of NT50 1 month after the booster dose compared to 1 month after the primary series in individuals 18 through 55 years of age who had no serological or virological evidence of past SARS-CoV-2 infection up to 1 month after the booster vaccination demonstrated noninferiority for both geometric mean ratio (GMR) and difference in seroresponse rates. Seroresponse for a participant was defined as achieving a ≥4-fold rise in NT50 from baseline (before primary series). These analyses are summarized in Table 13 and Table 14.

**Table 13:  Geometric Mean 50% Neutralizing Titer (SARS-CoV-2 USA_WA1/2020) – Comparison of 1 Month After Booster Dose to 1 Month After Primary Series – Participants 18 Through 55 Years of Age Without Evidence of Infection up to 1 Month After Booster Dose\* – Booster Dose Evaluable Immunogenicity Population±**

| Assay | $n^a$ | 1 Month After Booster Dose GMT[b] (95% CI[b]) | 1 Month After Primary Series GMT[b] (95% CI[b]) | 1 Month After Booster Dose/ 1 Month After Primary Series GMR[c] (97.5% CI[c]) | Met Noninferiority Objective[d] (Y/N) |
|---|---|---|---|---|---|
| SARS-CoV-2 neutralization assay - NT50 (titer)[e] | 212 | 2466.0 (2202.6, 2760.8) | 750.6 (656.2, 858.6) | 3.29 (2.77, 3.90) | Y |

Abbreviations: CI = confidence interval; GMR = geometric mean ratio; GMT = geometric mean titer; LLOQ = lower limit of quantitation; N-binding = SARS-CoV-2 nucleoprotein-binding; NAAT = nucleic acid amplification test; NT50 = 50% neutralizing titer; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2; Y/N = yes/no.
Note: Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).
\*    Participants who had no serological or virological evidence (up to 1 month after receipt of a booster dose of Pfizer-BioNTech COVID-19 Vaccine) of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative and SARS-CoV-2 not detected by NAAT [nasal swab]) and had a negative NAAT (nasal swab) at any unscheduled visit up to 1 month after the booster dose were included in the analysis.
±    All eligible participants who had received 2 doses of Pfizer-BioNTech COVID-19 Vaccine as initially randomized, with Dose 2 received within the predefined window (within 19 to 42 days after Dose 1), received a booster dose of Pfizer-BioNTech COVID-19 Vaccine, had at least 1 valid and determinate immunogenicity result after booster dose from a blood collection within an appropriate window (within 28 to 42 days after the booster dose), and had no other important protocol deviations as determined by the clinician.
a.   n = Number of participants with valid and determinate assay results at both sampling time points within specified window.
b.   GMTs and 2-sided 95% CIs were calculated by exponentiating the mean logarithm of the titers and the corresponding CIs (based on the Student t distribution). Assay results below the LLOQ were set to 0.5 × LLOQ.
c.   GMRs and 2-sided 97.5% CIs were calculated by exponentiating the mean differences in the logarithms of the assay and the corresponding CIs (based on the Student t distribution).
d.   Noninferiority is declared if the lower bound of the 2-sided 97.5% CI for the GMR is >0.67 and the point estimate of the GMR is ≥0.80.
e.   SARS-CoV-2 NT50 were determined using the SARS-CoV-2 mNeonGreen Virus Microneutralization Assay. The assay uses a fluorescent reporter virus derived from the USA_WA1/2020 strain and virus neutralization is read on Vero cell monolayers. The sample NT50 is defined as the reciprocal serum dilution at which 50% of the virus is neutralized.

**Table 14: Seroresponse Rate for 50% Neutralizing Titer (SARS-CoV-2 USA_WA1/2020) – Comparison of 1 Month After Booster Dose to 1 Month After Primary Series – Participants 18 Through 55 Years of Age Without Evidence of Infection up to 1 Month After Booster Dose* – Booster Dose Evaluable Immunogenicity Population±**

| Assay | $N^a$ | 1 Month After Booster Dose $n^b$ % (95% $CI^c$) | 1 Month After Primary Series $n^b$ % (95% $CI^c$) | Difference (1 Month After Booster Dose - 1 Month After Primary Series) $\%^d$ (97.5% $CI^e$) | Met Noninferiority Objective$^f$ (Y/N) |
|---|---|---|---|---|---|
| SARS-CoV-2 neutralization assay - NT50 (titer)$^g$ | 200 | 199 99.5 (97.2, 100.0) | 196 98.0 (95.0, 99.5) | 1.5 (-0.7, 3.7) | Y |

Abbreviations: CI = confidence interval; LLOQ = lower limit of quantitation; N-binding = SARS-CoV-2 nucleoprotein-binding; NAAT = nucleic acid amplification test; NT50 = 50% neutralizing titer; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2; Y/N = yes/no.

Note: Seroresponse is defined as achieving a ≥4-fold rise from baseline (before Dose 1). If the baseline measurement is below the LLOQ, a postvaccination assay result ≥4 × LLOQ is considered a seroresponse.

Note: Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

\*   Participants who had no serological or virological evidence (up to 1 month after receipt of booster vaccination) of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative and SARS-CoV-2 not detected by NAAT [nasal swab]) and had a negative NAAT (nasal swab) at any unscheduled visit up to 1 month after booster vaccination were included in the analysis.

±   All eligible participants who had received 2 doses of Pfizer-BioNTech COVID-19 Vaccine as initially randomized, with Dose 2 received within the predefined window (within 19 to 42 days after Dose 1), received a booster dose of Pfizer-BioNTech COVID-19 Vaccine, had at least 1 valid and determinate immunogenicity result after booster dose from a blood collection within an appropriate window (within 28 to 42 days after the booster dose), and had no other important protocol deviations as determined by the clinician.

a.   N = number of participants with valid and determinate assay results for the specified assay at baseline, 1 month after Dose 2 and 1 month after the booster dose within specified window. These values are the denominators for the percentage calculations.

b.   n = Number of participants with seroresponse for the given assay at the given dose/sampling time point.

c.   Exact 2-sided CI based on the Clopper and Pearson method.

d.   Difference in proportions, expressed as a percentage (1 month after booster dose – 1 month after Dose 2).

e.   Adjusted Wald 2-sided CI for the difference in proportions, expressed as a percentage.

f.   Noninferiority is declared if the lower bound of the 2-sided 97.5% CI for the percentage difference is > -10%.

g.   SARS-CoV-2 NT50 were determined using the SARS-CoV-2 mNeonGreen Virus Microneutralization Assay. The assay uses a fluorescent reporter virus derived from the USA_WA1/2020 strain and virus neutralization is read on Vero cell monolayers. The sample NT50 is defined as the reciprocal serum dilution at which 50% of the virus is neutralized.

## 18.6   Immunogenicity of a First Booster Dose Following Primary Vaccination with Another Authorized or Approved COVID-19 Vaccine

Effectiveness of a Pfizer-BioNTech COVID-19 Vaccine booster dose (30 mcg modRNA) in individuals who completed primary vaccination with another authorized or approved COVID-19 Vaccine (heterologous booster dose) is inferred from immunogenicity data supporting effectiveness of a Pfizer-BioNTech COVID-19 Vaccine booster dose administered following completion of Pfizer-BioNTech COVID-19 Vaccine primary series and from immunogenicity data from an independent NIH study Phase 1/2 open-label clinical trial (NCT04889209) conducted in the United States that evaluated a heterologous booster dose of the Pfizer-BioNTech COVID-19 Vaccine. In this study, adults who had completed primary vaccination with a Moderna COVID-19 Vaccine 2-dose series (N=151), a Janssen COVID-19 Vaccine single dose (N=156), or a Pfizer-BioNTech COVID-19 Vaccine 2-dose series (N=151) at least 12 weeks prior to enrollment and who reported no history of SARS-CoV-2 infection were randomized 1:1:1 to receive a booster dose of one of three vaccines: Moderna COVID-19 Vaccine, Janssen COVID-19 Vaccine, or Pfizer-BioNTech COVID-19 Vaccine (30 mcg modRNA).

Neutralizing antibody titers, as measured by a pseudovirus neutralization assay using a lentivirus expressing the SARS-CoV-2 Spike protein with D614G mutation, were assessed on Day 1 prior to administration of the booster dose and on Day 15 after the booster dose. A booster response to the Pfizer-BioNTech COVID-19 Vaccine was demonstrated regardless of the vaccine used for primary vaccination.

## 18.7    Immunogenicity of a Second Booster Dose

Immunogenicity data from an ongoing, open-label, non-randomized clinical study in healthcare workers at a single center in Israel were provided in a publication (*Gili Regev-Yochay, Tal Gonen, Mayan Gilboa, et al. 2022 DOI: 10.1056/NEJMc2202542*). In this study, 154 individuals 18 years of age and older who had received primary vaccination and a first booster dose with Pfizer-BioNTech COVID-19 Vaccine were administered a second booster dose of Pfizer-BioNTech COVID-19 Vaccine at least four months after the first booster dose. Among these individuals, approximately 11-fold increases in geometric mean neutralizing antibody titers against wild-type virus and Delta and Omicron variants, respectively, were reported at two weeks after the second booster as compared to 5 months after the first booster dose.

## 19    HOW SUPPLIED/STORAGE AND HANDLING

The information in this section applies to the Pfizer-BioNTech COVID-19 Vaccine that is supplied in multiple dose vials with a <u>purple cap</u>. These multiple dose vials are supplied in a carton containing 25 multiple dose vials (NDC 59267-1000-3) or 195 multiple dose vials (NDC 59267-1000-2). After dilution, 1 vial contains 6 doses of 0.3 mL. Vial labels and cartons may state that after dilution, a vial contains 5 doses of 0.3 mL. The information in this Full EUA Prescribing Information regarding the number of doses per vial after dilution supersedes the number of doses stated on vial labels and cartons.

During storage, minimize exposure to room light, and avoid exposure to direct sunlight and ultraviolet light.

Do not refreeze thawed vials.

<u>Frozen Vials Prior to Use</u>

Cartons of Pfizer-BioNTech COVID-19 Vaccine multiple dose vials with purple caps arrive in thermal containers with dry ice. Once received, remove the vial cartons immediately from the thermal container and preferably store in an ultra-low temperature freezer between -90ºC to -60ºC (-130ºF to -76ºF) until the expiry date printed on the label. This information in the package insert supersedes the storage conditions printed on the vial cartons.

Cartons and vials of Pfizer-BioNTech COVID-19 Vaccine supplied in multiple dose vials with purple caps with an expiry date of October 2021 through November 2022 printed on the label may remain in use beyond the printed date until the updated expiry date shown below; as long as approved storage conditions have been maintained.

| Printed Expiry Date | | Updated Expiry Date |
|---|---|---|
| 10/2021 | → | 30-Apr-2022 |
| 11/2021 | → | 31-May-2022 |
| 12/2021 | → | 30-Jun-2022 |
| 01/2022 | → | 31-Jul-2022 |
| 02/2022 | → | 31-Aug-2022 |
| 03/2022 | → | 30-Sep-2022 |
| 07/2022 | → | 31-Oct-2022 |
| 08/2022 | → | 30-Nov-2022 |
| 09/2022 | → | 31-Dec-2022 |
| 10/2022 | → | 31-Jan-2023 |
| 11/2022 | → | 28-Feb-2023 |

If not stored between -90ºC to -60ºC (-130ºF to -76ºF), vials may be stored at -25°C to -15°C (-13°F to 5°F) for up to 2 weeks. Vials must be kept frozen and protected from light, in the original cartons, until ready to use. Vials stored at -25°C to -15°C (-13°F to 5°F) for up to 2 weeks may be returned one time to the recommended storage condition of -90ºC to -60ºC (-130ºF to -76ºF). Total cumulative time the vials are stored at -25°C to -15°C (-13°F to 5°F) should be tracked and should not exceed 2 weeks.

If an ultra-low temperature freezer is not available, the thermal container in which the Pfizer-BioNTech COVID-19 Vaccine arrives may be used as temporary storage when consistently re-filled to the top of the container with dry ice. Refer to the re-icing guidelines packed in the original thermal container for instructions regarding the use of the thermal container for temporary storage. The thermal container maintains a temperature range of -90ºC to -60ºC (-130ºF to -76ºF). Storage of the vials between -96°C to -60°C (-141°F to -76°F) is not considered an excursion from the recommended storage condition.

Transportation of Frozen Vials

If local redistribution is needed and full cartons containing vials cannot be transported at -90°C to -60°C (-130°F to -76°F), vials may be transported at -25°C to -15°C (-13°F to 5°F). Any hours used for transport at -25°C to -15°C (-13°F to 5°F) count against the 2-week limit for storage at -25°C to -15°C (-13°F to 5°F). Frozen vials transported at -25°C to -15°C (-13°F to 5°F) may be returned one time to the recommended storage condition of -90ºC to -60ºC (-130ºF to -76ºF).

Thawed Vials Before Dilution

*Thawed Under Refrigeration*

Thaw and then store undiluted vials in the refrigerator [2ºC to 8ºC (35ºF to 46ºF)] for up to 1 month. A carton of 25 vials or 195 vials may take up to 2 or 3 hours, respectively, to thaw in the refrigerator, whereas a fewer number of vials will thaw in less time.

*Thawed at Room Temperature*

For immediate use, thaw undiluted vials at room temperature [up to 25ºC (77ºF)] for 30 minutes. Thawed vials can be handled in room light conditions.

Vials must reach room temperature before dilution.

Undiluted vials may be stored at room temperature for no more than 2 hours.

Transportation of Thawed Vials

Available data support transportation of one or more thawed vials at 2°C to 8°C (35°F to 46°F) for up to 12 hours.

Vials After Dilution

After dilution, store vials between 2°C to 25°C (35°F to 77°F) and use within 6 hours from the time of dilution. During storage, minimize exposure to room light, and avoid exposure to direct sunlight and ultraviolet light. Any vaccine remaining in vials must be discarded after 6 hours. Do not refreeze.

## 20      PATIENT COUNSELING INFORMATION

Advise the recipient or caregiver to read the Vaccine Information Fact Sheet for Recipients and Caregivers.

The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system. Advise recipient or caregiver that more information about IISs can be found at: https://www.cdc.gov/vaccines/programs/iis/about.html.

## 21      CONTACT INFORMATION

For general questions, visit the website or call the telephone number provided below.

| Website | Telephone number |
|---|---|
| www.cvdvaccine.com | 1-877-829-2619 (1-877-VAX-CO19) |

This Full EUA Prescribing Information may have been updated. For the most recent Full EUA Prescribing Information, please see www.cvdvaccine.com.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1457-23.0

Revised: 17 May 2022

Revised: 17 May 2022

| Pfizer BLA-compliant vials as of 20 May 2022.  Source:  DHA MEDLOG | | | Vials | Current expiration date | Comment |
|---|---|---|---|---|---|
| FF2587 | AIR FORCE | 10TH MDG, USAFA | 173 | 30-Sep | Shelf-life extension per FDA |
| | | 22ND MDG, MCCONNELL AFB | 228 | 30-Sep | Shelf-life extension per FDA |
| | | 325TH MDG, TYNDALL AFB | 7 | 30-Sep | Shelf-life extension per FDA |
| | NAVY | DHA HOSPITAL SIGONELLA - MM | 17 | 30-Sep | Shelf-life extension per FDA |
| FH8028 | AIR FORCE | 49TH MDSS, HOLLOMAN AFB | 2 | 31-Aug | Shelf-life extension per FDA |
| | | 633RD MDG, LANGLEY AFB | 158 | 31-Aug | Shelf-life extension per FDA |
| | | 99TH MDG, NELLIS AFB | 11 | 31-Aug | Shelf-life extension per FDA |
| | ARMY | BAYNE-JONES ARMY COMMUNITY HOSPITAL, FORT POLK, LA | 4 | 31-Aug | Shelf-life extension per FDA |
| | | CARL R. DARNALL ARMY MEDICAL CENTER, FORT HOOD, TX | 10 | 31-Aug | Shelf-life extension per FDA |
| | | MADIGAN ARMY MEDICAL CENTER, JBLM-FORT LEWIS, WA | 6 | 31-Aug | Shelf-life extension per FDA |
| | | MCDONALD ARMY HEALTH CENTER, FORT EUSTIS, VA | 28 | 31-Aug | Shelf-life extension per FDA |
| | | WEED ARMY COMMUNITY HOSPITAL, FORT IRWIN, CA | 3 | 31-Aug | Shelf-life extension per FDA |
| | | WOMACK ARMY MEDICAL CENTER, FORT BRAGG, NC | 6 | 31-Aug | Shelf-life extension per FDA |
| | NAVY | DHA MEDICAL CENTER SAN DIEGO - MM | 2 | 31-Aug | Shelf-life extension per FDA |
| FH8027 | AIR FORCE | 66TH MDG, HANSCOM AFB | 139 | 31-Aug | Shelf-life extension per FDA |
| | | 8TH MDG, KUNSAN AB | 42 | 31-Aug | Shelf-life extension per FDA |
| FF2593 | NAVY | DHA HOSPITAL GUANTANAMO BAY - MM | 36 | 30-Sep | Shelf-life extension per FDA |
| | | Total number of vials within DoD supply chain | 872 | as above | as above |



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

AUG 24 2021

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
COMMANDERS OF THE COMBATANT COMMANDS
DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members

To defend this Nation, we need a healthy and ready force. After careful consultation with medical experts and military leadership, and with the support of the President, I have determined that mandatory vaccination against coronavirus disease 2019 (COVID-19) is necessary to protect the Force and defend the American people.

Mandatory vaccinations are familiar to all of our Service members, and mission-critical inoculation is almost as old as the U.S. military itself. Our administration of safe, effective COVID-19 vaccines has produced admirable results to date, and I know the Department of Defense will come together to finish the job, with urgency, professionalism, and compassion.

I therefore direct the Secretaries of the Military Departments to immediately begin full vaccination of all members of the Armed Forces under DoD authority on active duty or in the Ready Reserve, including the National Guard, who are not fully vaccinated against COVID-19.

Service members are considered fully vaccinated two weeks after completing the second dose of a two-dose COVID-19 vaccine or two weeks after receiving a single dose of a one-dose vaccine. Those with previous COVID-19 infection are not considered fully vaccinated.

Mandatory vaccination against COVID-19 will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance. Service members voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after, the establishment of this policy are considered fully vaccinated. Service members who are actively participating in COVID-19 clinical trials are exempted from mandatory vaccination against COVID-19 until the trial is complete in order to avoid invalidating such clinical trial results.

Mandatory vaccination requirements will be implemented consistent with DoD Instruction 6205.02, "DoD Immunization Program," July 23, 2019. The Military Departments should use existing policies and procedures to manage mandatory vaccination of Service members to the extent practicable. Mandatory vaccination of Service members will be subject to any identified contraindications and any administrative or other exemptions established in Military Department policy. The Military Departments may promulgate appropriate guidance to carry out the requirements set out above. The Under Secretary of Defense for Personnel and


OSD007764-21/CMD010116-21

Readiness may provide additional guidance to implement and comply with FDA requirements or Centers for Disease Control and Prevention recommendations.

The Secretaries of the Military Departments should impose ambitious timelines for implementation. Military Departments will report regularly on vaccination completion using established systems for other mandatory vaccine reporting.

Our vaccination of the Force will save lives. Thank you for your focus on this critical mission.

2