IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* | § |
|     **Plaintiffs,** | § |
| | § |
| v. | § Case No. 4:22-cv-438-ALM |
| | § |
| LLOYD AUSTIN, III, *et al.*, | § |
|     **Defendants.** | § |
| | § |

## JOINT MOTION ON BRIEFING SCHEDULE

The Parties jointly, by and through their counsel, respectfully move the Court to set a briefing schedule for Defendant' Motion to Dismiss Plaintiffs' First Amended Complaint and Plaintiffs' Response as follows:

- Defendants will file their Motion to Dismiss Plaintiff's First Amended Complaint by April 21, 2023;

- Plaintiffs will file their Response in Opposition by May 12, 2023;

- In the event a Reply and Sur-Reply are necessary, they will follow as per the local rules.

Local Rule CV-7(h) Certification. Counsel for the parties have conferred and jointly agree to file this motion. For the reasons noted in the Court's Order (ECF 35), the Parties hope to narrow the scope of the remaining contested (and contestable) issues by the above requested briefing schedule.

Dated: March 31, 2023          Respectfully submitted

**For the Plaintiffs:**        */s/ Jerri Lynn Ward*
Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
(512) 302-1103 ext. 115
jward@garloward.com

*/s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 480-466-0369
Email: dalesaran@gmail.com

*/s/ Brandon Johnson*
Brandon Johnson,
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org

**For the Defendants:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE (DC Bar No. 1023361)
JODY D. LOWENSTEIN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-2705
E-mail: zachary.a.avallone@usdoj.gov

BRIT FEATHERSTON
United States Attorney

JAMES GILLINGMAN
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street, Suite 700
Tyler, Texas 75702

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March, 2023, the Motion was e-filed using the CM/ECF system.

*/s/ Zachary A. Avallone*
Zachary A. Avallone
