IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* | § |
|     Plaintiffs, | § |
| | § |
| v. | § Case No. 4:22-cv-438-ALM |
| | § |
| LLOYD AUSTIN, III, *et al.*, | § |
|     Defendants. | § |

**ORDER GRANTING
JOINT MOTION ON BRIEFING SCHEDULE**

Before the Court is the Parties' Joint Motion on Briefing Schedule (Dkt. #42), regarding Defendants' Motion to Dismiss and Plaintiffs' Response. The Court finds the motion should be, and hereby is, GRANTED.

It is therefore ORDERED that Defendants shall file their Motion to Dismiss Plaintiff's First Amended Complaint by April 21, 2023. Plaintiffs shall file their Response in Opposition by May 12, 2023, and follow-on briefing will follow the normal schedule for Reply and Sur-Reply.

IT IS SO ORDERED.

SIGNED this 4th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE