IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSHUA WILSON**, *et al* § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 4:22-cv-438-ALM |
| § | |
| **LLOYD AUSTIN, III**, *et al.*, § | |
| Defendants. § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants respectfully move the Court for leave to extend by 10 pages the page limit for Defendant' Motion to Dismiss Plaintiffs' First Amended Complaint. Local Civil Rule 7(a)(1) states that "[c]ase dispositive motions shall not exceed thirty pages, excluding attachments, unless leave of court is first obtained." LCvR 7(a)(1). Defendants now seek leave of court to file a brief with additional 10 pages, which will allow Defendants to fully respond to the allegations in the complaint. Plaintiffs' First Amended Complaint totals 79 pages with 311 paragraphs of allegations and ten causes of action. *See* First Am. Compl. ("FAC"), ECF NO. 41. Given the allegations and causes of action, Defendants expect to need no more than 40 pages in total for their motion to dismiss.

<u>Local Rule CV-7(h) Certification</u>. Counsel for the parties have conferred and Plaintiffs do not oppose the relief sought in this motion.

Dated: April 20, 2023                           Respectfully submitted

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                ANTHONY J. COPPOLINO
                                                Deputy Director

1

/s/ *Zachary A. Avallone*
ZACHARY A. AVALLONE (DC Bar No. 1023361)
JODY D. LOWENSTEIN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-2705
E-mail: zachary.a.avallone@usdoj.gov

BRIT FEATHERSTON
United States Attorney

JAMES GILLINGMAN
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street, Suite 700
Tyler, Texas 75702

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of April, 2023, the Motion was e-filed using the CM/ECF system.

*/s/ Zachary A. Avallone*
Zachary A. Avallone