# Exhibit 1



**NATIONAL GUARD BUREAU**
**1636 DEFENSE PENTAGON**
**WASHINGTON DC 20301-1636**

JAN 1 8 2023

MEMORANDUM FOR THE ADJUTANTS GENERAL AND COMMANDING GENERAL, DISTRICT OF COLUMBIA

SUBJECT:  Return of Non-Federalized T32 National Guard Service Members to Non-Federalized Title 32 Duty

On January 10, 2023, the Secretary of Defense rescinded both the August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members" and the November 30, 2021 memorandum, "Coronavirus Disease 2019 Vaccination of Members of the National Guard and the Ready Reserve."

In coordination with the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) and the Secretaries of the Army and Air Force, all currently serving non-federalized Army National Guard and Air National Guard members who are not fully vaccinated for COVID-19, but are otherwise qualified and eligible are no longer prohibited from, and may be directed to resume participation in drills, training and/or other duty conducted under Title 32, U.S. Code, to include AGR and FTNGD-OS duties.

This implementation guidance is effective for non-federalized duty originally scheduled to be conducted on or after January 10, 2023.  Additional guidance to ensure uniform implementation of the rescission memorandum will be developed in collaboration with USD(P&R) and the Military Departments, as appropriate.

Please address any questions regarding this guidance to Major General Wendy Wenke, 703-604-9540 or wendy.b.wenke.mil@army.mil.

Daniel R. Hokanson
General, USA
Chief, National Guard Bureau