# Exhibit 3

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BROWN, STEVEN MICHAEL | ARMY/RA | ▮▮▮▮▮ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SSG | E06 | ▮▮▮▮ | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BOSTON, MASSACHUSETTS | ▮▮▮▮ |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0054ENCO D MI CO BCT E1 | ITALY TC, IT, APO AE 09630 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $ 400,000.00 | |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
35P3P CRYPTOLOGIC LINGUIST - 9 YRS 2 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2013 | 06 | 11 |
| b. SEPARATION DATE THIS PERIOD | 2022 | 11 | 04 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0009 | 04 | 24 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0003 | 00 | 14 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 02 | 13 |
| i. EFFECTIVE DATE OF PAY GRADE | 2021 | 07 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
ARMY COMMENDATION MEDAL W/ C DEVICE//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL //GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//CONT IN BLOCK 18

**14. MILITARY EDUCATION** (Course title, number of weeks, and months and year completed)
ADV CELLULAR TARGETING, 5 WEEKS, 2017//
AERIAL INTEL SURV RECO, 3 WEEKS, 2017//
AIRBORNE, 3 WEEKS, 2015//BASIC NCO CRS (BNCOC), 2 WEEKS, 2021//DLI RUSSIAN, 47 WEEKS, 2019//DTMS MASTER TRAINER CO, 1 WEEK, 2019//EO LEADERS, 1 WEEK, 2020//LEVANTINE BAS PEP, 64 WEEKS, 2015//CONT IN BLOCK 18

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: _____ ) NA | | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

**18. REMARKS** ////////////////////////////////////////////////////////////////////////////////////
IMMEDIATE REENLISTMENTS THIS PERIOD -- 20200705-20221104//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20130509-20130610//CONT FROM BLOCK 13: //OVERSEAS SERVICE RIBBON//COMBAT ACTION BADGE//PARACHUTIST BADGE//EXPERT MARKSMANSHIP BADGE W/ CARBINE BAR//CONT FROM BLOCK 14: //PR LDRSHP DEV CRS, 4 WEEKS, 2016//RESERVE COM NATL SCTY, 2 WEEKS, 2017//SPC OP CBT PGM LVL 1, 1 WEEK, 2016//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) AL OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: BROWN.STEVEN.MICHAEL.▮▮▮ | 20220627 | ESIGNED BY: ABRAMS.MARY.M.▮▮▮  MARY ABRAMS, SENIOR TRANSITION SPEC | 20220627 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200 | KBK | 1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) SMB |
|---|---|
| NONE | |

**DD FORM 214, AUG 2009**   PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC   **SERVICE - 2**