# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| **JOSHUA A. WILSON,** *et al.* | |
| Plaintiffs, | |
| v. | Case No. 4:22-cv-438-ALM |
| **LLOYD J. AUSTIN III,** in his official capacity as Secretary of Defense, *et al.*, | |
| Defendants. | |

**DECLARATION OF LIEUTENANT COMMANDER ANN OAKES**

I, Ann Oakes, United States Navy, declare and state as follows:

1.      I am an active-duty Lieutenant Commander currently performing duties as an agency

counsel within the General Litigation Division of the Navy's Office of the Judge Advocate

General.  I have been on active duty in the Navy since January 2012, and I have served in

various other roles in the Navy's Advocate General's Corps.

2.      I am familiar with the allegations made in the above-captioned case.  I make this

declaration in my official capacity and based upon my personal knowledge and upon information

that has been provided to me in the course of my official duties.  Specifically, my office

coordinated with the commands of the three Navy and Marine Corps plaintiffs. I have reviewed

the information provided by the respective commands as well as the Secretary of the Navy's

memorandum "Department of the Navy Actions to Implement COVID-19 Vaccine Rescission"

dated 24 February 2023 (attached hereto as Exhibit A) as well as NAVADMIN 065/23, "Follow

On COVID-19 Vaccine Rescission Actions." (Exhibit B). I am also familiar with the USMC

guidance found in MARADMIN 025/23, "Rescission of COVID-19 Vaccination Requirement" (Exhibit C) and MARADMIN 109/23, "Update to Mandatory Covid-19 Vaccination Requirement of Marine Corps Active and Reserve Components" (Exhibit D).

3.      Based on the information provided to me by their respective commands, I can confirm that none of the three Navy and Marine Corps plaintiffs received adverse action as a result of the now-rescinded COVID-19 vaccine requirement.

4.      Plaintiff CDR Michael Groothausen did not request a religious accommodation pertaining to the prior COVID-19 vaccine requirement, nor did he receive any adverse actions for not complying with that requirement.  In fact, CDR Groothausen was promoted to his current grade in July of 2022, after the mandate was instituted and before it was rescinded.

5.      Plaintiff LT Blankenship submitted a religious accommodation request pertaining to the prior COVID-19 vaccination requirement.  His initial request was denied.  His appeal was not adjudicated prior to his retirement.  LT Blankenship retired from the service with an Honorable characterization of service in September 2022.

6.      Plaintiff Major King submitted a religious accommodation request pertaining to the prior COVID-19 vaccination requirement.  His initial request and his appeal were denied.  As a result, Major King was placed on the Officer Disciplinary Notebook on May 12, 2022.  However, that case was closed without action on January 24, 2023, consistent with the Secretary's guidance above.  Major King was issued a "Page 11" counseling, but that document does not appear in his Official Military Personnel File.  Major King was not otherwise subject to adverse action for not complying with the prior COVID-19 vaccine requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct. Executed this 21st day of April, 2023.

OAKES.ANN.TUD
DENHAM.110162
8562

Digitally signed by
OAKES.ANN.TUDDENHAM.110
1628562
Date: 2023.04.21 16:38:23
-04'00'

A. T. OAKES
LCDR, JAGC, USN

# Oakes Decl. Ex. A

**THE SECRETARY OF THE NAVY**
WASHINGTON, D.C.  20350-1000

FEB 2 4 2023

MEMORANDUM FOR COMMANDANT OF THE MARINE CORPS
                        CHIEF OF NAVAL OPERATIONS
                        ASSISTANT SECRETARIES OF THE NAVY
                        GENERAL COUNSEL OF THE NAVY
                        JUDGE ADVOCATE GENERAL OF THE NAVY

SUBJECT:  Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine
              Rescission

Reference:   (a) Secretary of Defense Memorandum, "Rescission of August 24, 2021 and
                  November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for
                  Members of the Armed Forces"
           (b) ALNAV 009/23, "Rescission of COVID-19 Vaccination Requirement for
                  Members of the Armed Forces", January 20, 2023

        On 10 January 2023, Secretary of Defense (SECDEF) rescinded the COVID-19 vaccine
mandate across the Department of Defense in reference (a).  Accordingly, I am canceling all
COVID-19 vaccine mandates directed by subordinate echelons of command within the
Department of the Navy as of that same date.  Further, in reference (b), you were directed to
cease separating Sailors or Marines for refusal to receive the COVID-19 vaccination if those
members had sought accommodation for religious, medical, or administrative reasons.

        For those currently serving Sailors or Marines who previously submitted an
accommodation request or appeal solely for exemption from the COVID-19 vaccine, you will
consider those requests or appeals closed and return them without action.  Such members will
remain in service with no adverse action related to the COVID-19 vaccine refusal. For those
religious accommodation requests that seek relief from the COVID-19 vaccine in addition to
other mandatory vaccines, you will return those requests to the Sailor or Marine and engage with
that member to ensure the remaining issues are properly focused and to determine how to
proceed.  These Sailors and Marines have the option to withdraw their religious accommodation
request, or the appeal of that request if previously denied, or submit additional information that
might support their request, but they are not required to do so.  Requests that have been
substantially processed may continue to be processed in those instances in which the Sailor or
Marine's remaining issues are clearly understood and ready for resolution, or you may return the
request to an earlier stage of the review for further effort to resolve the Sailor or Marine's
request, at your discretion.

        You will ensure the review of the records of all currently serving Service Members who
sought and were subsequently denied an exemption from the COVID-19 vaccination.  The
service records for those Sailors and Marines so identified shall be reviewed and any adverse
information related to their COVID-19 vaccine refusal shall be removed from the service record.
All additional records corrections, including those for members who were denied an exemption
and were discharged, may be reviewed, at the request of such members or veterans, if he or she
chooses to petition the Board for Correction of Naval Records.  You are hereby directed to

SUBJECT:  Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine
Rescission

modify future selection board convening orders and precepts to include language ensuring the
boards do not consider any adverse information related solely to COVID-19 vaccine refusal in
cases in which an accommodation was requested.

The Department of the Navy remains committed to protecting our people.  I expect you to
clearly communicate the processes and procedures of this memorandum and references (a) and
(b) to your Sailors and Marines, and provide any necessary amplifying guidance.  The
Commandant of the Marine Corps and the Chief of Naval Operations will report back to me
within 30 days of the date of this memorandum to provide the process, timeline and status of
your reviews.

Carlos Del Toro

cc:
ACMC
VCNO
DUSN
AUDGEN
CHINFO
DMCS
DNS
JAG
DON CIO
NAVIG
NCIS
OCMO
OLA
OSBP
Echelon 1 and 2 commands

# Oakes Decl. Ex. B

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 061627Z MAR 23 MID200080785328U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 065/23

MSGID/GENADMIN/CNO WASHINGTON DC/N1/MAR//

SUBJ/FOLLOW ON COVID-19 VACCINE RESCISSION ACTIONS//

REF/A/DOC/NDAA-FY23/HR 7900//
REF/B/DOC/SECDEF/10JAN23//
REF/C/MSG/SECNAV/201839ZJAN23//
REF/D/MSG/CNO/112139ZJAN23//
REF/E/MSG/CNO/152142ZFEB23//
REF/F/DOC/DEPSECDEF/24FEB23//
REF/G/DOC/SECNAV/24FEB23//

NARR/REF A IS THE NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2023.
REF B IS SECDEF MEMO, TITLED RESCISSION OF COVID-19 VACCINATION REQUIREMENT
FOR MEMBERS OF THE ARMED FORCES.
REF C IS ALNAV 009/23, RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR
MEMBERS OF THE ARMED FORCES.
REF D IS NAVADMIN 005/23, REMOVAL OF COVID-19 VACCINATION MANDATE.
REF E IS NAVADMIN 038/23, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL
GUIDANCE 8.0.
REF F IS DEPSECDEF MEMO, GUIDANCE FOR IMPLEMENTING RESCISSION OF 24 AUGUST
2021 AND 30 NOVEMBER 2021 CORONAVIRUS DISEASE 2019 VACCINATION REQUIREMENTS
FOR MEMBERS OF THE ARMED FORCES.
REF G IS SECNAV MEMO, DEPARTMENT OF THE NAVY ACTIONS TO IMPLEMENT CORONAVIRUS
19 VACCINE RESCISSION.//

RMKS/1.  References (a) through (g) rescinded the Navy's COVID-19
vaccine mandate.  COVID-19 vaccination is no longer required for
Navy Service members, and refusing the COVID-19 vaccine is no longer
a basis for separation from the Navy.

2.  Reference (d) ended administrative separations based solely on
COVID-19 vaccine refusal.  Separation processing may continue in
cases where there are other reasons for separation.

3.  In line with reference (e), COVID-19 vaccination status shall
not be a consideration in assessing individual Service member
suitability for deployment or other operational assignments.  Navy
Service members who are unvaccinated against COVID-19 and are
approaching, in, or past their assignment window should contact
their detailer if not already being processed for their next
assignment.

4.  Reference (b) directed the military services to cease processing
requests and appeals seeking religious accommodation from the COVID-
19 vaccine.  Such requests and appeals by Navy Service
members are now closed and are considered returned without action.
Navy Service members who submitted requests or appeals seeking
relief from other mandatory vaccinations along with a COVID-19
vaccine request that have not yet been adjudicated will be contacted
individually in line with reference (g).

5.  In line with reference (g), the records of currently serving
```

Navy Service members who requested religious accommodation from
COVID-19 vaccination are being centrally reviewed to identify and
remove any adverse information related to vaccine refusal, should it
exist.  Other current and former Navy service members
may petition the Board for Corrections of Naval Records regarding
COVID-19 vaccination related matters.

6.  In line with reference (g), selection board precepts will
include language that precludes consideration of adverse
information regarding COVID-19 vaccine refusal in the case
of Service members who submitted religious accommodation requests.

7.  Released by Vice Admiral Richard J. Cheeseman, Jr., N1.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//

# Oakes Decl. Ex. C

# RESCISSION OF COVID-19 VACCINATION REQUIREMENT

Date Signed: 1/18/2023 | MARADMINS Number: 025/23

MARADMINS : 025/23

```
R 181130Z JAN 23
MARADMIN 025/23
MSGID/GENADMIN/CMC WASHINGTON DC PPO//
SUBJ/RESCISSION OF COVID-19 VACCINATION REQUIREMENT//
REF/A/DOC/SECDEF/10JAN23//
REF/B/MARADMIN/CMC/01SEP21//
REF/C/MARADMIN/CMC/07OCT21//
REF/D/MARADMIN/CMC/23OCT21//
REF/E/MARADMIN/CMC/22DEC21//
REF/F/MARADMIN/CMC/14SEP22//
REF/G/DOC/DODI/23JUL19//
REF/H/DOC/USN/07OCT13//
NARR/ REF A IS OSD MEMO, RESCISSION OF 24 AUG 2021 CORONAVIRUS DISEASE 2019
VACCINATION REQUIREMENT. REF B IS MARADMIN 462/21, MANDATORY COVID-19
VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS. REF C IS MARDADMIN
533/21, SUPPLEMENTAL GUIDANCE TO MANDATORY COVID-19 VACCINATION OF MARINE CORPS
ACTIVE AND RESERVE COMPONENTS. REF D IS MARADMIN 612/21, SUPPLEMENTAL GUIDANCE
(2) TO MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE AND RESERVE
COMPONENTS. REF E IS MARADMIN 733/21, CHANGE 1 TO SUPPLEMENTAL GUIDANCE (2) TO
MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE DUTY AND RESERVE
COMPONENTS. REF F IS MARADMIN 464/22, INTERIM GUIDANCE REGARDING MARINES
REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS. REF G
IS DODINST 6205.02, DOD IMMUNIZATION PROGRAM. REF H IS BUMEDINST 6230.15B, JOINT
REGULATION ON IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF
INFECTIOUS DISEASES.//
POC/MANPOWER AND RESERVE AFFAIRS/HQMC/M&RA/CHIEF OF STAFF/ TEL: 703-432-
9551/EMAIL: ZACHARY.SCHMIDT@USMC.MIL//
POC/MARINE CORPS COVID-19 CELL/HQMC/PP&O/MCCC/TEL: 703-571-1054/EMAIL:
NATHAN.BOYAR@USMC.MIL//
POC/MARINE CORPS OPERATIONS CENTER/HQMC/PP&O/MCOC WATCH OFFICER/TEL: 703-695-
5454/EMAIL: HQMC.MCC2@USMC.MIL//
```

POC/JUDGE ADVOCATE DIVISION/HQMC/CIVIL AND ADMINISTRATIVE LAW BRANCH/TEL: 703-614-2510/EMAIL: JCA@USMC.MIL//

POC/DRISCOLL, SEAN/CDR/HQMC/HS/DIRECTOR OF PUBLIC HEALTH/TEL: 703-604-4602/EMAIL: SEAN.DRISCOLL@USMC.MIL//

GENTEXT/REMARKS/1.  With the publication of reference (a), MARADMINs 462/21, 533/21, 612/21, 733/21, and 464/22 are hereby cancelled.  This MARADMIN provides direction for implementation of updated Secretary of Defense (SECDEF) guidance regarding the rescission of the COVID-19 vaccination requirement.

2.  Background.  On 10 January 2023, the U.S. Secretary of Defense issued updated guidance, rescinding the mandate that members of the armed forces be vaccinated against COVID-19.

3.  Execution.  Pursuant to reference (a), the Marine Corps Total Force is no longer subject to a Defense Department-wide COVID-19 vaccination mandate.

3.a.  Per reference (a), the Department will still continue to promote and encourage COVID-19 vaccination for all Service members.

3.b.  Commanders will immediately discontinue administrative separation processing of Marines solely on the grounds that they refused to receive the COVID-19 vaccine, including those with approved separation letters.

3.c.  Commanders will immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine.

3.d.  Commanders shall cease any ongoing reviews of requests by current Service members for a religious, administrative, or medical exemption from the COVID-19 vaccine mandate, or appeals of denials of such requests.

4.  Further implementation guidance will be provided via MARADMIN.

5.  This MARADMIN is applicable to the Marine Corps Total Force.

6.  This MARADMIN remains in effect until canceled.

7.  Release authorized by Lieutenant General D.J. Furness, Deputy Commandant, Plans, Policies, and Operations.//

# Oakes Decl. Ex. D

# UPDATE TO MANDATORY COVID-19 VACCINATION REQUIREMENT OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS

Date Signed: 2/28/2023 | MARADMINS Number: 109/23

MARADMINS : 109/23

```
R 272000Z FEB 23
MARADMIN 109/23
MSGID/GENADMIN/CMC WASHINGTON DC MRA//
SUBJ/UPDATE TO MANDATORY COVID-19 VACCINATION REQUIREMENT OF MARINE CORPS ACTIVE
AND RESERVE COMPONENTS//
REF/A/MSGID: MSG/CMC/DTG: 181130Z JAN 23//
REF/B/MSGID: DOC/SECDEF/YMD: 20230110//
REF/C/MSGID: DOC/SECNAV/YMD: 20230224//
REF/D/MSGID: MSG/CMC/DTG: 011400Z SEP 21//
REF/E/MSGID: MSG/CMC/DTG: 061806Z OCT 21//
REF/F/MSGID: MSG/CMC/DTG: 222100Z OCT 21//
REF/G/MSGID: MSG/CMC/DTG: 222015Z DEC 21//
REF/H/MSGID: MSG/CMC/DTG: 132100Z SEP 22//
REF/I/MSGID: DOC/SECDEF/YMD: 20210824//
REF/J/MSGID: DOC/CMC/YMD: 20140614//
REF/K/MSGID: DOC/SECNAV/YMD: 20190328//
REF/L/MSGID: DOC/SECNAV/YMD: 20190415//
REF/M/MSGID: DOC/SECNAV/YMD: 20190627//
REF/N/MSGID: DOC/SECNAV/YMD: 19971119//
REF/O/MSGID: DOC/CMC/YMD: 20210826//
REF/P/MSGID: DOC/CMC/YMD: 20190215//
NARR/REF A IS MARADMIN 025/23, RESCISSION OF COVID-19 VACCINATION REQUIREMENT.
REF B IS OSD MEMO, RESCISSION OF 24 AUG 2021 CORONAVIRUS DISEASE 2019
VACCINATION REQUIREMENT. REF C IS SECNAV MEMO, DEPARTMENT OF NAVY ACTIONS TO
IMPLEMENT CORONAVIRUS DISEASE 2019 VACCINE RESCISSION. REF D IS MARADMIN 462/21,
MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS.
REF E IS MARDADMIN 533/21, SUPPLEMENTAL GUIDANCE TO MANDATORY COVID-19
VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS. REF F IS MARADMIN
```

612/21, SUPPLEMENTAL GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE
CORPS ACTIVE AND RESERVE COMPONENTS. REF G IS MARADMIN 733/21, CHANGE 1 TO
SUPPLEMENTAL GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE CORPS
ACTIVE AND RESERVE COMPONENTS. REF H IS MARADMIN 464/21, INTERIM GUIDANCE
REGARDING MARINES REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION
REQUIREMENTS. REF I IS OSD MEMO, MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION
OF DEPARTMENT OF DEFENSE SERVICE MEMBERS. REF J IS MCO P1400.32D W/CH 1-2,
MARINE CORPS PROMOTION MANUAL, VOLUME 2, ENLISTED PROMOTIONS. REF K IS
SECNAVINST 1420.3, DEPARTMENT OF THE NAVY COMMISSIONED OFFICER PROMOTION
PROGRAM. REF L IS SECNAVINST 1412.6M, PROMOTION OF OFFICERS TO THE GRADE OF
LIEUTENANT (JUNIOR GRADE) IN THE NAVY AND TO THE GRADE OF FIRST LIEUTENANT IN
THE MARINE CORPS. REF M IS SECNAVINST 1412.11, MARINE CORPS WARRANT OFFICER
PROMOTION AND CONTINUATION AND LIMITED DUTY OFFICER CONTINUATION PROCEDURES. REF
N IS SECNAVINST 5420.193, BOARD FOR CORRECTION OF NAVAL RECORDS. REF O IS MCO
5800.16, LEGAL SUPPORT AND ADMINISTRATION MANUAL. REF P IS MCO 1900.16 W/CH 2,
MARINE CORPS SEPARATIONS MANUAL.//
POC/MANPOWER AND RESERVE AFFAIRS/HQMC/M&RA/SECRETARIAT/-/EMAIL:
DC.MRA.SECRETARIAT.OFFICE@USMC.MIL//
POC/MARINE CORPS COVID-19 CELL/HQMC/PP&O/MCCC/TEL: 703-571-1054/EMAIL:
SMB_HQMC_MCCAT@USMC.MIL//
POC/JUDGE ADVOCATE DIVISION/HQMC/MILITARY PERSONNEL LAW BRANCH/TEL: 703-693-
8404/EMAIL: JPL@USMC.MIL//
GENTEXT/REMARKS/1.  This MARADMIN supplements reference (a) and provides
implementing guidance related to rescission of the COVID-19 vaccination
requirement.
2.  Background.  On 10 January 2023, the Secretary of Defense rescinded the
requirement that members of the armed forces be vaccinated against COVID-19.
 Per ref (c), SECNAV issued additional guidance with required administrative
actions.
3.  Execution.  Pursuant to references (a), (b), and (c), the Marine Corps will
no longer require Marines to receive the COVID-19 vaccine as a matter of service
policy.
3.a.  Religious Accommodation Requests
3.a.1.  All pending requests for religious accommodation solely for the COVID-19
vaccine, or appeals of denials of such requests, will be closed without action.
3.a.2.  All pending requests for religious accommodation for the COVID-19
vaccine and another mandatory vaccine, or appeals of denials of such requests,
will be returned to the requestor with the option to (1) withdraw the request or
appeal, (2) provide additional information for consideration, or (3) continue
processing as originally submitted.
3.b.  Separations
3.b.1.  Separation authorities for enlisted administrative separations will

terminate cases for Marines who submitted a request for an administrative exemption, medical exemption, or religious accommodation with a memorandum for the record added to the Command Legal Action (CLA) module in Marine Online (MOL), citing this MARADMIN as authority. Adverse material related to the COVID-19 vaccine requirement shall not be included in the Marine's official military personnel file (OMPF). Adverse material includes, but is not limited to, formal counseling entries for refusing the vaccine, entries related to administrative processing, promotion restriction or delay for refusing the vaccine, adverse fitness report remarks related to vaccine refusal, and memorandum terminating administrative separation proceedings.  A copy of the memorandum shall be provided to the Marine.

3.b.2.  For officers who submitted a request for an administrative exemption, medical exemption, or religious accommodation, HQMC (JPL) will close the Officer Disciplinary Notebook (ODN) cases and notify the officers the cases are closed. Adverse material will not be placed in officers' OMPFs.

3.b.2.a.  Manpower Management (MM), in coordination with HQMC (JPL), will identify officers who have been held past their end of active service (EAS) date and establish new EAS dates as soon as practicable, if no other reason for personnel hold exists (i.e., other misconduct or substandard performance).

3.b.3.  Marines who are otherwise eligible may request voluntary retirement or resignation.  Active Component Marines may also request transition into the Reserve Component.

3.c.  Promotion

3.c.1.  For enlisted Marines (sergeants and below) placed in promotion restriction and who submitted a request for an administrative exemption, medical exemption, or religious accommodation, commanders shall remove the "not recommended" for promotion from the MOL Junior Enlisted Performance Evaluation System (JEPES) module and/or Marine Corps Total Force System (MCTFS).  If the Marine is otherwise qualified for promotion, commanders shall submit a remedial promotion request to CMC (MMPR-2).  Send requests to enlistedpromotions@usmc.mil with the subject line "remedial promotion request due to cancellation COVID-19 vaccine requirement."

3.c.2.  Staff noncommissioned officers (SNCOs) whose promotion has been delayed may be eligible for delivery of promotion by following the procedures in reference (j).  Commands will submit requests for delivery of promotion and include endorsements through the first general officer in the Marine's chain of command stating (1) whether the sole reason for the promotion delay was because the Marine refused to receive the COVID-19 vaccine, (2) whether the Marine submitted a request for an administrative exemption, medical exemption, or religious accommodation, and (3) whether the Marine remains fully qualified for promotion.

3.c.3.  Officers whose promotions were delayed or withheld related to the COVID-

19 vaccine will be notified by HQMC (JPL) of their opportunity to submit matters through the chain of command stating (1) whether the sole reason for the promotion delay was because the Marine refused to receive the COVID-19 vaccine, (2) whether the Marine submitted a request for an administrative exemption, medical exemption, or religious accommodation, and (3) whether the Marine remains fully qualified for promotion.  References (k) through (m) govern officer promotion processes.

3.d.  Retention

3.d.1.  Enlisted Marines who submitted a request for an administrative exemption, medical exemption, or religious accommodation are no longer restricted to a 12-month extension.

3.d.2.  Officers who have not had the opportunity to screen for career designation may request to have a new EAS date established to provide the officer the opportunity to screen on the next officer retention board.

3.e.  Assignments

3.e.1.  Marines may execute permanent change of station (PCS) and permanent change of assignment (PCA) orders, other official travel, and transfer between Reserve Component categories.

3.e.2.  Marines screened by a Marine Corps non-statutory assignment board (i.e., command screening, education selection, etc.) and selected for assignment but not able to execute PCS or PCA orders, may screen on future assignment boards as long as the Marine meets all eligibility requirements for the board.

3.f.  Record Administration

3.f.1.  DC M&RA will direct an audit to search for adverse information in the OMPFs of all currently serving members who requested religious accommodations to the COVID-19 vaccine mandate. Adverse matters will be removed as necessary.

3.f.2.  Marines who submitted requests for a medical or administrative exemption may submit written requests to DC M&RA, through their chain of command, requesting removal of adverse material from their OMPF.

3.f.3.  Separated Marines may petition the Board for Corrections of Naval Records to request removal of adverse matters.

3.f.4.  Command Individual Risk and Resiliency Assessment System (CIRRAS). Commands shall remove CIRRAS entries for Marines if related solely to the COVID-19 vaccine.

3.g.  Reaccessions

3.g.1.  Separated Marines who meet all other eligibility requirements may submit a request through a Prior Service Recruiter (PSR) to affiliate with the Reserve Component or an Active Component recruiter to access with the Active Component in accordance with the references.

3.g.2.  Prior service applicants who were separated with a reenlistment (RE) code preventing reaccession due to COVID-19 vaccine refusal, and requesting reaccession into the Reserve or Active Component, must provide documentation

that the RE code was issued solely for COVID-19.

4.  This MARADMIN is applicable to the Marine Corps Total Force.

5.  This MARADMIN remains in effect until canceled.

6.  Release authorized by Lieutenant General J. F. Glynn, Deputy Commandant for Manpower and Reserve Affairs.//