# Exhibit 6

## DECLARATION OF LTC RICHARD GRANADOS

I, LTC Richard Granados, hereby state and declare as follows:

1. I am currently employed by the U.S. Army as the Human Resources Branch Chief of the Army Reserve Careers Group (ARCG) at Fort Knox, KY. I have held this position since July 2021. Among other things, I am responsible for Personnel Actions and records keeping for all personnel assigned ARCG.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. This declaration is based on my personal knowledge as well as information made available to me in the course of my official duties.

3. MSG Gibson is a Career Counselor in the U.S. Army Reserve's Active Guard Reserve ("AGR") program. Soldiers in the AGR program, while reservists, are on active duty, that is, they work full-time for the U.S. Army. MSG Gibson is assigned to the 9th Battalion, Army Reserve Careers Group, at Camp Robinson, Arkansas.

4. MSG Gibson declined to become fully vaccinated as previously required by the Department of Defense Covid-19 vaccine mandate. He submitted both a medical exemption request and a religious accommodation request seeking to be exempted from the vaccine mandate. In accordance with Fragmentary Order 5 to Headquarters, Department of the Army Execution Order 225-21 paragraphs 3.D.8.B.1. and 3.D.8.B.4, Soldiers requesting an exemption were not required to receive the Covid-19 vaccine pending the final decision on their exemption request. MSG Gibson was therefore temporarily exempt from the requirement to be fully vaccinated while his requests were pending. Those requests were still pending at the time of the mandate's rescission. As such, MSG Gibson was never issued a General Officer Memorandum of Reprimand, nor did he receive any other adverse action for declining to become fully

vaccinated. Although he was previously flagged due to his vaccination status and had his travel restricted, since the mandate's rescission his flag has been favorably removed and his travel is no longer restricted.

***************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2023, in Fort Knox, KY.

Richard Granados
LTC, U.S. Army
HR Branch Chief, ARCG
Fort Knox, KY