IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA A. WILSON, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, *et al.,*<br><br>Defendants. | Case No. 4:22-cv-00438-ALM |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

After reviewing the briefs and related papers regarding Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, this Court GRANTS Defendants' motion to dismiss, and DISMISSES Plaintiffs' case in its entirety.