IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* | § |
| Plaintiffs, | § § |
| v. | §  Case No. 4:22-cv-438-ALM |
| LLOYD AUSTIN, III, *et al.*, | § § |
| Defendants. | § § |

**ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is Defendants' unopposed motion for leave to file a motion to dismiss exceeding by ten pages the limit set by Local Civil Rule 7 (Dkt. #44). The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that Defendants may file a motion to dismiss Plaintiffs' First Amended Complaint not to exceed 40 pages, excluding attachments.

IT IS SO ORDERED.

SIGNED this 24th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE