Pritish Vora
27758 Santa Mag. Pky
#530
Mission Viejo, CA 92691

RECEIVED
MAY - 2 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Paul Brown United States Courthouse
Clerk Of The Court
101 East Pecan St. Room 216
Sherman, TX 75090



**This envelope is only for FedEx Express® shipm**

You can help us get your package safely to its de packing your items securely. Need help? Go to fe packing tips.

Check your FedEx Express shipping document, th FedEx Service Guide or the conditions of carriage terms, conditions and limits of liability.

© 2020 FedEx 155475/155476 REV 11/20



Please recycle. See how we're responsible and resourceful

ORIGIN ID:JORA (949) 292-8359
PRITISH VORA
27758 SANTA MARG. PKWY #530
MISSION VIEJO, CA 92691
UNITED STATES US

SHIP DATE: 01MAY23
ACTWGT: 0.35 LB
CAD: 6992014/SSF02420

BILL CREDIT CARD

TO  PAUL BROWN UNITED STATES COURT
CLERK OF THE COURT
101 EAST PECAN STREET ROOM 216
SHERMAN TX 75090
(903) 892-2921   REF:
INV:
PO:   DEPT:

RECEIVED MAY - 2 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FedEx Express

E

TRK# 3977 3512 3373   TUE - 02 MAY 4:30P
0201                  STANDARD OVERNIGHT

AD SWIA                75090
                       TX-US DFW


