

**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54TH BRIGADE ENGINEER BATALLION
173rd INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                                                  23 September 2021

MEMORANDUM FOR RECORD

SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine for Mandatory Coronavirus Disease Vaccination

1.  According to the Secretary of Defense's Memorandum entitled *Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members*, dated 24AUG2021, Mandatory vaccination against COVID-19 will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance [1].

2.  The licensed vaccine [COMIRNATY (COVID-19 Vaccine, mRNA)] has the same formulation as the EUA-authorized vaccine [Pfizer-BioNTech COVID-19 Vaccine] and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are **legally distinct** with **certain differences** that do not impact safety or effectiveness [2]. Additionally, it is explicitly stated in the FDA fact sheet for the Emergency Use Authorization (EUA) of the Pfizer-BioNTech Covid-19 to prevent Coronavirus Disease 2019 (COVID-19), that the Pfizer-BioNTech COVID-19 Vaccine is **unapproved** and has been issued under EUA authority [3].

3.  In keeping within the guidance outlined by the Secretary of Defense and OPORD 21-029 (173B MANDATORY CORONAVRIUS DISEASE (COVID-19) SERVICE MEMBER (SM) VACCINATIONS), I do not volunteer for the EUA Pfizer-BioNTech COVID-19 Vaccine, and I want to be provided the FDA licensed COMIRNATY (COVID-19 Vaccine, mRNA). I am requesting a temporary administrative waiver until the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA) licensed vaccine is available in our location so that I can meet the Secretary of Defense's intent of 100% vaccination.


                                                                Steven Brown
                                                                SSG, USA
     Encls                                                      SCT Squad Leader

1. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021
2. Pfizer-BioNTech COVID-19 Vaccine EUA LOA, reissued September 22, 2021
3. Pfizer-BioNTech COVID-19 Vaccine EUA Fact Sheet for Recipients and Caregivers, Revised September 22, 2021

**Enclosure Sources**

Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members
https://media.defense.gov/2021/Aug/25/2002838826/-1/-1/0/MEMORANDUM-FOR-MANDATORY-CORONAVIRUS-DISEASE-2019-VACCINATION-OF-DEPARTMENT-OF-DEFENSE-SERVICE-MEMBERS.PDF

Pfizer-BioNTech COVID-19 Vaccine EUA LOA, reissued September 22 2021
https://www.fda.gov/media/150386/download

Pfizer-BioNTech COVID-19 Vaccine EUA Fact Sheet for Recipients and Caregivers
https://www.fda.gov/media/144414/download