

**DEPARTMENT OF THE ARMY**
**HEADQUARTERS 54ᵀᴴ BRIGADE ENGINEERING BATTALION**
**173 INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)**
**APO, AE 09605**

AESE - BG                                                            28 September 2021

MEMORANDUM FOR: Commander, 54th BEB, Brigade Engineer Battalion (Airborne)

SUBJECT: Temporary Administrative Exemption from Immunization for SSG Brown, Steven M. (DODID: 1464975043)

1. References

    a.  AR 40-562, Immunizations and Chemoprophylaxis, 29 SEP, 2006.

    b.  AR 600-20, Army Command Policy, 24 JUL 2020.

2. On 27 September 2021, I conducted an in person discussion with SSG Steven Brown regarding a temporary administrative exemption from immunization against the SARS-CoV-2 Virus (COVID-19) as he would be willing to receive Pfizer's vaccine Comirnaty but not the on hand Pfizer-BioNTech COVID-19 Vaccine as he believes this would be an unlawful order

3. Medical Counseling: SSG Brown was rational during our in clinic discussion. He was extensively counseled to make an informed decision. We discussed the following:

    a.  COVID-19 Vaccination is **NOT** gene therapy

    b.  Meta-analysis demonstrate that the morbidity and mortality will greatly outweigh any risk associated with *unexpected* side effects 10 years from now from any EUA/FDA vaccine available

    c.  The current vaccines one hand does not have the label Comirnaty on the vile however this vaccine is identical to the current Pfizer-BioNTech COVID-19 Vaccine that has been administered in our footprint. These have the **SAME** formulation

4. According to the attached memo by the assistant secretary of defense, "DoD health care providers will use both the Pfizer- BioNtech COVID-19 vaccine and the Comirnaty COVID-19 vaccine interchangeably for the purpose of vaccinating service members in accordance with the Secretary of Defense Memorandum,..."

5. Recommendation: There is no evidenced based medicine that would preclude SSG Brown from being vaccinated against COVID-19 IAW current guidelines.

6. The point of contact for this memorandum is the undersigned at 314-590-9845 or Richard.d.palomino.mil@mail.mil

*Richard D. Palomino*

PALOMI   Digitally signed
NO.RICH   by
ARD.D.13   PALOMINO.RICH
ARD.D.1377360
7736013   130
0   Date: 2021.09.28
09:27:32 +02'00'

**RICHARD D. PALOMINO**
**CPT, SP**
**Aeromedical Physician Assistant**