

**DEPARTMENT OF THE ARMY**
HEADQUARTERS
UNITED STATES ARMY SOUTHERN EUROPEAN TASK FORCE, AFRICA
APO AE 09630

NOV 0 2 2021

ARAF-CG

MEMORANDUM FOR SSG Steven M. Brown, XXX-X2-1287, D Company, 54th Brigade Engineer Battalion (Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE 09605

SUBJECT: General Officer Memorandum of Reprimand

1. You are reprimanded for disobeying a lawful order by refusing to become fully vaccinated against Coronavirus Disease 2019 (COVID-19). In response to direction by the Secretary of Defense, on 14 September 2021, the Secretary of the Army directed that Army Soldiers receive a COVID-19 vaccination. In response to this direction, you were counseled on your requirement to receive the vaccine, given an opportunity to view an educational video about the vaccine, and provided an opportunity to consult with a medical professional to discuss the vaccine and any concerns you had about being vaccinated. Subsequently, your unit commander lawfully ordered you to receive a COVID-19 vaccination and you unjustifiably disobeyed that order. Your actions are unacceptable, and adversely impact the health and readiness of the force.

2. As a Noncommissioned Officer (NCO), you are charged with the responsibility of setting the example for subordinates to emulate. You failed in that responsibility and undermined your ability to lead Soldiers by refusing to follow a lawful order that impacts your individual and unit readiness, health, and safety. Your actions fell below the standards expected of a NCO in the United States Army, and your continued refusal to become fully vaccinated may result in more serious actions being taken against you. I trust that your future duty performance will reflect the degree of professionalism expected of every NCO assigned to this command.

3. This is an administrative reprimand imposed under the provisions of Army Regulation (AR) 600-37 and not as punishment under Article 15, Uniform Code of Military Justice. Prior to making my filing decision, I will consider any matters you submit in extenuation, mitigation, or rebuttal. You will be provided, by separate cover, a copy of the evidence which forms the basis for this reprimand. You will immediately acknowledge receipt of this reprimand in writing. You will forward any matters you wish me to consider through your chain of command within 7 calendar days, using the format prescribed in AR 600-37, paragraph 3-7.

3 Encls
1. DA Form 4856 x2
2. SSG Brown's MFR dtd 29 SEP 21
3. Flag/SRB

ANDREW M. ROHLING
Major General, USA
Commanding



**DEPARTMENT OF THE ARMY**
HEADQUARTERS
UNITED STATES ARMY SOUTHERN EUROPEAN TASK FORCE, AFRICA
APO AE  09630

ARAF-CG                                                                    JAN 1 9 2022

MEMORANDUM FOR Commander, United States Army Human Resources Command, ATTN: Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky 40121-5402

SUBJECT:  Filing Determination on Reprimand

1.  I have carefully considered the enclosed reprimand of SSG Steven M. Brown, XXX-X2-1287, D Company, 54th Brigade Engineer Battalion (Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE  09605, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation or mitigation, if any, along with recommendations of subordinate commanders.

2.  I direct that this reprimand be:

[   ] Withdrawn and destroyed.

[   ] Placed temporarily in the Soldier's local unit file with all enclosures.  The reprimand will remain in this file for 18 months or until the Soldier is reassigned to another general court-martial jurisdiction, whichever is sooner.  After the expiration date, the Soldier's immediate commander can be contacted to ensure removal.

[X] Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR).  All enclosures will be forwarded with the reprimand for filing as appropriate.

3 Encls
1.  CoC Recommendations
2.  Rebuttal Matters
3.  GOMOR, dtd 2 Nov 2021

ANDREW M. ROHLING
Major General, USA
Commanding



**DEPARTMENT OF THE ARMY**
D COMPANY
54TH BRIGADE ENGINEER BATTALION (AIRBORNE)
173D INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
APO AE 09605

AESE-BGG-D

MEMORANDUM FOR Commander, Headquarters, United States Army Southern European Task Force, Africa, APO AE  09630

SUBJECT:  Acknowledgement of Receipt of Reprimand

1.  I have read and understand the reprimand, which I received on _04Nov21_.

2.  I acknowledge that I have the opportunity to respond by submitting matters in extenuation, mitigation, or rebuttal.  If I choose to submit written matters, I understand that I must submit them to my immediate commander within seven calendar days.

3.  I elect (initial):

[   ] Not to submit any matters.

[✓] To submit written matters within seven calendar days.  I understand that if I select this option, but do not submit written matters within the time prescribed, I waive my right to respond.

STEVEN M. BROWN
SSG, USA
Respondent



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵀᴴ BRIGADE ENGINEER BATALLION
173ᵈ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                          9 November 2021

MEMORANDUM FOR RECORD

SUBJECT:   Rebuttal to General Officer Letter of Reprimand (GOMOR)

1.  I have not refused to become fully vaccinated against Coronavirus Disease 2019 (COVID-19) and have continually requested the Food and Drug Administration (FDA) licensed vaccine as ordered by the Secretary of Defense (SECDEF). My counseling statements and GOMOR falsely characterize events; the FDA approved vaccine is not available in the United States and the Department of Defense (DoD) is knowingly using an Emergency Use Authorization (EUA) shot (BioNTech) in lieu of the licensed one. I have attached a timeline with substantiating documents [1] depicting how events have transpired throughout my counseling process.

2.  FRAGO 5 EXORD 225-21 deceives and circumvents servicemember rights by stating Commanders will ensure sufficient doses of "DoD approved vaccines" despite the SECDEF's order to use only FDA licensed vaccines for mandatory vaccinations. This deceptive wordplay has served as a justification for providing solely EUA vaccines. Servicemembers have the right to refuse an EUA vaccine under United States Code (USC) 10 § 1107a. **Ordering servicemembers to get vaccinated when the FDA approved vaccine is not available is unethical, immoral, and illegal.** Attempting to deceive and coerce servicemembers **undermines the Army Values, the American People, and the Constitution that we are sworn to protect**. As legally ordered by the SECDEF, I will only accept the FDA licensed vaccine, and I will not compromise my integrity nor my moral courage by surrendering to coercion and wrongful punishment.

3.  The shots are NOT "interchangeable"; "interchangeable" biologic products are governed by 42 USC § 262. The FDA's own "Purple Book" lists Comirnaty as having no bioequivalent product [2]. This shows that BioNTech is not "interchangeable" with Comirnaty as a matter of law.

4.  I joined the military to protect our freedoms and the rights of Americans and have served my country over 8 years with Duty and Honor. I ask that Major General Andrew Rohling recognizes the false characterization of my GOMOR, reconsiders its issue, and stands up for our freedoms, our rights, and the American Way of Life.

BROWN.STEVEN.
MICHAEL.14649
75043
<span>Digitally signed by<br>BROWN.STEVEN.MICHAEL.1<br>464975043<br>Date: 2021.11.09 10:22:23<br>+01'00'</span>

Encls
1. MFR GOMOR Timeline
   & Substantiating Documents
2. FDA's Purple Book Screenshot

Steven M. Brown
SSG, USA
Respondent



**DEPARTMENT OF THE ARMY**
HEADQUARTERS
173D INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
APO AE  09605

AESE-B                                                      Date: 7 Dec 21

MEMORANDUM FOR Commander, Headquarters, United States Army Southern European Task Force, Africa, APO AE  09630

SUBJECT:  Commander Recommendation on Filing Determination

1.  I have reviewed the reprimand, the circumstances of the misconduct, and all matters enclosed for SSG Steven M. Brown, D Company, 54th Brigade Engineer Battalion (Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE  09605.

2.  I recommend that you take the following action:

   [  ]  Withdraw and destroy the reprimand.

   [  ]  Place the reprimand temporarily in the Soldier's local unit file for a period of 18 months or until the Soldier is reassigned outside your GCMCA jurisdiction.

   [X]  Permanently file the reprimand in the Soldier's AMHRR.

3.  I make this recommendation for the following reasons [Required]:
   Pfizer is an FDA authorized vaccine.
   No mitigating circumstances.

MICHAEL F. KLOEPPER
COL, IN
Commanding



**DEPARTMENT OF THE ARMY**
HEADQUARTERS
54TH BRIGADE ENGINEER BATTALION (AIRBORNE)
173RD INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
APO AE  09605

AESE-BG

Date: 1 Dec 21

MEMORANDUM THRU

Commander, Headquarters, 173d Infantry Brigade Combat Team (Airborne), APO AE
    09605

FOR Commander, Headquarters, United States Army Southern European Task Force,
Africa, APO AE  09630

SUBJECT:  Commander Recommendation on Filing Determination

1.  I have reviewed the reprimand, the circumstances of the misconduct, and all matters
enclosed for SSG Steven M. Brown, D Company, 54th Brigade Engineer Battalion
(Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE  09605.

2.  I recommend that you take the following action:

    [   ]  Withdraw and destroy the reprimand.

    [   ]  Place the reprimand temporarily in the Soldier's local unit file for a period of 18
months or until the Soldier is reassigned outside your GCMCA jurisdiction.

    [JDB]  Permanently file the reprimand in the Soldier's AMHRR.

3.  I make this recommendation for the following reasons [Required]:
This is a legal order from the Secretary of Defense that must be
followed for the readiness of our organization

JEFFERSON D. BURGES
LTC, EN
Commanding


**DEPARTMENT OF THE ARMY**
DELTA COMPANY, 54TH BRIGADE ENGINEER BATTALION (AIRBORNE)
173RD INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
UNIT 31430, BOX 13
APO AE 09605-1426

AESE-BGG-D                                          Date: 01 DEC 21

MEMORANDUM THRU

Commander, Headquarters, 54th Brigade Engineer Battalion (Airborne), 173rd Infantry
    Brigade Combat Team (Airborne), APO AE  09605
Commander, Headquarters, 173d Infantry Brigade Combat Team (Airborne), APO AE
    09605

FOR Commander, Headquarters, United States Army Southern European Task Force,
Africa, APO AE  09630

SUBJECT:  Commander Recommendation on Filing Determination

1.  I have reviewed the reprimand, the circumstances of the misconduct, and all matters
enclosed for SSG Steven M. Brown, D Company, 54th Brigade Engineer Battalion
(Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE  09605.

2.  I recommend that you take the following action:

    [        ] Withdraw and destroy the reprimand.

    [ MWG ] Place the reprimand temporarily in the Soldier's local unit file for a period
of 18 months or until the Soldier is reassigned outside your GCMCA jurisdiction.

    [        ] Permanently file the reprimand in the Soldier's AMHRR.

3.  I make this recommendation for the following reasons [Required]:
SM is willing to receive properly labeled FDA licensed vaccine that is
currently unavailable. SM has requested early and often to receive administrative
delay to procure licensed vaccine (see matters).

4.  (If applicable) The Soldier did/did not participate in the Army Substance Abuse
Program (ASAP). Participation in ASAP can be characterized as:

_____
_____

MAX W. GUSTAFSON
CPT, MI
Commanding



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵗʰ BRIGADE ENGINEER BATALLION
173ʳ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                    9 November 2021

MEMORANDUM FOR RECORD

SUBJECT:   General Officer Memorandum of Reprimand (GOMOR) Supplemental
Timeline of Events & Substantiating Documents


1.  This memorandum is meant to supplement my Rebuttal to General Officer Letter
of Reprimand (GOMOR) memorandum dated 09NOV21. The following timeline
chronologically lists events that have taken place which pertain to the military's
vaccine mandate as well as my response to any orders to receive the vaccine.

2.  23AUG21 – The Food & Drug Administration (FDA) approved Full Licensure of
the Pfizer-BioNTech Vaccine Corminaty (COVID-19 Vaccine, MRNA) for individuals
16 years of age and older (*attached 1. Approval Letter – Comirnaty 23AUG21*).

3.  23AUG21 – The FDA extended the Emergency Use Authorization (EUA) for the
Pfizer-BioNTech COVID-19 Vaccine, citing the lack of available FDA approved
vaccines as one of the extension justifications (*attached 2. Pfizer Letter of
Authorization to issue with BLA approval 08.23.21*).

4.  24AUG21 – Secretary of Defense (SECDEF) Lloyd J. Austin signs the
Memorandum for Mandatory Coronavirus Disease 2019 Vaccination of Department
of Defense Service Members (*attached 3. Memorandum for Mandatory Coronavirus
Disease 2019, Vaccination of Department of Defense Service Members, August 24,
2021*).

5.  14SEP21 – Terry Adirim signs a memorandum under the Assistant SECDEF's
letterhead justifying the interchangeable use of the FDA approved Pfizer-BioNTech
Vaccine Corminaty (COVID-19 Vaccine, MRNA) with the EUA Pfizer-BioNTech
COVID-19 Vaccine for Department of Defense (DoD) vaccine administration
(*attached 4. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-
BLA*).

6.  14SEP21 – Department of the Army (DA) Washington releases FRAGO 5 to
HQDA EXORD 225-21 COVID-19 Steady State Operations, initiating phase 1 of the
implementation of mandatory vaccinations of servicemembers (*attached 5. FRAGO
5 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS*).

7.  17SEP21 – ORORD 21-029 (173D Mandatory Coronavirus Disease (COVID-19)
Service Member (SM) Vaccinations) is released by HQ, 173D IBCT(A) (*attached 6.
OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)*).

1

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

8.  20SEP21 – SSG Steven Brown (respondent) is ordered to attend a formation on 22SEP21 (later changed to 23SEP21) at Vicenza Medical Clinic (VMC) for the mandatory vaccination and is told that the approved vaccine will be there *(attached 7. Brown, Steven Signal Message 20SEP21).*

9.  23SEP21 – During the vaccination formation, SSG Brown, along with other servicemembers, had the opportunity to speak with the lead medical officer on duty. The medical officer confirmed that the vaccines on hand did not include the FDA approved vaccine. Following this, SSG Brown was ordered by 1SG Erica Plaisance (Company 1SG) and CPT Max Gustafson (Company Commander) to take the vaccine that was being provided at VMC. SSG Brown informed them that VMC did not have the FDA approved vaccines, and under United States Code (USC) 10 § 1107a, servicemembers have the right to refuse an EUA vaccine. Furthermore, SSG Brown requested support to instead receive the FDA approved vaccine that was defined by the SECDEF or a temporary waiver until the VMC could receive the FDA approved vaccine. Despite asking for support to obtain the FDA approved vaccine, SSG Brown received his first vaccine refusal counseling, was ordered to watch an educational video, and submitted his first Memorandum for Record (MFR) dated 23SEP21 *(attached 8. Brown, Steven MFR Request for FDA approved Vaccine, 23SEP21).*

10.  24SEP21 – CPT Gustafson counseled SSG Brown as part of the vaccine refusal counseling, again ordered SSG Brown to get the vaccine, and SSG Brown again stated that he wanted to be vaccinated with the FDA approved vaccine that was defined by the SECDEF. Despite his willingness to become vaccinated with the FDA approved COVID-19 Vaccine that was defined by the SECDEF, SSG Brown was counseled for vaccine refusal, and ordered to speak with the medical provider on Caserma Del Din *(attached 9. Brown, Steven MFR Request for FDA approved Vaccine, 24SEP21).*

11.  27SEP21 – SSG Brown met with CPT Palomino, the Aeromedical Physician Assistant who confirmed that the vaccine currently being provided is not the FDA approved vaccine that is defined by the SECDEF. CPT Palomino submits his MFR recounting his meeting with SSG Brown to CPT Gustafson *(attached 10. MFR from CPT Palomino 28SEP21).*

12.  28SEP21 – SSG Brown receives the final portion of his vaccine refusal counseling and is ordered to get the vaccine by Close of Business (COB) of 29SEP21 *(attached 11. Brown, Steven DA Form 4856 Vaccine Refusal Counseling).*

13.  28SEP21 – SSG Brown initiates an IG Complaint against CPT Gustafson and 1SG Plaisance for continuing to order him to receive the vaccine at VMC despite VMC not having the FDA approved vaccine *(attached 12. Brown, Steven DA Form 1559 28SEP21).*

14.  29SEP21 – SSG writes and signs his third MFR, to add context to CPT Palomino's MFR, and again requests the FDA approved vaccine, or a temporary exception until it is available *(attached 13. Brown, Steven MFR Request for FDA approved Vaccine, 29SEP21).*

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

15.  29SEP21 – CPT Gustafson counsels SSG Brown at COB and initiates a flag coded "A" for adverse action for refusing to receive the COVID-19 vaccine that has receive full licensure from the FDA, in accordance with FDA approved labeling *(attached 14. Brown, Steven DA Form 4856 Notification of flag code A initiation, 15. Brown, Steven DA Form 268 Report to Suspend Favorable Personnel Actions).*

16.  30SEP21 – SSG Brown formally withdraws his IG Complaint against CPT Max Gustafson and Erica Plaisance and files a new IG Complaint calling for the rescindment or modification of the Memorandum signed by Terry Adirim under the Assistant SECDEF letterhead *(attached 16. Brown, Steven DA Form 1559 30SEP21).*

17.  15OCT21 – Liberty Counsel files a class action lawsuit along with a motion for a temporary restraining order and injunction against the President of the United States, SECDEF, and U.S. Secretary of the Department of Homeland Security Alejandro Mayorkas, on behalf of members from five branches of the military who have been unlawfully mandated to get the COVID vaccine *(attached 17. Liberty Counsel Class Action Lawsuit, 18. Liberty Counsel Motion for Temporary Restraining Order and Preliminary Injunction).*

18.  16OCT21 – SSG Brown is told by CPT Gustafson that he must sign the memorandum that he received from Legal. SSG Brown is provided Annex LL, titled 'Vaccine Information Fact Sheet'. Annex LL is an illegally published and distributed document as it violates the FDA legal requirements of publishing a Fact Sheet that is inconsistent with the FDA Fact Sheets and missing legally required information *(attached 19. Annex LL Vaccine Information Fact Sheet, 20. Brown Steven MFR Request for FDA approved Vaccine 16OCT21).*

19.  02NOV21 - SSG Daniel Robert, US Army & SSGT Hollie Mulvihill, USMC file a motion for a preliminary injunction, citing the SECDEF's along with his DoD collaborators' illegal vaccination program and the knowingly coercion and violations of 10 U.S.C. §1107, 10 U.S.C. §1107a, and 21 U.S.C. §360bbb-3 *(attached 21. Robert, Daniel and Mulvihill, Hollie Preliminary Injunction Motion).*

20.  02NOV21 - Lieutenant Colonel (LTC) Theresa Long, MD, MPH, FS signs and files an Affidavit in support of motion for preliminary injunction as a whistleblower under the Military Whistleblower Protection Act, of 10 U.S.C. § 1034 which confirms that the FDA vaccine is still not available, states physically fit servicemembers are experiencing severe adverse reactions from the EUA vaccines and calls for an immediate pause of all COVID-19 vaccinations *(attached 22. Long, Theresa Affidavit Exh 18).*

21.  02NOV21 - MG Andrew M. Rohling signs a GOMOR for SSG Brown for refusing to become fully vaccinated against Coronavirus Disease 2019 (COVID-19) *(attached 23. Brown, Steven GOMOR 02NOV21).*

21.  04NOV21 - After returning from a BDE Exercise the day prior (Bayonet Ready), SSG Brown opens a new IG complaint to stop the distribution of Annex LL, and the rescindment or modification of EXORD 225-21 as well as all subsequent OPORDS,

3

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

including but not limited to OPORD 21-029, to allow for temporary waivers until the FDA approved vaccine is available *(attached 24 Brown, Steven DA Form 1559 04NOV21).*

22.  04NOV21 - SSG Brown meets with CPT Gustafson, 1SG Plaisance, and SGT John Nichols (BDE Legal), and is served MG Rohling's GOMOR. SSG Brown signs an acknowledgement confirming, he has read and understand the GOMOR and has 7 days to submit a rebuttal and any substantiating documents *(attached 25. Brown, Steven Acknowledgement of GOMOR 04NOV21).*

23. 09NOV21 – SSG Brown submitted his rebuttal to MG Rohling's GOMOR along with this timeline of relevant events.

BROWN.STEVEN.MICHAEL.1464975043
Digitally signed by BROWN.STEVEN.MICHAEL.1464975043
Date: 2021.11.08 21:05:46 +01'00'

Steven Brown
SSG, USA
Respondent

Encls

1. Approval Letter - Comirnaty August 23, 2021
2. Pfizer Letter of Authorization to issue with BLA approval 08.23.21
3. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021
4. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-BLA
5. FRAGO 5 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
6. OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)
7. Brown, Steven Signal Message 20SEP21
8. Brown, Steven MFR Request for FDA approved Vaccine, 23SEP21
9. Brown, Steven MFR Request for FDA approved Vaccine, 24SEP21
10. MFR from CPT Palomino 28SEP21
11. Brown, Steven DA Form 4856 Vaccine Refusal Counseling
12. Brown, Steven DA Form 1559 28SEP21
13. Brown, Steven MFR Request for FDA approved Vaccine, 29SEP21
14. Brown, Steven DA Form 4856 Notification of flag code A initiation
15. Brown, Steven DA Form 268 Report to Suspend Favorable Personnel Actions
16. Brown, Steven DA Form 1559 30SEP21
17. Liberty Counsel Class Action Lawsuit
18. Liberty Counsel Motion for Temporary Restraining Order and Preliminary Injunction
19. Annex LL Vaccine Information Fact Sheet
20. Brown Steven MFR Request for FDA approved Vaccine 16OCT21
21. Robert, Daniel and Mulvihill, Hollie Preliminary Injunction Motion
22. Long, Theresa Affidavit Exh 18
23. Brown, Steven GOMOR 02NOV21
24. Brown, Steven DA Form 1559 04NOV21
25. Brown, Steven Acknowledgement of GOMOR 04NOV21

# EXHIBIT 17



🇺🇸 An official website of the United States government  Here's how you know ⌄

Purple Book Homepage  /  Simple Search

# Purple Book
# Database of Licensed Biological Products

## Simple Search Results for: *Comirnaty*    [ NEW SEARCH ]    [ Navigate to Advanced Search ]

The Simple Search Results page for the selected product includes all biological products that share a core name (*i.e.*, biosimilar, interchangeable, reference, and related biological products).

Matching card colors indicate a biological product is biosimilar to or interchangeable with a reference product.

### Biosimilar(s) ℹ

*No biosimilar data at this time.*

### Interchangeable(s) ℹ

*No interchangeable data at this time.*

### Reference Product(s) ℹ

**Proprietary Name**
*Comirnaty*

**Proper Name**
*COVID-19 Vaccine, mRNA*

■ PRODUCT LABEL

To view a list and definitions of Product Presentation icons (e.g.,  ,  ), click here. Hover over icons to view additional information.

Grayed out Product Label links indicate that there is no product label available for the product.

**Purple Book Homepage**

About Purple Book

User Guide

FAQs

Patent List

Download Purple Book Data

FDA Archive                    Visitor Information                    FOIA



# DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army.

**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:** The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems of records notices also apply to this system.

**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Brown, Steven M. | SGT/E5 | 23 September 2021 |

| Organization | Name and Title of Counselor |
|---|---|
| Delta Company, 54th BEB, 173rd IBCT (A) | Max W. Gustafson, CPT, Company Commander |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

***COUNSELING STATEMENT FOR ENLISTED SOLDIERS DECLINING IMMUNIZATION***

On 24 August 2021, the Secretary of Defense directed the Secretary of the Army to begin full vaccination of the U.S. Army against the COVID-19 disease.

On 23 September 2021, you declined to receive the COVID-19 vaccine.

## PART III - SUMMARY OF COUNSELING
### Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

[The following is sample language for the counseling required by AR 600-20, paragraph 5-4g(2). Please note that this counseling must be tailored to the specific facts of the case. Prior to issuing this counseling, Commanders will consult with their servicing Judge Advocate].

1. The purpose of the COVID-19 vaccines is to prevent the spread of the COVID-19 disease.

2. The COVID-19 disease may be present in a possible area of operation.

3. The COVID-19 vaccines are safe and effective at preventing the COVID-19 disease and reducing the risk of severe illness and death. COVID-19 vaccines reduce the risk of people spreading the virus that causes COVID-19. While you may have side effects after your vaccination, these are normal and should go away within a few days. It typically takes 2 weeks after vaccination for the body to build protection (immunity) against the virus that causes COVID-19. You are not fully vaccinated until 2 weeks after the second dose of a 2-dose vaccine or 2 weeks after a single dose vaccine. You can learn more about the COVID-19 vaccines at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html. Additionally, you may discuss any concerns you have about receiving the vaccine with medical professionals.

4. You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance NLT 29 September 2021, subject to the availability of vaccines. This is a lawful order. Failure to obey this order may result in punitive or adverse administrative action. Voluntary immunization with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after receiving this order, constitutes compliance with this order.

5. If you believe you should be granted a medical exemption, then discuss this with your health care provider. If you have already been vaccinated, you must provide valid proof of vaccination for inclusion in your medical records. If you wish to submit an administrative exemption request under AR 40-562, including a request for a religious accommodation, you must request it through your chain-of-command. Soldiers with active pending immunization exemption requests will not be immunized so subjected to adverse action for refusal to receive the vaccine, pending the outcome of their request or any appeal of a denied request. If you continue to refuse to be immunized after final denial of your exemption request/appeal, you will be in violation of my order in paragraph 4 above. You are further advised IAW AR 600-20, Appendix P-2b(4) that noncompliance with immunization requirements may adversely impact deployability, assignment, or international travel and that exemptions may be revoked under imminent risk conditions.

I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from the service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other Than Honorable discharge. If you receive an Honorable Discharge, you may be qualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions Discharge or an Other Than Honorable Discharge, you may be disqualified from reenlisting in the service for some period and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other Than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have low regard for less than Honorable discharges.

## OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

| DA FORM 4856, JUL 2014 | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 |
|---|---|---|
| | | APD LC v1 04ES |

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below)*

*24SEP21*
*Provided*
*MFR dated*
*24SEP21*

MANDATORY VACCINATION DECLINATION:

(1) NLT 3 duty days after receipt of this counseling, the Service member will watch an educational video on the benefits of vaccination. The video is available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html. _____ (SM initial when complete) *MWb* (CDR initial when complete)

(2) NLT 3 duty days after the Service member watches the mandatory video, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4. _____ (SM initial when complete)  _____ (CDR initial when complete)

(3) If the SM continues to refuse immunization, the commander directs the Soldier to meet with a medical professional (physician, physician assistant, or nurse practitioner) to discuss the vaccine and any concerns. _____ (SM initial when complete) *MWb* (CDR initial when complete) *27SEP21*

(4) NLT 3 duty days after the Service member consults with a medical professional, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4. _____ (SM initial when complete) *MWb* (CDR initial when complete) *28 SEP21*

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [ ] I agree  [✓] disagree with the information above.

Individual counseled remarks:

*This is an illegal order*

Today I was ~~ordered~~ offered the EUA Pfizer-BioNTech Covid-19 Vaccine and ordered to take it instead of the FDA Comirnaty mRNA Vaccine. I have provided an MFR stating I would like to receive the FDA approved vaccine as outlined by SECDE

Signature of Individual Counseled: _____  Date: *23 SEP 2021*

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Leaders will ensure Service member has the opportunity to discuss any request for an administrative or medical exemption with the chain-of-command, medical, Chaplain, and/or legal professionals, as appropriate.

Signature of Counselor: _____  Date: *23 SEP 21*

PART IV - ASSESSMENT OF THE PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

Counselor:                          Individual Counseled:                          Date of Assessment:

**Note:  Both the counselor and the individual counseled should retain a record of the counseling.**

# DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:**  5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army.

**PRINCIPAL PURPOSE:**  To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:**  The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems or records notices also apply to this system.

**DISCLOSURE:**  Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Brown, Steven M. | SSG/ E6 | 20210929 |

| Organization | Name and Title of Counselor |
|---|---|
| D Co., 54th BEB (A) | Max W. Gustafson, CPT, MI, Commanding |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

Notification of flag code "A" (adverse Action) initiation

## PART III - SUMMARY OF COUNSELING
### Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

As of 20210929, you will be flagged for adverse actions for refusing to receive the COVID-19 vaccine that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and the Voluntary immunization with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements. You will remain flagged during the General Officer Memorandum of Reprimand (GOMOR) action.

I am counseling you for the conduct noted above. If this conduct continues, UCMJ action or adverse administrative action such as a General Officer Memorandum of Reprimand (GOMOR), Bar to Reenlistment, Article 15 or other action may be taken to include action to separate you from the Army. If you are involuntarily separated, you could receive an Honorable Discharge, a General (Under Honorable Conditions) Discharge, or Under Other Than Honorable Conditions Discharge. An Honorable Discharge is a separation with honor based on the quality of service, which meets the standards of acceptable conduct and performance of duty. A General Discharge is a separation under honorable conditions, based on a military record being satisfactory but not sufficiently meritorious to warrant an Honorable Discharge. A discharge Under Other Than Honorable Conditions is based upon a pattern of behavior of one or more acts or omissions that constitutes a significant departure from the conduct expected of a soldier. If you receive an Honorable Discharge, you will be qualified for most benefits resulting from military service. If you receive a General Discharge, you will be disqualified from service for some period of time and you will be ineligible for some military and VA administered benefits, including the Montgomery GI Bill. If you receive a discharge Under Other Than Honorable Conditions, you will be ineligible for further service and for most benefits, including payments of accrued leave, transitional benefits, the Montgomery GI Bill, and possibly transportation of dependents and household goods to home. You may also face difficulty in obtaining civilian employment as employers have a low regard for General and Under Other Than Honorable conditions discharges. Although there are agencies to which you may apply to have your characterization of service changed, it is unlikely that such application will be successful.

## OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**Plan of Action** (*Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below)*

You will undergo GOMOR proceedings in the near future.

You are welcome to use the Commanders Open Door Policy.

You will still continue to conduct yourself in a professional manner and maintain all standards.

**Session Closing:** (*The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.*)

Individual counseled:   ☐ I agree   ☑ disagree with the information above.

Individual counseled remarks:

I am willing to get the FDA license vaccine. I understand the Assistant Director of Defense's memo, however, her claims are illegal, immoral, and unethical as they violate our rights under 10 USC 1107a to refuse an EUA vaccine.

Signature of Individual Counseled: _____   Date: 29SEP21

**Leader Responsibilities:** (*Leader's responsibilities in implementing the plan of action.*)

Signature of Counselor: _____   Date: 29SEP21

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** (*Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.*)

Counselor: _____   Individual Counseled: _____   Date of Assessment: _____

**Note:  Both the counselor and the individual counseled should retain a record of the counseling.**

## VACCINE INFORMATION FACT SHEET
Pfizer-BioNTech Vaccine (Comirnaty) to Prevent Coronavirus Disease

The FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization (EUA).

The vaccine is:
- approved to be administered in a two-dose series, 3 weeks apart, for the prevention of COVID-19 in individuals 16 years of age and older.
- authorized under EUA to be administered to:
  o prevent COVID-19 in individuals 12 through 15 years
  o provide a third dose at least 4 weeks after the second to immunocompromised individuals 12 years of age and older.

### What is COVID-19?

COVID-19 disease is caused by a coronavirus called SARS-CoV-2. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that causes a wide range of symptoms, including fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

### What are the benefits of the vaccine?

The vaccine prevents serious disease, hospitalization and death from the SARS-CoV-2 virus. The duration of protection against COVID-19 is currently unknown.

### What should you tell your health care provider before you get the vaccine?

Provide information about all of your medical conditions, especially if you:
- have any allergies to food, medication, environmental pollutants, chemicals, plants, animals, etc.
- have had inflammation of the heart muscle (myocarditis) or the lining outside the heart (pericarditis)
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine, such as Moderna or Johnson & Johnson
- have received a vaccination against another disease within the last two weeks
- have ever experienced a side effect or injection reaction from a previous vaccination

### Will the vaccines give me COVID-19?

No. The vaccine does not contain live SARS-CoV-2 (the virus) cells and cannot give you COVID-19.

**VACCINE INFORMATION FACT SHEET**
Pfizer-BioNTech Vaccine (Comirnaty) to Prevent Coronavirus Disease

### Who should not get the vaccine?

You should not get the vaccine if you had a severe allergic reaction after a previous dose of this vaccine or have had a severe allergic reaction to any ingredient of this vaccine.

### What are the risks of the vaccine?

There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the vaccine. For this reason, it is recommended that you stay at the place where you received your vaccine for monitoring after vaccination.

Signs of a severe allergic reaction include:
- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis and pericarditis have occurred in some people within a few days following the second dose of vaccine. The chance of having this occur is very low, and the symptoms typically resolve on their own. You should seek medical attention right away if you have any of the following symptoms after receiving the vaccine:
- chest pain
- shortness of breath
- feelings of having a fast-beating, fluttering, or pounding heart

### What should I do about side effects?

- If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.
- Call the vaccination provider or your healthcare provider if you have any other side effects that bother you or do not go away.

### What if I am pregnant or breastfeeding?

If you are pregnant or breastfeeding, discuss your options about COVID-19 vaccines with your healthcare provider.



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵀᴴ BRIGADE ENGINEER BATALLION
173ᵈ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                29 September 2021

MEMORANDUM FOR RECORD

SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine for
Mandatory Coronavirus Disease Vaccination


1.  Attached is the Memorandum for Record from CPT Palomino [1], the Aeromedical
Physician Assistant I spoke to on 27SEP21 as part of my counseling process. I do
have some comments to add context to some of his statements.

2.  Regarding paragraph 3a, I did not say, nor did I suggest, that the COVID-19
Vaccine was gene therapy, nor did I suggest that vaccination modifies your DNA. As
I had explained, my question was out of sheer curiosity since I was unable to come
to a definitive conclusion through my own research. My question was whether he
could confirm that the codon optimization of the Pfizer-BioNTech COVID-19 Vaccine
was the same as that in the COMIRNATY mRNA Vaccine. I said that I had read
various trials of the BNT162b2 vaccine that incorporated different variants of the
vaccine, with variant 9 (V9) differing from variant 8 (v8) due to the presence of
optimized codons [2]. The COMIRNATY mRNA Vaccine is directly correlated to V9.
During our conversation, I mentioned that I am aware that the optimization of codons
touches upon gene therapy, and it is difficult to ascertain the long-term effects of
products using such optimization in humans. His response was that he has not read
up on the latest and great of codon optimization or corresponding nomenclature and
cannot confirm whether they are the same. He added that when it comes to
determining whether a vaccine is identical, from their medical perspective, it is based
on the ingredients and mRNA sequencing, and they do not investigate how the
codons are optimized.

3.  Regarding paragraph 3c, despite the fact that the difference in labeling is
significant in whether a product is considered an FDA approved product [2] and
using non-FDA approved labeling violates the guidance put out by the Secretary of
Defense (SECDEF) as a requirement for a mandatory vaccine [3], CPT Palomino
also claimed the vaccines are identical. This is misleading as the Fact Sheet for
Healthcare Providers Administering Vaccine for the Emergency Use Authorization
(EUA) of the Pfizer-BioNTech COVID-19 Vaccine clearly states that the products are
legally distinct with **certain differences** that do not impact safety or effectiveness [4].
If there are certain differences, it is misleading to say they are identical.

AESE-BGG-D
SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine

4.  Regarding paragraph 4, I have several issues with the Memorandum from the
Assistant Secretary of Defense [5], and I hope to utilize any professional channels
possible to make sure these issues are heard and addressed. First, the sole source
of the claims made in the memorandum is a page on the FDA website, not by any
sort of FDA approved and/or signed document or fact sheet. Second, the document
tries to cherry pick words and rearrange sentences to make statements come across
as legal. Most importantly, **FDA guidance does not supersede the United States
Code**. The document fails to mention that the products are **legally distinct** with
certain differences [4]. The document fails to mention that the EUA for the Pfizer-
BioNTech Vaccine was *reissued* two weeks before the COMIRNATY (COVID-19
Vaccine, mRNA) received FDA approval and that the Pfizer-BioNTech COVID-19
Vaccine's EUA is still active for individuals *12 and older* [4]. The document fails to
mention that, as per the referenced website, *for purposes of administration*, **doses
distributed under the EUA** are interchangeable with the licensed doses. The
document suggests that the FDA stated that the vaccine *should* uses doses under
the EUA while the referenced website says *can* use doses. Throughout every
approval document and fact sheet, the vaccines are stated as legally distinct, and
clearly state that the Pfizer-BioNTech COVID-19 Vaccine is an **unapproved
product and is authorized under an EUA**, with the latest revision being a week
ago today. As this product is legally distinct, this means that the Pfizer-BioNTech
COVID-19 Vaccine still receives authorization from Section 564 of the Federal Food,
Drug, and Cosmetic Act (FD&C), while COMIRNATY (COVID-19 Vaccine, mRNA)
does not. 10 U.S.C. § 1107a specifically applies to the administration of a product
authorized for emergency use under section 564 of the FD&C Act to members of the
armed forces. The **Assistant Secretary of Defense does not have the authority** to
waive a servicemembers right to accept or refuse an EUA vaccine. This
responsibility is that of the President, and the President alone and is only waivable in
writing [6]. This is an attempt to circumvent the law via wordsmithing and cherry-
picking. **This memo needs to be rescinded immediately** to protect the rights of our
servicemembers and to prevent coercion and wrongful punishment.

5.  My final comment regarding his response is that in paragraph 2, he stated that
the vaccine which they (the Vicenza Health Clinic) have on hand is the Pfizer-
BioNTech COIVD-19 Vaccine and later states in paragraph 3c that these vaccines
do not have the COMIRNATY label on the [vial]. This means that the order that was
given in OPORD 21-029 [7] to vaccinate all Soldiers who are not otherwise exempt
was designed to fail as there is no FDA approved vaccine available that meets
SECDEF guidance at the Vicenza Health Clinic. Furthermore, the desired end state
can be obtained only if the soldiers waive their right to refuse an EUA vaccine. **An
end state or order that's success depends on the infringement of a
servicemember's rights is immoral, unethical, and illegal.** This order needs to be
rescinded or updated to allow for administrative waivers until Vicenza Health Clinic
can receive an FDA approved vaccine that is in line with the guidance put out by the
Secretary of Defense.

AESE-BGG-D
SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine

6.  I, again, refuse to volunteer to receive the EUA Pfizer-BioNTech Covid-19 Vaccine and instead request to receive an administrative waiver until my unit receives the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA), so that I can meet the SECDEF's intent of 100% vaccination.

BROWN.STEV Digitally signed by
EN.MICHAEL. BROWN.STEVEN.MIC
1464975043 HAEL.1464975043
Date: 2021.09.29
08:35:04 +02'00'

Steven Brown
SSG, USA
SCT Squad Leader

Encls

1. MFR from CPT Palomino 28SEP21
2. August 23, 2021, Summary Basis for Regulatory Action - Comirnaty
3. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021
4. Fact Sheet for Healthcare Providers Administering Vaccine, revised 22 September 2021
5. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-BLA
6. 10 USC 1107a Emergency use products
7. OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)

# REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (Flag)

For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1.

## SECTION I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. DATE OF RANK | e. SPECIALTY/PMOSC | f. COMPONENT |
|---|---|---|---|---|---|
| Brown, Steven M. | 1464975043 | SSG | 07/01/2021 | 35P2P | RA |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. UIC | i. FLAGGED SOLDIER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|---|
| D Co, 54th BEB(A), 173rd IBCT (A), APO, AE 09605, EI | WAC8D0 | steven.m.brown249.mil@mail.mil |

| j. HR OFFICE CONTROLLING FLAGGING ACTION | k. TELEPHONE NUMBER | l. THIS ACTION IS TO: |
|---|---|---|
| | | [✓] **INITIATE A FLAG** (Sections II and IV only)<br>[ ] **REMOVE A FLAG** (Sections III and IV only) |

## SECTION II - INITIATE A FLAG

### a. NON-TRANSFERABLE FLAG

[✓] A FLAG IS INITIATED, EFFECTIVE _____20210929_____ FOR THE FOLLOWING REASON:

| | | | |
|---|---|---|---|
| [✓] Adverse Action (A) | | [ ] JAG Lack of License or Certification (O) | |
| [ ] Involuntary Separation - field initiated (B) | | [ ] Deny Auto Promotion to PV2/PFC/SPC (P) | |
| [ ] Referred OER, AER, or Relief for Cause NCOER (D) | | [ ] Lautenberg Amendment (Q) | |
| [ ] Security Violation or Loss of Security Clearance (E) | | [ ] Administratively Non-deployable for Retention (R) | |
| [ ] HQDA - Delay of Promotion or Removal from a Selection List (F) | | [ ] No Family Care Plan (S) | |
| [ ] AMEDD Lack of License or Certification (I) | | [ ] Deny Auto Promotion to 1LT/CW2 (T) | |
| [ ] Commander's Investigation (L) | | [ ] Drug Abuse (U) | |
| [ ] Law Enforcement Investigation (M) | | [ ] Alcohol Abuse (V) | |
| [ ] Reserve Components Non-compliance with 10 USC §10206 (N) | | [ ] HQDA - Involuntary Separation (W) | |

### b. TRANSFERABLE FLAG

[ ] ACFT Failure (J)        [ ] Army Body Composition Program (K)        [ ] Punishment Phase (H)
                                                                         Date Punishment Complete: _____

## SECTION III - REMOVE A FLAG

a. FLAG TO REMOVE

[ ] A FLAG (Two-Digit Flag Code) _____, WITH AN EFFECTIVE DATE OF _____ ) IS HEREBY REMOVED.

EFFECTIVE DATE OF THIS FLAG REMOVAL IS _____, FOR THE FOLLOWING REASON:

b. DISPOSITION

[ ] Final Action Favorable (C)        [ ] Final Action Unfavorable (D)        [ ] Final Action Specified (E)        [ ] Erroneous (Z)

## SECTION IV - AUTHENTICATION

| a. UNIT COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| Gustafson, Max W. | ████████ | CPT | WAC8D0 | RA |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. UNIT COMMANDER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|
| D Co, 54th BEB(A), 173rd IBCT (A)<br>APO, AE 09605 | ████████ |

| h. UNIT COMMANDER'S SIGNATURE | i. DATE |
|---|---|
| | 2as EP21 |

## SECTION V - VALIDATION (Required for any Flag over 6 months old)

| a. BN COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| | | | | |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. BN COMMANDER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|
| | |

| h. BN COMMANDER'S SIGNATURE | i. DATE |
|---|---|
| | |

**DA FORM 268, APR 2021**        PREVIOUS EDITIONS ARE OBSOLETE.        Page 1 of 2
                                                                        APD AEM v1.01ES

For Official Use Only

# ENLISTED RECORD BRIEF

| BRIEF DATE | NAME | RANK – DOR | PMOS | SSN | COMPONENT |
|---|---|---|---|---|---|
| 20210930 | BROWN, STEVEN MICHAEL | SSG   20210701 | 35P | XXX-XX-1287 | REGULAR |

## SECTION I – Assignment Information

OS/Deployment Combat Duty

| Start-End Date | CT | MO | TS | TT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20161027-20170403 | KE | 5 | 1 | 0 | #S – | 0 | | | |
| | | | | | #L – | 0 | | | |
| | | | | | | # | M | | |
| | | | | | C | 0 | 0 | | |
| | | | | | Q | 1 | 5 | | |
| | | | | | R | 0 | 0 | | |
| | | | | | TOT: 5 | | | | |

### Dwell Time

| | DEROS | 20221002 |
|---|---|---|
| Start | 20170403 | DROS |
| Month - Days | 54 Mo 22 Days | |

Date Dependents Arrived OS

| PMOS | 35P | SQI | P.L |
|---|---|---|---|
| SMOS | | PDSI/YRMO | / |
| Bonus MOS | | ASI | V3 |

Bonus Enlist Elig Dt

Promotion Points/YRMO

Prev Promotion Points/YRMO

Prom Seq#                Prom Select Dt

Promotion MOS

### ASVAB

| ASVAB | Test # / Dt | ASVAB 17   / 20130501 |
|---|---|---|
| GT | 124 | ELEC | 122 | FOOD | 121 | TECH | 125 |
| ADMIN | 128 | FA | 125 | COMMO | 124 | | |
| CMBT | 124 | MECH | 114 | MAINT | 121 | | |

Delay Separation Reason

AEA / Dt                    L /

| Flag Code | Flag Start Dt | Flag Expiration Dt |
|---|---|---|
| AA | 20210929 | |

## SECTION II – Security Data

| CLNC TS-SCI | DTPSCG 20130819 |
|---|---|
| PSIC   SSBI-T5 | DTPSIC   20130729 |
| PSII | DTPSII |

### SECTION V – Foreign Language

| Language | Read | Listen | Speak |
|---|---|---|---|
| RUSSIAN | 30-202011 | 26-202011 | 20-201905 |
| ARABIC MODN | 20-201710 | 16-201703 | |
| ARABIC SYRN | - | 16-201710 | 16-201703 |

DLAB   113

## SECTION VI – Military Education

MEL/MES   ALC/GRADUATED

| Course | ACH | Year |
|---|---|---|
| ADV LDR CRS (ALC) | | 2021 |
| COMBAT LIFE SAVERS CRS | | 2020 |
| EO LEADERS | | 2020 |
| DTMS MASTER TRNR CRS | | 2019 |
| DLI RUSSIAN | | 2019 |
| AERIAL INTEL SURV RECO | | 2017 |
| SIGINT TERM GUID BOC | | 2017 |
| ADV CELLULAR TARGETING | | 2017 |
| BASIC LEADER COURSE | CL | 2016 |
| SPC OP CBT PGM LVL 1 | | 2016 |
| AIRBORNE | | 2015 |
| COMBATIVES LEVEL 1 | | 2015 |
| LEVANTINE BAS PEP | | 2015 |

BMQ   20210718/DA FM 7801 M4A1 5.56 CARBINE OCT 20/23

Correspondence CRS Total # Hrs 357

## SECTION III – Service Data

| BASD   20130611 | PEBD   20130611 | BESD   20130611 |
|---|---|---|
| PSIC   20221104 | DIEMS 20130509 | Reenl Elig/Prohib SB |
| # Days Lost | AGCM Dt 20190610 | AGCM Elig Dt  20220610 |

| | PVT | PV2 | PFC | SPC - CPL |
|---|---|---|---|---|
| DOR | 20130611 | 20130822 | 20140611 | 20150611 |
| | SGT | SSG | SFC | MSG - 1SG |
| DOR | 20161001 | 20210701 | | |
| DOR | | SGM - CSM | | |

### SECTION VII – CIVILIAN Education

| Level Completed 2 YR COLL | | Yr |
|---|---|---|
| DESG   ASSOCIATE DEGREE | | 2019 |
| Institution   DEFENSE LANGUAGE INST, CA | Yr | |
| Discipline   AA/RUSSIAN | 2019 | |
| Institution   DEFENSE LANGUAGE INST, CA | Yr | |
| Discipline   AA/ARABIC-SYRIAN | 2015 | |

Number Of Semester Hours Completed                    144

### Technical Certification

| Course Name | Dt Certified | Dt Expires |
|---|---|---|
| | | |

## SECTION VIII – Awards and Decorations

| ACMC | 1 |
|---|---|
| ARCOM | 1 |
| AAM | 2 |
| ASCM | 2 |
| NDSM | 1 |
| GWTEM | 1 |
| GWTSM | 1 |
| ASR | 1 |
| COA | 1 |
| CAB | 1 |
| FRGHTBAD | 1 |
| MQBE-C | 1 |

## SECTION IV – Personal/Family Data

| Date of Birth 19900214 | Birthplace MA |
|---|---|
| Country of Citz  US | Sex/Race XXXX/XXXX |
| No of Dependent Adults/Children | Religion |
| 1/2 | ROMAN CATH |
| Marital Status   MARRIED | Spouse Birthplace/Citz JA/US |
| EFMP Dt | #Cmd Sponsored        0 |
| Last Phy Exam   PULHES | Physical Category |
| 20200924   111111 | |
| MRC   MRRC   Dplyble | Height/Weight |
| MRC2  IM   Y | 68/179 |
| ACFT Dt   P/F   Score   Cat | APFT Dt   P/F   Score |
| /// | 202002/PASSED/289 |

Home of Record

Mailing Address   CMR 473 BOX 1007, APO/AE, 09506-0014

Mil Spouse SSN/MPC  /

Svc Comp / DoD   /

Emergency Data Verified Date 20210805

### SECTION X - Remarks

HIV YRMO 202105

Date Last Photo

MMRB Rslts/Dt

ASCO

K3 – INSTRUCTOR VOLUNTEER
K8 – AIT PLATOON SERGEANT POSITION VOLUNTEER
P1 – SUSPENSION OF FAVORABLE PERSONNEL ACTION
V1 – RECRUITING DUTY PREFERRED

## SECTION IX – Assignment Information

| Date of Loss | Date of Last PCS | | | | Date of Last NCOER | | | |
|---|---|---|---|---|---|---|---|---|
| 20190823 | 20191002 | | | | 20201001 | | | |

| ASGT | FROM | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS | ASI | LANG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | | | |
| Current | 20201013 | | WAC8D0 | 0054 ENCO D MI CO BCT | DAL MOLIN | IT | E1 | CRYPTO LINGUIST | 35P2P | 00 | RU |
| 1st Prev | 20191021 | | WAC8D0 | 0054 ENCO D MI CO BCT | DAL MOLIN | IT | E1 | CRYPTO LINGUIST | 35P2P | 00 | FR |
| 2nd Prev | 20180329 | 18 | W1ECZC | B CO 229 MI BN | PRESIDIO | US | TC | RUSSIAN LINGUIST TRAINEE | 35P2O | 00 | YY |
| 3rd Prev | 20160617 | 30 | WHOKD0 | 010003 SFCO D SUPPORT CO | FT BRAGG | US | SP | SOT-A TEAM MEMBER | 35P2V | 00 | FR |
| 4th Prev | 20130823 | 25 | W1ECZL | 229 MI BN CO C | PRESIDIO | US | TC | ARABIC LINGUIST TRAINEE | 35P1O | 00 | YY |

Privacy Act Data In Accordance With Privacy Act of 1974
Dispose of this Properly