# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, ET AL. | § |
| | § |
| v. | § Civil Action No. 4:22cv438 |
| | § Judge Mazzant |
| LLOYD J. AUSTIN III, ET AL. | § |
| | § |

### ORDER

Before the Court is the Motion for Leave to File Amicus Curiae (Dkt. #47), filed by Pritish Vora, *pro se*. The Court finds the motion should be granted.

It is therefore ORDERED that the Motion for Leave to File Amicus Curiae (Dkt. #47) is GRANTED, and the Amicus Curiae Brief in Support of Plaintiffs' First Amended Complaint and in Opposition/Response to Defendants' Motion to Dismiss (Dkt. #48) is deemed filed.

**IT IS SO ORDERED.**

SIGNED this 22nd day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE