## UNCLAS CUI

PAGE 1 OF 8

# HQDA EXORD 225-21 (FRAGO 35) COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC
**DTG:** 300101Z Dec 22
**Prec:** Priority
**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT
**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

```
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703-692-2804
```

SUBJECT: (CUI) FRAGO 35 HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/SSS// NO CHANGE.
REF//TTT/ (U) [ADD] FRAGO 34 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS, DTG 282124Z OCT 22//

1. (U) SITUATION.

1.A. THROUGH 1.Q. NO CHANGE.

1.R. (CUI) [ADD] THE JAMES M. INHOFE NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2023 (NDAA), ENACTED ON 23 DEC 2022, REQUIRES THAT THE DEPARTMENT OF DEFENSE RESCIND THE COVID-19 VACCINATION ORDER (ANNEX FF) NOT LATER THAN 30
DAYS AFTER THE DATE OF ENACTMENT. THE DEPARTMENT OF DEFENSE IS REVIEWING ITS COMPREHENSIVE APPROACH TO PROTECT THE HEALTH AND READINESS OF THE MILITARY AND CIVILIAN WORKFORCE. COMMANDS WILL IMMEDIATELY SUSPEND PROCESSING AND INITIATING

## UNCLAS CUI

## UNCLAS CUI

PAGE 2 OF 8

INVOLUNTARY ENLISTED SEPARATION AND OFFICER ELIMINATION ACTIONS THAT
ARE BASED SOLELY ON A SOLDIER'S REFUSAL TO COMPLY WITH THE DOD
COVID-19 VACCINATION ORDER. COMMANDS WILL CONTINUE TO ADHERE TO OTHER
PREVIOUSLY PUBLISHED POLICIES
REGARDING THE ARMY'S RESPONSE TO COVID-19 PENDING FURTHER GUIDANCE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.8. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.L. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.L. NO CHANGE.

3.C.2.M. THROUGH 3.C.2.M.3. [RESCIND]

3.C.2.N. THROUGH 3.C.2.Q.1. NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL
UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.L. NO CHANGE.

3.C.3.M. THROUGH 3.C.3.M.3 [RESCIND]

3.C.3.N. THROUGH 3.C.33.A.1. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.27.J. NO CHANGE.

3.D.28. (CUI) [ADD] COMMANDERS WILL IMMEDIATELY SUSPEND THE
PROCESSING AND INITIATION OF ANY INVOLUNTARY ENLISTED SEPARATION OR
OFFICER ELIMINATION ACTIONS BASED SOLELY ON A SOLDIER'S REFUSAL TO
COMPLY WITH THE DOD COVID-19 VACCINATION
ORDER. COMMANDERS WILL NOT TAKE ANY FINAL ACTIONS ON INVOLUNTARY
SEPARATIONS ALREADY IN PROGRESS PENDING ADDITIONAL GUIDANCE. FOR
THOSE OFFICER ELIMINATIONS ALREADY IN PROGRESS, GENERAL OFFICER SHOW
CAUSE AUTHORITIES WILL SUSPEND
FORWARDING THE ACTIONS TO THE COMMANDING GENERAL, HUMAN RESOURCES
COMMAND. THE UNITED STATES MILITARY ACADEMY AND U.S. ARMY CADET
COMMAND WILL SUSPEND CADET SEPARATION AND DISENROLLMENT PROCEEDINGS
IAW APPLICABLE REGULATIONS AND
POLICIES.

3.D.28.A. (CUI) [ADD] FOR SEPARATION OR ELIMINATION ACTIONS
(INCLUDING FOR SOLDIERS ON TRANSITION LEAVE) WHERE THE SEPARATION
AUTHORITY HAS ALREADY DIRECTED SEPARATION AND SEPARATION ORDERS HAVE
BEEN ISSUED, SEPARATION AUTHORITIES WILL

## UNCLAS CUI

**UNCLAS CUI**

PAGE 3 OF 8

IMMEDIATELY TAKE ACTION TO REVOKE THE SEPARATION ORDERS AND DD 214
(IF ISSUED PRIOR TO THE SEPARATION DATE ON THE DD 214). COMMANDERS
WILL NOTIFY SOLDIERS AND OFFICERS ON TRANSITION LEAVE OF THEIR
ABILITY TO REQUEST VOLUNTARY EXCESS
LEAVE IN ORDER TO AVOID ANY HARDSHIP ASSOCIATED WITH A RETURN TO DUTY
OR REVOCATION OF SEPARATION ORDERS. SOLDIERS WILL USE THE PROCEDURES
FOUND IN AR 600-8-10, PARAS. 5-8 AND 6-3 TO REQUEST EXCESS LEAVE.

3.D.28.B. (CUI) [ADD] ENLISTED SOLDIERS ALREADY PENDING INVOLUNTARY
SEPARATION MAY SUBMIT A REQUEST TO VOLUNTARILY SEPARATE IAW AR
635-200, CHAPTER 15. SUCH REQUESTS WILL BE FORWARDED TO THE ASSISTANT
SECRETARY OF THE ARMY (MANPOWER
AND RESERVE AFFAIRS). PURSUANT TO AR 635-200, PARA. 15-2B, THE
COMMAND WILL INCLUDE THEIR RECOMMENDATIONS PRIOR TO FORWARDING THE
ACTION. OFFICERS ALREADY PENDING AN ELIMINATION ACTION MAY SUBMIT AN
UNQUALIFIED RESIGNATION PURSUANT TO
AR 600-8-24. THE REQUEST FOR VOLUNTARY SEPARATION/UNQUALIFIED
RESIGNATION SHOULD STATE THE BASIS OF THE REQUEST, INCLUDING ANY
UNUSUAL CIRCUMSTANCES OR HARDSHIPS CAUSED BY SUSPENSION OF PENDING
INVOLUNTARY SEPARATION (SOLDIER HAS
SHIPPED HHGS, MOVED FAMILY MEMBERS IN ANTICIPATION OF SEPARATION,
SECURED CIVILIAN EMPLOYMENT, ETC.). THIS PARAGRAPH ALSO APPLIES TO
SOLDIERS AND OFFICERS ON TRANSITION LEAVE.

3.D.28.C. (CUI) [ADD] DCS, G-1 AND US ARMY HUMAN RESOURCES COMMAND
WILL IMMEDIATELY TAKE ACTION TO ENSURE THAT NO SOLDIER IS CONSIDERED
FOR SEPARATION BY THE QUALITATIVE MANAGEMENT PROGRAM BOARD BASED
SOLELY ON REFUSAL TO COMPLY WITH
THE DOD COVID-19 VACCINATION ORDER UNTIL FURTHER GUIDANCE IS
PUBLISHED.

3.D.29. (CUI) [ADD] THE FY2023 NDAA DOES NOT ADDRESS THE SECRETARY OF
DEFENSE'S DIRECTIVE REGARDING COVID-19 VACCINATION FOR MEMBERS OF THE
NATIONAL GUARD AND READY RESERVE (ANNEX AAAA). COMMANDS WILL CONTINUE
TO ADHERE TO ANNEX AAAA
AND TO PARAGRAPHS 3.D.21-3.D.23 UNLESS AND UNTIL ANNEX AAAA IS
SUPERSEDED OR RESCINDED BY THE SECRETARY OF DEFENSE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF
CONTACT (POC). HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

5.B.1.A. (CUI) G-1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,
(703) 697-4246.

5.B.1.B. (CUI) G-2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695-1394.

5.B.1.C. (CUI) G-4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693-6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC-E LABORATORY CONSULTANT,

**UNCLAS CUI**

## UNCLAS CUI

PAGE 4 OF 8

MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590-8178.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681-3017 OR COL BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681-2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436-4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE, BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545-7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614-4281.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN, MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607-5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY, CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806-7790 OR LTC ROBERT KURTTS, ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614-5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN MAHONEY, KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681-4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-CIVILIAN PERSONNEL (DASA-CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: USARMY.BELVOIR.HQDA-OAA.MBX.ARMY-HQDA-CONFERENCES-INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POC IS COL JONATHAN ALLEN, JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614-3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-MILITARY PERSONNEL (DASA-MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL, (703) 697-4665, AND MS. FRANCES RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693-1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGESCORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

## UNCLAS CUI

## UNCLAS CUI

PAGE 5 OF 8

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONPAGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENTS:
ANNEX A - [RESCINDED]
ANNEX B - [RESCINDED]
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - [RESCINDED]
ANNEX F - [RESCINDED]
ANNEX G - [RESCINDED]
ANNEX H - [RESCINDED]
ANNEX I - [RESCINDED]
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH 2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS," 03 JUNE 2021.
ANNEX S - [RESCINDED]
ANNEX T - [RESCINDED]
ANNEX U - SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07 MAY 2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z - [RESCINDED]
ANNEX AA - [RESCINDED]
ANNEX BB - [RESCINDED]
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.

## UNCLAS CUI

ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, "(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - SECRETARY OF DEFENSE MEMORANDUM, "MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS", 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, "PFIZER LICENSE AND SHELF-LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, "UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454, "ADDITIONAL DOSE OF COVID-19 VACCINE FOR IMMUNOCOMPROMISED PERSONS," 13 AUGUST 2021.
ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS) MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET.
ANNEX MM - [RESCINDED]
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24 SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER 2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED 10 NOVEMBER 2021.
ANNEX EEE - [RESCINDED]
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER

**UNCLAS CUI**

2021.
ANNEX GGG - [RESCINDED]
ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION, OCTOBER 2021.
ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK - [RESCINDED].
ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION
ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF UNVACCINATED PERSONNEL."
ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR EMPLOYEE PURCHASED COVID-19 SELF-TESTS."
ANNEX VVV - SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS.
ANNEX WWW - PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS - VERSION 2.
ANNEX XXX - SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS.
ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19 VACCINATION ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ - SOLDIER COVID-19 VACCINATION REFUSALS, GOMORS, AND RELIEF FROM DUTY REPORT.
ANNEX AAAA - SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY RESERVE," 30 NOVEMBER 2021.
ANNEX BBBB - COVID-19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: ACKNOWLEDGEMENT OF RECEIPT OF
REQUEST FOR EXEMPTION FROM THE COVID-19 VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
ANNEX DDDD - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

## UNCLAS CUI

PAGE 8 OF 8

AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE ORDER, MANDATORY
CORONAVIRUS 19(COVID-19) TESTING."
ANNEX EEEE - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: COUNSELING AND EDUCATION
PERIOD NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX FFFF - [RESCINDED]
ANNEX GGGG - [RESCINDED]
ANNEX HHHH - ARMY COVID-19 VACCINATION EXEMPTION REPORT.
ANNEX IIII - USMA CADET COVID-19 VACCINATION STATUS REPORT.
ANNEX JJJJ - IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION REQUESTS.
ANNEX KKKK - IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION REQUESTS.
ANNEX LLLL - [RESCINDED]
ANNEX MMMM - SECRETARY OF THE ARMY DIRECTIVE 2022-02 (PERSONNEL ACTIONS FOR ACTIVE-DUTY SOLDIERS WHO REFUSE THE COVID-19 VACCINATION ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31 JANUARY 2022.
ANNEX NNNN - ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND ACTIVE-DUTY SOLDIERS WHO REFUSE THE COVID-19 VACCINATION ORDER," 2 FEBRUARY 2022.
ANNEX OOOO - [RESCINDED]
ANNEX PPPP - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS) MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019 VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ - [RESCINDED]
ANNEX RRRR - [RESCINDED]
ANNEX SSSS - SOLDIER COVID-19 ADMINISTRATIVE ACTION QUICK REFERENCE CARD.
ANNEX TTTT - DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU - DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE, 25 MAY 2022.
ANNEX VVVV - [RESCINDED]
ANNEX WWWW - ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND SPIKEVAX COVID-19 VACCINES, 03 MAY 22.
ANNEX XXXX - CLARIFICATION OF THE SECRETARY OF DEFENSE MEMORANDUM ON THE CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY RESERVE, 07 JUNE 2022.
ANNEX YYYY- INFORMATION REGARDING AVAILABLE COVID-19 VACCINE OPTIONS.
ANNEX ZZZZ- UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX VACCINE REPORT.
ANNEX AAAAA- INFORMATION PAPER ON THE NOVAVAX COVID-19 VACCINE FOR MEDICAL PROVIDERS.
ANNEX BBBBB - MMQC-22-1365-NOVAVAX.
ANNEX CCCCC - COVID-19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD - CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE - REVISION 3.
ANNEX EEEEE - ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF - COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG - MMQC-22-1463 BIVALENT BOOSTERS.
ANNEX HHHHH - IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII - UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON OFFICIAL TRAVEL DATED, 17 OCT 2022.
ANNEX JJJJJ - UPDATED GUIDANCE ON OFFICIAL TRAVEL MATRIX.
ANNEX KKKKK - SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.

## UNCLAS CUI