IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, *et al* | § |
|    Plaintiffs, | § |
| | § |
| v. | § Case No. 4:22-cv-438-ALM |
| LLOYD AUSTIN, III, *et al.*, | § |
|    Defendants. | § |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the decision in Crocker v. Austin, No. 5:22-cv-757-SMH-MLH (W.D. La. June 22, 2023) (attached as Ex. 1). In that case, members of the Air Force challenged the Air Force's COVID-19 vaccination requirement and brought claims under the Religious Freedom Restoration Act and the First Amendment. Id. at *1. After briefing from the parties on mootness, the court found the case was moot in its entirety and dismissed the case for lack of jurisdiction. Id. at *18. This opinion provides additional authority in support of Defendants' motion to dismiss, ECF No. 45.

Dated: June 23, 2023              Respectfully submitted

                                                      BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

                                                    ANTHONY J. COPPOLINO
                                                    Deputy Director

                                                    /s/ *Zachary A. Avallone*
                                                    ZACHARY A. AVALLONE (DC Bar No. 1023361)
                                                    JODY D. LOWENSTEIN
                                                    Trial Attorneys

        United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-2705
E-mail: zachary.a.avallone@usdoj.gov

DAMIEN DIGGS
United States Attorney

JAMES GILLINGMAN
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street, Suite 700
Tyler, Texas 75702

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of June, 2023, the Motion was e-filed using the CM/ECF system.

*/s/ Zachary A. Avallone*
Zachary A. Avallone