IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA A. WILSON, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00438-ALM |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the Fourth Circuit's recent decision in *Alvarado v. Austin*, No. 23-1419 (4th Cir. Aug. 3, 2023) (attached as Ex. 1).

In that case, military chaplains serving in the Army, Air Force, and Navy challenged the military's COVID-19 vaccination requirement, bringing claims under the Religious Freedom Restoration Act, the First Amendment, and other authorities. The district court previously had denied the plaintiffs' motion for a preliminary injunction and dismissed the case as non-justiciable. *See Alvarado v. Austin*, No. 1:22-cv-876, 2022 WL 18587373, at *4–10 (E.D. Va. Nov. 23, 2022). On appeal, and after briefing from the parties on mootness, the Fourth Circuit found that the case was moot in its entirety, vacated the district court's prior orders, and remanded the case with instructions for the district court to dismiss the case as moot. *See* Ex. 1 at 2.

The Fourth Circuit's order provides additional authority in support of Defendants' motion to dismiss, ECF No. 45.

Dated: August 4, 2023            Respectfully submitted,

                                 BRIAN M. BOYNTON
                                 Principal Deputy Assistant Attorney General

                                 ALEXANDER K. HAAS
                                 Director, Federal Programs Branch

1

JOSHUA E. GARDNER
Special Counsel

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
ZACHARY A. AVALLONE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice