IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA A. WILSON, *et al.,*<br><br>      Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, *et al.*,<br><br>      Defendants. | Case No. 4:22-cv-00438-ALM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the U.S. District Court for the Northern District of Texas's recent decision in *Jackson v. Mayorkas*, No. 4:22-cv-825 (N.D. Tex. Aug. 17, 2023) (attached as Ex. 1).

In that case, members of the Coast Guard challenged the Coast Guard's COVID-19 vaccination requirement, bringing claims under the Administrative Procedure Act, the Religious Freedom Restoration Act, and the First Amendment. Following the Coast Guard's rescission of that vaccination requirement, the defendants moved to dismiss the case as moot. In a reasoned opinion, the district court granted the defendants' motion, dismissed the entire case as moot, and denied the plaintiffs leave to amend.

The opinion in *Jackson* provides additional authority in support of Defendants' motion to dismiss, ECF No. 45.

Dated: August 21, 2023         Respectfully submitted,

                                BRIAN M. BOYNTON
                                Principal Deputy Assistant Attorney General

                                ALEXANDER K. HAAS
                                Director, Federal Programs Branch

                                JOSHUA E. GARDNER

Special Counsel

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
ZACHARY A. AVALLONE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice
