# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOSHUA A. WILSON, et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | Civil Action No. 4:22-CV-438 |
| v. § | Judge Mazzant |
| § | |
| LLOYD AUSTIN, III, et al., § | |
| § | |
| *Defendants.* § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date, in which the Court **GRANTED** Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. #45), it is **CONSIDERED, ORDERED, and ADJUDGED** that the case is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

SIGNED this 1st day of September, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE