

**FILED**
MAR 2 5 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Pritish Vora
27758 Via Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359
Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, et. al., <br>     Plaintiffs, <br> vs. <br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., <br>     Defendants. | Case No.: 4:22-cv-00438-ALM <br> **MOTION FOR LEAVE TO FILE AMICUS CURIAE** <br><br> **Hon. Judge Amos L. Mazzant** |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file an informational brief in the above referenced matter in support of the Plaintiffs' pending motion for reconsideration (ECF 61). Amicus intends to provide factual references that warrant judicial notice, to provide facts that may escape the Court's consideration, and to supplement the diligent efforts of counsel. Amicus states as follows:

1. "The classic role of the amicus curiae is to assist in a case of general

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

*public interest, supplement the efforts of counsel, and draw the Court's attention to law or facts that may otherwise escape consideration."* See <u>Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.</u>, 694 F.2d 203, 204 (9th Cir. 1982).

2. Amicus sought leave and received permission from this Honorable Court to file as Amicus Curiae in support of the Plaintiffs' motion for a preliminary injunction, and for leave to file as Amicus Curiae in support of the Plaintiffs' FAC. (See ECF 25, ORDER granting [18] leave to file Amicus Curiae and ECF 51, ORDER granting [47] leave to file Amicus Curiae, respectively).

3. Amicus intends to save the parties (and the Court) vast judicial resources by filing a ten-page brief with one exhibit that shall address the following:

    a.    The 5th Circuit decision in <u>Apter v. FDA</u>.

    b.    The 5th Circuit case law that supports this Court to retain its jurisdiction over the unresolved claims.

    c.    Defendant HHS updating the website of its subsidiary in September 2023 showing NO Covid-19 licensed vaccines have been developed "to date."

    d.    A Congressional inquiry into Vaccine Safety Systems airing on C-SPAN in February 2024 discussing the differences between the CICP versus the NVICP regarding filed claims.

    e.    The importance of having a ruling on the merits of the claim.

4. This information will be useful to support the Plaintiffs' request for reconsideration; This information is likely to have an influence on or affect the outcome of a claim or defense; This information deserves to be considered in the preparation, evaluation, or trial of a claim or defense; and this information that reasonable and competent counsel would consider reasonably necessary to prepare, evaluate, or try a claim or defense.

5. This case is still of great national importance, and in the public interest. The Court has not made a final determination on the pending motion for reconsideration, and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

WHEREFORE, Amicus respectfully requests that the Court GRANT leave to file the Amicus Curiae brief, attached contemporaneously with this motion for leave.

Respectfully submitted on this day of __MARCH 22, 2024__

By: _____/s/ Pritish Vora_____

Pritish Vora, Amicus Curiae, Pro Se

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I, Pritish Vora, Amicus Curiae, hereby certify that I sought concurrence with counsel for the respective parties via e-mail prior to filing this motion for leave. I received a response from the parties as follows: Plaintiffs' counsel: <u>unopposed</u>. Defendants' counsel: <u>unopposed</u>.

A proposed ORDER is attached pursuant to CV-7(a).

Respectfully submitted by:

*/s/ Pritish Vora*

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the motion for leave to the Clerk of the Court via FedEx on March 22, 2024, and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Respectfully submitted by:

*/s/ Pritish Vora*

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

Page **4** of **5**

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Attorneys for the Plaintiffs:

| | |
|---|---|
| Brandon Johnson, Esq. | Dale Saran, Esq. |
| DC Bar No. 491370 | MA Bar #654781 |
| Defending The Republic | 19744 W 116th Terrace |
| 2911 Turtle Creek Blvd., Suite 300 | Olathe, KS 66061 |
| Dallas, TX 75219 | Tel: (480) 466-0369 |
| Tel: (214) 707-1775 | dalesaran@gmail.com |
| bcj@defendingtherepublic.org | |

Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
Tel: (512) 302-1103 ext. 115
jward@garloward.com

Attorney for the Defendants:

Jody D. Lowenstein
Mont. Bar. No. 55816869
Trial Attorney
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-9280
jody.d.lowenstein@usdoj.gov

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF