# Exhibit A

# HRSA.gov Document

**Health Resources & Services Administration**

**Call or Text the Maternal Mental Health Hotline**

MENU

Home » Countermeasures Injury Compensation Program (CICP) »
Comparison of Countermeasures Injury Compensation Program (CICP) to the National Vaccine Injury Compensation Program (VICP)

**CICP Home**

- Covered Countermeasures
- Who Can File for Benefits?
- CICP Filing Process
- Types of CICP Benefits
- Criteria to Demonstrate that a Covered Injury Occurred
- CICP Data
- Frequently Asked Questions (FAQs)
- **CICP/VICP Comparison**
- CICP Resources

# Comparison of Countermeasures Injury Compensation Program (CICP) to the National Vaccine Injury Compensation Program (VICP)

| Program Categories | CICP | VICP |
|---|---|---|
| Program Authorization | Public Readiness and Emergency Preparedness Act (PREP Act) (42 U.S.C. §§ 247d-6d, 247d-6e) | National Childhood Vaccine Injury Act of 1986, as amended (42 U.S.C. § 300aa-10, et seq.) |
| Filing Deadlines | • One (1) year filing | • Injury claim fil... |

| Program Categories | CICP | VICP |
|---|---|---|
| | deadline<br>• Filing deadline when a countermeasures injury table is developed or changed | deadline<br>• Death claim filing deadline<br>• Filing deadline when changes are made to the Vaccine Injury Table |
| Products Covered | Covered countermeasures are identified by the Secretary of the Department of Health and Human Services (HHS) in declarations published under the PREP Act.<br><br>Covered Countermeasures | Vaccines recommended for routine administration to children and/or pregnant women by the Centers for Disease Control and Prevention, subject to a Federal excise tax, and added to the Vaccine Injury Table by the Secretary of HHS.<br>Covered Vaccines |
| Process for Adding Covered Vaccines/ Countermeasures | Covered countermeasures are identified by the Secretary of HHS in declarations published under the PREP Act. | For a category of vaccines to be covered by the VICP, the category of vaccines must be recommended for routine administration to children and/or pregnant women by the Centers for Disease Control and Prevention, subject to an excise tax by federal law, and added to the Vacci~ Injury Table by th~ Secretary of Health ~..~ |

| Program Categories | CICP | VICP |
|---|---|---|
| | | Human Services. This has not been done for any U.S. licensed COVID-19 vaccines, which have not been developed to date. |
| Type of Injury Covered | • Serious physical injuries<br>• Deaths | • Injuries with effects lasting for more than 6 months after the vaccine was given or resulted in inpatient hospitalization **and** surgery, or<br>• Deaths |
| Benefits Available | Types of Benefits | Types of Compensation |
| Payment of Legal Fees and Costs | Attorneys' fees and costs are not paid by the program. | Attorneys' fees and costs may be available if certain requirements are met (petition filed in good faith and on a reasonable basis) |
| Persons who can file Requests/ Petitions | Types of Eligible Requesters | Who Can File a Petition? |
| Process for Filing a Request/ Petition | File the Request Form and documentation with the Secretary of HHS. | File petition and documentation with the U.S. Court of Federal Claims and the Secretary of HHS. |
| Process for Resolving Requests/ | Administrative Process | Judicial Process |

| Program Categories | CICP | VICP |
|---|---|---|
| Petitions | | |
| Covered Injury Determinations | HHS makes decision. Criteria to Demonstrate that a Covered Injury Occurred | Special Masters (or judges) of U.S. of Court of Federal Claims make decision. Criteria to be Found Eligible to Receive Compensation |
| Appeal Rights | One-step administrative reconsideration possible. No judicial appeal permitted. | Judicial appeal by either party to higher courts possible. |
| Program Funding | Appropriated Funds | Vaccine Injury Compensation Trust Fund funded through excise taxes on covered vaccines. Congress annually appropriates funding from the Trust Fund to the Health Resources and Services Administration (HRSA), Department of Justice, and U.S. Court of Federal Claims to pay their expenses to administer the VICP and to HRSA to compensate VICP claims. |

## CICP Resources

What is: Countermeasures Injury

## Who Should I Contact If I Have Questions?

Compensation Program

CICP Fact Sheet (PDF - 127 KB)

Hoja informativa de CICP (PDF - 132 KB)

Countermeasure Injury Tables

- Smallpox Countermeasures Injury Table
- Smallpox Countermeasures Injury Table Final Rule
- Pandemic Influenza Countermeasure Injury Table (XML - 18 KB)
- Pandemic Influenza Countermeasure Injury Table Final Rule (PDF - 237 KB)

National Vaccine Injury Compensation Program

Coronavirus (COVID-19)

Pandemic Influenza

Defense Health Agency Immunization Healthcare Branch (DHA-IHB)

Health Resources and Services Administration
Countermeasures Injury Compensation Program
5600 Fishers Lane, Room 8W-25A
Rockville, MD 20857

cicp@hrsa.gov
1-855-266-2427 (1-855-266-CICP)

**For your security, please do not send any personal information (Social Security Number, medical, legal, or financial documents, etc.) by email to the Program.**

Please call the above number and you will receive information on sending emails safely and securely.

**Date Last Reviewed:** September 2023

Return to top

Sign up for email updates.    Subscribe

## Find a Medically Underserved Area

**Search the data**

Bureaus & Offices

Budget

Strategic Plan

Working at HRSA

About HRSA

Contact Us

Accessibility | Disclaimers | Freedom of Information Act | Health and Human Services | No FEAR Act | Privacy Policy | USA.gov |

Viewers & Players | Vulnerability Disclosure Policy | WhiteHouse.gov

## Language Assistance

| Deutsch | English | Español | Français |
| Italiano | Kreyòl Ayisyen | Polski | Português |
| Tagalog | Tiếng Việt | Русский | العربية |
| فارسی | 日本語 | 繁體中文 | 한국어 |