UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., <br><br> Defendants. | Case No.: 4:22-cv-00438-ALM <br><br> **[PROPOSED] ORDER** |

**ORDER GRANTING MOTION FOR LEAVE**

Pritish Vora, by way of Pro Se, having duly moved for leave of Court for the purpose of filing a brief supporting Plaintiffs' motion for reconsideration, and having reviewed and considered the UNOPPOSED MOTION FOR LEAVE to file an Amicus Curiae brief, it is hereby

**ORDERED** that the MOTION FOR LEAVE is **GRANTED**.