Pritish Vora
27758 Via Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
Amicus Curiae, Pro Se



FILED
APR 03 2024
Clerk, U.S. District Court
Texas Eastern

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, et. al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00438-ALM<br><br>**UPDATED NOTICE OF CORRECTION TO AMICUS CURIAE BRIEF**<br><br>**Hon. Judge Amos L. Mazzant** |

COMES NOW, Pritish Vora, Amicus Curiae, ("Amicus") by way of Pro Se, files with the Honorable Court his NOTICE OF CORRECTION to his Amicus Curiae Brief in support of the Plaintiffs' motion for reconsideration. (See Dkt. # 65-1). Amicus states as follows:

　　1.　Amicus sent a MOTION FOR LEAVE, Amicus Curiae brief with Exhibit A and PROPOSED ORDER to the Clerk of the Court (sent via FedEx on

NOTICE OF CORRECTION TO AMICUS CURIAE BRIEF

March 22nd, 2024, and received by the Clerk of the Court on March 25th, 2024). (See Dkt. # 65, 65-1, 65-2, and 65-3, respectively).

2. On page 4 of the brief, Amicus wrote, in referencing the 5th Circuit decision in <u>Apter v. HHS</u>, "Although <u>Apter</u> is still in litigation in the Southern District on the standalone claim for *ultra vires*…". (See Dkt. # 65-1 at 4:8-9).

3. On March 21st, 2024, one day *prior* to Amicus sending his brief, the Parties in <u>Apter</u> filed a STIPULATION OF DISMISSAL which resolved the pending claim.

4. On March 22nd, 2024, the *same day* that Amicus sent his brief via FedEx, the Hon. Jeffrey V. Brown in the Southern District signed a STIPULATED DISMISSAL and ORDERED all claims DISMISSED WITH PREJUDICE.

5. This was an oversight on the part of Amicus, who checked for an update on Courtlistener.com *after* his brief hit the docket.[1] As such, Amicus stated (incorrectly) that the <u>Apter</u> case was *"still in litigation"* when in fact the parties had settled the prior day. Amicus stands by the remainder of his brief.

6. On March 26, 2024, Amicus sent an e-mail to both parties' counsel regarding his intention to file a NOTICE with the Court. Plaintiffs' counsel responded on same day with *"no objection"* and Amicus received an auto-

---

[1] https://www.courtlistener.com/docket/63355276/apter-v-department-of-health-and-human-services/ (last visited March 26, 2024).

NOTICE OF CORRECTION TO AMICUS CURIAE BRIEF

generated reply from defense that counsel was traveling until March 29. However, on March 27 Defendants' counsel <u>did</u> reply manually as *"unopposed"* (which Amicus saw on the 28th), hence Amicus should not have sent his first NOTICE until he heard back from BOTH parties for the sake of equity.

7.  Amicus apologizes to counsel for the parties, the Clerk, and to the Hon. Judge Mazzant for sending duplicate notices, and for any inconvenience regarding this oversight by Amicus.

Respectfully submitted on this day of ___MARCH 28, 2024___

By: ___/s/ Pritish Vora___
Pritish Vora, Amicus Curiae, Pro Se

### CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the NOTICE OF CORRECTION to the Clerk of the Court via USPS Priority Mail on March 28, 2024, and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Respectfully submitted by:
___/s/ Pritish Vora___
Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

Attorneys for the Plaintiffs:

| | |
|---|---|
| Brandon Johnson, Esq.<br>DC Bar No. 491370<br>Defending The Republic<br>2911 Turtle Creek Blvd., Suite 300<br>Dallas, TX  75219<br>Tel: (214) 707-1775<br>bcj@defendingtherepublic.org | Dale Saran, Esq.<br>MA Bar #654781<br>19744 W 116th Terrace<br>Olathe, KS 66061<br>Tel: (480) 466-0369<br>dalesaran@gmail.com |

Jerri Lynn Ward, Esq.
Texas Bar #20844200
Garlo Ward, P.C.
1017 Rose Circle
College Station, Texas 77840
Tel: (512) 302-1103 ext. 115
jward@garloward.com

Attorney for the Defendants:

Jody D. Lowenstein
Mont. Bar. No. 55816869
Trial Attorney
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 598-9280
jody.d.lowenstein@usdoj.gov

NOTICE OF CORRECTION TO AMICUS CURIAE BRIEF







**PRIORITY MAIL FLAT RATE ENVELOPE — POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

- Expected delivery date specifie[d]
- Domestic shipments include $[...]
- USPS Tracking® service includ[ed]
- Limited international insurance[...]
- When used internationally, a c[...]

*Insurance does not cover certain items.
Domestic Mail Manual at http://pe.usps.c[...]
** See International Mail Manual at http:[...]

FLAT RATE ENV[ELOPE]
ONE RATE ■ ANY WEIGHT

TRACKED ■ INS[URED]

PS00001000014

---

**UNITED STATES POSTAL SERVICE** — Retail

**P**  US POSTAGE PAID  **$9.85**
Origin: 92688
03/28/24
0578800497-10

**PRIORITY MAIL®**

0 Lb 2.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/01/24

C001

SHIP TO:
101 E PECAN ST
SHERMAN TX 75090-0041

USPS TRACKING® #
9505 5150 6794 4088 2142 70

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

RECEIVED
03 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Pritsh Vora
27758 Santa Marg. Pkwy.
#530
Mission Viejo, CA
92691

TO:
Paul Brown U.S. Courthouse
Clerk of The Court
101 East Pecan St.
Room 216
Sherman, TX 75090

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE