UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA WILSON, et. al., <br>     Plaintiffs, <br> vs. <br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., <br>     Defendants. | Case No.: 4:22-cv-00438-ALM |

### ORDER GRANTING MOTION FOR LEAVE

Pritish Vora, proceeding pro se, has filed a Motion for Leave to File Amicus Curiae (Dkt. #65). The Court finds the motion should be and hereby is GRANTED. The Clerk is directed to file the Amicus Curiae Brief in Support of the Plaintiffs' Motion for Reconsideration and Exhibit A thereto (Dkts. #65.1 and #65.2).

IT IS SO ORDERED.

SIGNED this 12th day of June, 2024.

*[Signature]*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE