# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JOSHUA A. WILSON, et el., § § § | |
| *Plaintiffs,* § § | |
| v. § | Civil Action No. 4:22-CV-438 |
| § § | Judge Mazzant |
| LLOYD AUSTIN, III, et al., § § | |
| *Defendants.* § § § | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration of Court's Grant of Defendants' Motion to Dismiss (Dkt. #63). Plaintiffs ask the Court to reconsider its prior decision dismissing all of Plaintiffs' claims based on the Fifth Circuit's recent case of *Apter v. Dep't of Health and Hum. Servs.* (*see generally* Dkt. #63). 80 F.4th 579 (5th Cir. 2023). In *Apter*, the Fifth Circuit reversed the dismissal of the plaintiffs' *ultra vires* claims and remanded the case to the district court to address standing. *Id.* However, *Apter* does not address the issue of mootness.[1] *Id.* The Court dismissed all of Plaintiffs' claims in its prior decision because all of Plaintiffs' claims are moot (Dkt. #61 at pp. 10–16). Therefore, *Apter* does not impact the Court's analysis and the Court denies Plaintiffs' motion for reconsideration.

---

[1] Plaintiffs support their argument by claiming that the district court in the case underlying *Apter* believed that the plaintiffs lacked standing via a finding of mootness, which the Fifth Circuit disagreed with (Dkt. #63 at p. 7). This claim is incorrect because the district court in the decision underlying *Apter* never considered or even mentioned the issue of mootness. *Apter v. Dep't of Health and Hum. Servs.*, 644 F. Supp.3d 361 (S.D. Tex. 2022), *rev'd* 80 F.4th 579.

It is therefore **ORDERED** that Plaintiffs' Motion for Reconsideration of Court's Grant of Defendants' Motion to Dismiss (Dkt. #63) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 8th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE